IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CITY OF CHICAGO, a municipal corporation,<br><br>       Plaintiff,<br>  v.<br>EQUIFAX INC.,<br>       Defendant. | Case No. 17-cv-7798<br><br>Hon. Edmond E. Chang<br><br>JURY TRIAL DEMANDED |

**JOINT STATUS REPORT (4.2.18)**

  Plaintiff City of Chicago ("City") and Defendant Equifax Inc. ("Equifax"), through their counsel and pursuant to this Court's February 8, 2018 order, submit this report regarding the status of the JPML proceedings affecting this matter.

  1. The relevant JPML proceedings to date are outlined in the parties' joint status reports dated January 5, 2018 and February 8, 2018.

  2. The City's motion to vacate the Conditional Transfer Order, filed on December 28, 2017, remains pending before the JPML.

  3. Equifax filed a response opposing the motion on January 18, 2018.

  4. The City's motion to vacate the Conditional Transfer Order was set for hearing on March 29, 2018, but oral argument was not held. The JPML may "dispense with oral argument" if it determines that "oral argument would not significantly aid the decisional process." *See* JPML Rule 11.1(c). At the time of filing this status report, the JPML has not yet ruled on the City's motion to vacate the Conditional Transfer Order.

  5. On March 21, 2018, the City filed its First Amended Complaint, after this Court granted the City's unopposed motion to file an amended complaint. In its order permitting the City to file an amended complaint, this Court indicated that the stay otherwise remains in place.

Dated: April 2, 2018                    Respectfully submitted,

/s/ John L. Hendricks
John L. Hendricks
Thomas P. McNulty
Christie L. Starzec
City of Chicago, Department of Law
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-6975/(312) 742-0307/(312) 744-7864
John.Hendricks@cityofchicago.org
Thomas.McNulty@cityofchicago.org
Christie.Starzec@cityofchicago.org

Fiona A. Burke
Michael C. Zumwalt
City of Chicago, Department of Law
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-6929/(312) 744-5218
Fiona.Burke@cityofchicago.org
Michael.Zumwalt@cityofchicago.org
*Attorneys for Plaintiff*

/s/  Zachary T. Fardon
Zachary T. Fardon
Jade R. Lambert
King & Spalding LLP
444 W. Lake Street, Suite 1650
Chicago, Illinois 60606
(312) 764-6960/(312) 764-6902
zfardon@kslaw.com
jlambert@kslaw.com
*Attorneys for Defendant*