# Exhibit 1A

# Plaintiffs' Counsel Table
## CONSUMER CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Abraham v. Equifax* | 1:17-cv-03453 | Northern District of Georgia | Evangelista Worley, LLC | James M. Evangelista<br>David J. Worley<br>Kristi Stahnke McGregor<br>EVANGELISTA WORLEY, LLC<br>8100 A Roswell Road, Suite 100<br>Atlanta, GA 30350<br>404-205-8400<br><br>William Federman<br>Carin L. Marcussen<br>Joshua D. Wells<br>FEDERMAN & SHERWOOD<br>10205 North Pennsylvania Avenue<br>Oklahoma City, Oklahoma 73120<br>405-235-1560 | jme@ewlawllc.com<br>david@ewlawll.com<br>kristi@ewlawll.com<br><br>wbf@federmanlaw.com<br>clm@federmanlaw.com<br>jdw@federmanlaw.com | Consumer | Yes |
| *Abramowitz et al. v. Equifax Inc.* | 7:17-cv-07642 | Southern District of New York | | Paul C. Whalen<br>LAW OFFICES OF PAUL C. WHALEN, P.C.<br>768 Plandome Road<br>Manhasset, NY 11030<br>516-627-5610 | paul@paulwhalen.com | Consumer | Yes by CTO - 1 |
| *Ahmed v. Equifax Inc.* | 2:17-cv-06576 | Eastern District of New York | | Edward B. Geller<br>EDWARD B. GELLER, ESQ., P.C.<br>15 Landing Way<br>Bronx, NY 10464<br>914-473-6783 | epbh@aol.com | Consumer | Yes by CTO - 1 |
| *Alexander et al. v. Equifax, Inc.* | 4:17-cv-00788 | Western District of Missouri | | Jason Barnes<br>BARNES & ASSOCIATES<br>219 E. Dunklin Street, Suite A<br>Jefferson City, MO 65101<br>573-634-8884<br><br>Nimrod T. Chapel, Jr.<br>THE CHAPEL LAW GROUP LLC<br>219 E. Duklin St., Suite A<br>Jefferson City, MO 65101<br>573-634-8884 | jaybarnes5@zoho.com<br>rod.chapel@gmail.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table
## CONSUMER CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Alexander v. Equifax, Inc.* | 5:17-cv-05230 | Northern District of California (San Jose Division) | | Nicholas A. Carlin<br>PHILLIPS ERLEWINE GIVEN & CARLIN LLP<br>39 Mesa Street, Suite 201<br>The Presidio<br>San Francisco, CA 94129<br>415-398-0900 | nac@phillaw.com | Consumer | |
| *Allen et al v. Equifax, Inc.* | 1:17-cv-04544 | Northern District of Georgia | BARNES LAW GROUP, LLC | Roy E. Barnes<br>John R. Bevis<br>J. Cameron Tribble<br>Barnes Law Group, LLC<br>31 Atlanta Street<br>Marietta, GA 30060<br>770-227-6375<br><br>Kenneth S. Canfield<br>Doffermyre Shields Canfield & Knowles, LLC<br>1355 Peachtree Street, N.E., Suite 1900<br>Atlanta, GA 30309<br>404-881-8900<br><br>Norman E. Siegel<br>Barrett J. Vahle<br>J. Austin Moore<br>Stueve Siegel Hanson, LLP -MO<br>460 Nichols Road, Suite 200<br>Kansas City, MO 64112<br>816-714-7100<br><br>James J. Pizzirusso<br>Hausfeld, LLP - DC<br>1700 K. Street, NW, Suite 650<br>Washington, DC 20006<br>202-540-7200 | roy@barneslawgroup.com<br>bevis@barneslawgroup.com<br>ctribble@barneslawgroup.com<br><br>kcanfield@dsckd.com<br><br>siegel@stuevesiegel.com<br>vahle@stuevesiegel.com<br>moore@stuevesiegel.com<br><br>jpizzirusso@hausfeld.com | Consumer | |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| | | | | Archie I. Grubb, II<br>W. Daniel "Dee" Miles, III<br>Andrew E. Brashier<br>Leslie Pescia<br>Beasley Allen Crow Mathvin Portis & Miles<br>P.O. Box 4160<br>218 Commerce Street<br>Montgomery, AL 36103<br>334-269-2343<br><br>Andrew N. Friedman<br>Douglas J. McNamara<br>Sally Hanmaker<br>Eric S. Berelovich<br>Cohen, Milstein, Sellers & Toll PLLC<br>1100 New York Avenue, N.W., Suite 500<br>Washington, DC 20005<br>202-408-4600<br><br>Adam J. Levitt<br>Mark A. DiCello<br>Amy E. Keller<br>Daniel R. Ferri<br>DiCello Levitt & Casey LLC<br>Ten North Dearborn Street, 11th Floor<br>Chicago, IL 60602<br>312-214-7900<br><br>John A. Yanchunis<br>Marisa K. Glassman<br>Morgan & Morgan Complex Litigation Group<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>813-223-5505<br><br>Pat A. Cipollone<br>Robert B. Gilmore<br>Stein Mitchell Cipollone Beato & Missner LLP<br>1100 Connecticut Ave., N.W.,<br>Washington, DC 20036<br>202-737-7777 | archie.grubb@beasleyallenn.com<br>dee.miles@beasleyallen.com<br>andrew.brashier@beasleyallen.com<br>leslie.pescia@beasleyallen.com<br><br>afriedman@cohenmilstein.com<br>dmcnamara@cohenmilstein.com<br>shandmaker@cohenmilstein.com<br>eberelovich@cohenmilstein.com<br><br>alevitt@dlcfirm.com<br>madicello@dlcfirm.com<br>akeller@dlcfirm.com<br>dferri@dlcfirm.com<br><br><br><br><br>jyanchunis@forthepeople.com<br>mglassman@forthepeople.com<br><br>pcipollone@steinmitchell.com<br>rgilmore@steinmitchell.com | Consumer<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Consumer | |

# Plaintiffs' Counsel Table
## CONSUMER CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Amadick et al. v Equifax Information Services, LLC* | 0:17-cv-04196 | District of Minnesota (Minnesota Division) | | Thomas J. Lyons<br>Thomas J. Lyons, Jr.<br>LYONS LAW FIRM, P.A.<br>367 Commerce Court<br>Vadnais Heights, MN 55127<br>651-294-3960 | tlyons@lyonslawfirm.com<br>tommy@consumerjusticecenter.com | Consumer | |
| *Amuial v. Equifax, Inc.* | 1:17-cv-23405 | Southern District of Florida | | Scott Adam Edelsberg<br>Robert Cecil Gilbert<br>Avi Robert Kaufman<br>Jeffrey Miles Ostrow<br>Jonathan Marc Streisfeld<br>KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT<br>One West Las Olas Boulevard, Suite 500<br>Ft. Lauderdale, FL 33301 | edelsberg@kolawyers.com<br>robert@gilbertpa.com<br>akaufman@kolawyers.com<br>ostrow@kolawyers.com<br>streisfeld@kolawyers.com | Consumer | Yes by CTO - 1 |
| *Anderson et al v. Equifax Inc et al* | 2:17-cv-02825 | District of South Carolina | | Kevin Hunter Sharp<br>SANFORD HEISLER SHARP LLP<br>611 Commerce Street, Suite 3100<br>Nashville, TN 37203<br>615-434-7001<br><br>David Reece Williams, III<br>CALLISON TIGHE AND ROBINSON, LLC<br>PO Box 1390<br>Columbia, SC 29202-1390<br>803-256-2371 | ksharp@sanfordheisler.com<br>reecewilliams@callisontighe.com | Consumer | Yes by CTO - 1 |
| *Anderson v. Equifax, Inc.* | 2:17-cv-00156 | Eastern District of Kentucky (Covington Division) | | Alex C. Davis<br>Jasper D. Ward IV<br>The Pointe<br>1205 E. Washington St., Suite 111<br>Louisville, Kentucky 40206<br>502-882-6000<br><br>Steven Teppler<br>Abbott Law Group, P.A.<br>2929 Plummer Cove Road<br>Jacksonville, FL 32223<br>904-292-1111 | alex@jonesward.com<br>jasper@jonesward.com<br><br>steppler@abbottlawpa.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Appel et al v. Equifax Inc.* | 0:17-cv-04488 | District of Minnesota | | Joseph C. Bourne<br>Kaitlyn Leeann Dennis<br>Daniel E. Gustafson<br>Daniel C. Hedlund<br>Eric S. Taubel<br>GUSTAFSON GLUEK PLLC<br>120 South 6th Street, Suite 2600<br>Minneapolis, MN 55402<br>612-333-8844 | jbourne@gustafsongluek.com<br>kdennis@gustafsongluek.com<br>dgustafson@gustafsongluek.com<br>dhedlund@gustafsongluek.com<br>etaubel@gustafsongluek.com | Consumer | Yes by CTO - 1 |
| *Astor et al. v. Equifax Inc. et al* | 6:17-cv-01653 | Middle District of Florida | | Denise B. Crockett<br>Brian J. Stack<br>STACK, FERNANDEZ & HARRIS, PA<br>1001 Brickell Bay Dr., Suite 2650<br>Miami, FL 33131-3255<br>305-371-0001<br><br>Jeremy Heisler<br>Andrew Melzer<br>SANFORD HEISLER SHARP, LLP<br>1350 Avenue of the Americas, Suite 3100<br>New York, NY 10019-1004<br>646-402-5650<br><br>Kevin Sharp<br>SANFORD HEISLER SHARP, LLP<br>611 Commerce Street, Suite 3100<br>Nashville, TN 37203-7117<br>615-434-7001 | dcrockett@stackfernandez.com<br><br><br>bstack@stackfernandez.com<br>jheisler@sanfordheisler.com<br>amelzer@sanfordheisler.com<br>ksharp@sanfordheisler.com | Consumer | Yes by CTO - 1 |
| *Atiles et al. v. Equifax, Inc. et al.* | 7:17-cv-07493 | Southern District of New York | | Wesley Martin Mullen<br>MULLEN P.C.<br>200 Park Avenue, Suite 1700<br>New York, NY 00000<br>646-632-3718 | wmullen@mullenpc.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table
## CONSUMER CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Austin v. Equifax, Inc. and Equifax Credit Information Services, Inc.* | 2:17-cv-04045 | Eastern District of Pennsylvania (Philadelphia Division) | | Jerry Desiderato<br>Joshua D. Wolson<br>DILWORTH PAXSON LLP<br>1500 Market Street Suite 3500E<br>Philadelphia, PA 19102<br>215-575-7000 | JDeSiderato@dilworthlaw.com<br>jwolson@dilworthlaw.com | Consumer | |
| *Avise v. Equifax Inc.* | 8:17-cv-01563 | Central District of California (Southern Division - Santa Ana) | | Daniel S. Robinson<br>ROBINSON CALCAGNIE INC.<br>19 Corporate Plaza Drive<br>Newport Beach, CA 92660<br>888-701-1288 | drobinson@robinsonfirm.com | Consumer | |
| *Ayala et al. v. Equifax Incorporated et al.* | 4:17-cv-00462 | District of Arizona | Rusing Lopez & Lizardi PLLC | J. William Brammer, Jr.<br>Michael John Rusing<br>RUSING LOPEZ & LIZARDI PLLC<br>6363 N. Swan Rd., Suite 151<br>Tucson, AZ 85718<br>520-792-4800<br><br>Edward Dewey Chapin<br>SANFORD HEISLER SHARP LLP - SAN DIEGO, CA<br>655 W Broadway, Suite 1700<br>San Diego, CA 92101<br>619-577-4253<br><br>Danielle Anne Fuschetti<br>SANFORD HEISLER SHARP LLP - SAN FRANCISCO, CA<br>111 Sutter St., Suite 975<br>San Francisco, CA 94104<br>415-795-2022<br><br>Kevin Sharp<br>SANFORD HEISLER SHARP LLP - NASHVILLE, TN<br>611 Commerce St., Suite 3100<br>Nashville, TN 37203 | wbrammer@rllaz.com<br>mrusing@rllaz.com<br>echapin2@sanfordheisler.com<br>dfuschetti@sanfordheisler.com<br>ksharp@sanfordheisler.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table
## CONSUMER CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Bahnmaier v. Equifax Inc.* | 4:17-cv-00512 | Northern District of Oklahoma (Tulsa Division) | | Joshua D. Wells<br>William B. Federman<br>FEDERMAN & SHERWOOD<br>10205 N. Pennsylvania Ave.<br>Oklahoma City, OK 73120<br>405-235-1560 | jdw@federmanlaw.com<br>wbf@federmanlaw.com | Consumer | |
| *Bailey v. Equifax Inc. et al* | 3:17-cv-04211 | Southern District of West Virginia | The Segal Law Firm | Charles Edward Amos, II<br>Jason P. Foster<br>Scott S. Segal<br>THE SEGAL LAW FIRM<br>810 Kanawha Boulevard, East<br>Charleston, WV 25301<br>304-344-9100<br><br>Kevin Sharp<br>SANFORD HEISLER SHARP<br>611 Commerce St., Suite 3100<br>Nashville, TN 37203<br>615-434-7001 | edward.amos@segal-law.com<br>jason.foster@segal-law.com<br>scott.segal@segal-law.com<br>ksharp@sanfordheisler.com | Consumer | Yes by CTO - 1 |
| *Baker v. Equifax, Inc.* | 0:17-cv-04655 | District of Minnesota | | Marisa C. Katz<br>Vildan A. Teske<br>TESKE, KATZ, KITZER & ROCHEL, PLLP<br>222 S. Ninth Street, Suite 4050<br>Minneapolis, MN 55402<br>612-746-1558 | katz@tkkrlaw.com<br>teske@tkkrlaw.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table
## CONSUMER CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Bakken et al v. Equifax, Inc.* | 1:17-cv-03676 | Northern District of Georgia | Conley Griggs Partin LLP | G. John Cento<br>Cento Law, LLC<br>5915 North College Avenue, Suite 100<br>Indianapolis, IN 46220<br>765-280-3272<br><br>K. Scott Wagner<br>Kerkman Wagner & Dunn<br>839 North Jefferson Street, Suite 400<br>Milwaukee, WI 53202<br>512-338-4605<br><br>Ranse M. Partin<br>Conley Griggs Partin, LLP- GA<br>Building One, Suite 300<br>4200 Northside Parkway, NW<br>Atlanta, GA 30327<br>404-467-1155<br><br>Vincent J. Esades<br>Heins Mills & Olson P.L.C.<br>310 Clifton Avenue<br>Minneapolis, MN 55403<br>612-338-4605 | ranse@conleygriggs.com<br><br>vesades@heinsmills.com | Consumer | |
| *Bakko v. Equifax, Inc.* | 2:17-cv-013992 | Eastern District of Michigan | | Sharon S. Almonrode<br>Emily E. Hughes<br>E. Powell Miller<br>The Miller Law Firm, P.C.<br>950 West University Drive, Suite 300<br>Rochester, MI 48307<br>248-841-2200 | ssa@millerlawpc.com<br>eeh@millerlawpc.com<br>epm@millerlawpc.com | Consumer | Yes by CTO - 3 |
| *Bandoh-Aidoo v. Equifax, Inc. and Does 1 Through 10* | 2:17-cv-06658 | Central District of California (Western Division - Los Angeles) | | Torin A. Dorros<br>DORROS LAW<br>8730 Wilshire Boulevard, Suite 350<br>Beverly Hills, California 90211<br>310-997-2050 | tdorros@dorroslaw.com | Consumer | Yes |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Barker v. Equifax, Inc. Does 1-10, inclusive* | 8:17-cv-01560 | Central District of California (Southern Division - Santa Ana) | | Jerusalem F. Beligan<br>Brian D. Chase<br>BISNAR CHASE LLP<br>1301 Dove Street, Suite 120<br>Newport Beach, CA 92660<br>949-752-2999 | jbeligan@bisnarchase.com<br>bchase@bisnarchase.com | Consumer | |
| *Barone v. Equifax, Inc.* | 5:17-cv-05958 | Northern District of California | | J. Benjamin Blakeman<br>ATTORNEY AT LAW<br>1259 S. Camden Dr. 2E<br>Los Angeles, CA 90017<br>213-629-9922 | ben@lifeinsurance-law.com | Consumer | Yes by CTO - 1 |
| *Beck v. Equifax, Inc.* | 1:17-cv-03359 | District of Maryland | | Jonathan Barry Nace<br>NIDEL & NACE, PLLC<br>5335 Wisconsin Ave., NW, Suite 440<br>Washington, D.C. 20015<br>202-478-9677 | jon@nidellaw.com | Consumer | Yes by CTO - 1 |
| *Becker et al v. Equifax Inc.* | 5:17-cv-00900 | Western District of Texas | | Eric Andrew Campolo<br>Paul E. Campolo<br>Tim Maloney<br>LAW OFFICES OF MALONEY & CAMPOLO, LLP<br>926 S. Alamo<br>San Antonio, TX 78205<br>210-219-0412 | eacampolo@gmail.com<br>pcampolo@maloneyandcampolo.com<br>timmaloney@yahoo.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table
## CONSUMER CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Beekman et al. v. Equifax, Inc.* | 1:17-cv-03492 | Northern District of Georgia (Atlanta Division) | Law Offices of David A. Bain, LLC | David A. Bain<br>LAW OFFICES OF DAVID A. BAIN, LLC<br>1230 Peachtree St, NW<br>Atlanta, GA 30309<br>404-724-9990<br><br>Timothy G. Blood<br>Thomas J. O'Reardon II<br>BLOOD HURST & O'REARDON, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>619-338-1100<br><br>Janine L. Pollack<br>Correy A. Kamin<br>Carl V. Malmstrom<br>WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP<br>270 Madison Ave<br>New York, NY 10016<br>212-545-4600 | dbain@bain-law.com<br><br>tblood@bholaw.com<br>toreardon@bholaw.com<br><br>pollack@whafh.com<br>kamin@whafh.com<br>malmstrom@whafh.com | Consumer | Yes |
| *Belden v. Equifax Inc.* | 5:17-cv-05260 | Northern District of California (San Jose Division) | | Mark C. Molumphy<br>COTCHETT, PITRE & MCCARTHY LLP<br>840 Malcolm Road Suite 200<br>Burlingame, CA 94010<br>650-697-6000 | mmolumphy@cpmlegal.com | Consumer | |
| *Belfon v. Equifax Inc.* | 2:17-cv-06577 | Eastern District of New York | | Edward B. Geller<br>EDWARD B. GELLER, ESQ., P.C.<br>15 Landing Way<br>Bronx, NY 10464<br>914-473-6783 | epbh@aol.com | Consumer | Yes by CTO - 1 |
| *Benavidez et al v. Equifax Inc. et al.* | 4:17-cv-04279 | Central District of Illinois | | Gregory S. Otsuka<br>Hellmuth & Johnson<br>8050 West 78th Street<br>Edina, MN 55439<br>952-941-4005 | gotsuka@hjlawfirm.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table
## CONSUMER CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Benson v. Equifax Inc.* | 3:17-cv-00564 | Western District of Kentucky | | Jason T. Ams<br>V. Brandon McGrath<br>BINGHAM GREENEBAUM DOLL LLP - LEXINGTON<br>300 W. Vine Street, Suite 1100<br>Lexington, KY 40507-1665<br>859-231-8500<br><br>Brett H. Oppenheimer<br>BRETT H. OPPENHEIMER, PLLC<br>401 Waterfront Park Place<br>222 East Witherspoon Street<br>Louisville, KY 40202<br>502-749-5700 | jams@bgdlegal.com<br>bmcgrath@bgdlegal.com<br>brett@bluegrassinjury.com | Consumer | Yes by CTO - 1 |
| *Benway v. Equifax, Inc.* | 1:17-cv-03360 | District of Maryland | | Benjamin Howard Carney<br>Richard S. Gordon<br>Martin Eugene Wolf<br>GORDON, WOLF & CARNEY, CHTD<br>100 W. Pennsylvania Ave, Ste 100<br>Towson, MD 21204<br>410-825-2300 | bcarney@GWCfirm.com<br>rgordon@GWCfirm.com<br>mwolf@GWCfirm.com | Consumer | Yes by CTO - 1 |
| *Bethea et al v. Equifax, Inc. et al* | 3:17-cv-00648 | Eastern District of Virginia | | Leonard Anthony Bennett<br>Matthew James Erausquin<br>Elizabeth W. Hanes<br>Craig Carley Marchiando<br>CONSUMER LITIGATION ASSOCIATES<br>763 J. Clyde Morris Blvd., Suite 1A<br>Newport News, VA 23601<br>757-930-3660 | lenbennet@clalegal.com<br>matt@clalegal.com<br>elizabeth@clalegal.com<br>craig@clalegal.com | Consumer | Yes by CTO - 1 |
| *Biles v. Equifax, Inc.* | 1:17-cv-08224 | Northern District of Illinois | | Elizabeth Christine Chavez<br>Kathleen Currie Chavez<br>Robert M. Foote<br>Matthew J. Herman<br>FOOT, MIEKEM CHAVEZ & O'NEIL, LLC<br>10 W. State Street, Suite 200<br>Geneva, IL 60134<br>630-232-7450 | ecc@fmcolaw.com<br>kcc@fmcolaw.com<br>rmf@fmcolaw.com<br>mjh@fmcolaw.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Biorn v. Equifax Inc.* | 2:17-cv-00071 | District of Montana | | John L. Amsden<br>Monte D. Beck<br>Anthony F. Jackson<br>Justin P. Stalpes<br>BECK & AMSDEN, PLLC<br>1946 Stadium Drive, Suite 1<br>Bozeman, MT 59717<br>406-586-8700 | amsden@becklawyers.com<br>mbeck@becklawyers.com<br>anthony@becklawyers.com<br>justin@becklawyers.com | Consumer | Yes by CTO - 1 |
| *Bitton v. Equifax Information Services, LLC* | 1:17-cv-05126 | Northern District of Georgia | | Amir J. Goldstein<br>591 Broadway Suite 3A<br>New York, NY 10012<br>212-966-5253 | ajg@consumercounselgroup.com | Consumer | |
| *Blake et al. v Equifax Inc et al* | 7:17-cv-06946 | Southern District of New York (White Plains Division) | | Esther E. Berezofsky<br>BEREZOFSKY LAW GROUP, LLC<br>201 Lake Drive East, Suite 101<br>Cherry Hill, NJ 08002<br>856-667-0500 | eberezofsky@eblawllc.com | Consumer | Yes by CTO - 1 |
| *Block v. Equifax, Inc. et al* | 1:17-cv-07121 | District of New Jersey | | Erik S. Syverson<br>RAINES FELDMAN LLP<br>1800 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067<br>310-440-4100 | esyverson@raineslaw.com | Consumer | Yes by CTO - 1 |
| *Bologna et al v. Equifax, Inc.* | 1:17-cv-03578 | Northern District of Georgia | Jonathan W. Johnson, LLC | Benjamin Jared Meiselas<br>Lori G. Feldman<br>Mark G. Geragos<br>Geragos & Geragos<br>644 South Figueroa Street<br>Historic Engine Co. No. 28<br>Los Angeles, CA 90017<br>213-625-3900<br><br>Jonathan Wesley Johnson<br>Jonathan W. Johnson, LLC<br>2296 Henderson Mill Rd., Suite 304<br>Atlanta, GA 30345<br>404-298-0795 | geragos@geragos.com<br>feldman@geragos.com<br><br><br><br><br><br>jwj@jonathanjohnsonatlantalawyer.com | Consumer | |

# Plaintiffs' Counsel Table
## CONSUMER CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Boundy et al v. Equifax, Inc.* | 5:17-05367 | Northern District of Georgia | Herman Gerel, LLP | Andrea S. Hirsch<br>Leonard A. Davis<br>Steve Herman<br>HERMAN GEREL, LLP<br>60 Lenox Pointe<br>Atlanta, GA 30324<br>404-880-9500<br><br>Arnold Levin<br>Daneil C. Levin<br>Charles E. Schaffer<br>LEVIN SEDRAN & BERMAN<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>215-592-1500<br><br>Franklin D. Azar<br>Keith Scranton<br>Hugh Z. Balkin<br>FRANKLIN D. AZAR & ASSOCIATES<br>14426 East Evans Avenue<br>Aurora, CO 80014<br>303-900-5595 | ahirsch@hermangerel.com<br><br>alevin@lfsblaw.com<br><br>azarf@fdazar.com | Consumer | Yes |
| *Bradley v. Equifax, Inc.* | 1:17-cv-03480 | Northern District of Georgia (Atlanta Division) | | Julio C. Gomez<br>GOMEZ LLC<br>The Stucke Building<br>111 Quimby Street, Suite 8<br>Westfield, NJ 07090<br>908-789-1080 | jgomez@gomezllc.com | Consumer | Yes by CTO - 1 |
| *Branch v. equifax Inc.* | 1:17-cv-07257 | District of New Jersey | | Richard Alexander Saveri<br>Saveri & Saveri, Inc.<br>706 Sansome Street<br>San Francisco, CA 94111<br>415-217-6810 | rick@saveri.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table

**CONSUMER CASES**

*In re: Equifax, Inc., Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Brandon v. Equifax* | 1:17-cv-03454 | Northern District of Georgia | Evangelista Worley, LLC | James M. Evangelista<br>David J. Worley<br>Kristi Stahnke McGregor<br>EVANGELISTA WORLEY, LLC<br>8100 A Roswell Road, Suite 100<br>Atlanta, GA 30350<br>404-205-8400<br><br>William Federman<br>Carin L. Marcussen<br>Joshua D. Wells<br>FEDERMAN & SHERWOOD<br>10205 N. Pennsylvania Avenue<br>Oklahoma, OK 73120<br>405-235-1560<br><br>Cornelius  P. Dukelow<br>Abington Cole + Ellery<br>320 South Boston Avenue, Suite 1130<br>Tulsa, OK  74103<br>918-588-3400 | jme@ewlawllc.com<br>david@ewlawlll.com<br>kristi@ewlawlll.com<br><br>wbf@federmanlaw.com<br>clm@federmanlaw.com<br>jdw@federmanlaw.com<br><br><br>cdukelow@abingtonlaw.com | Consumer | Yes |
| *Brannan et al v. Equifax, Inc.* | 1:17-cv-03708 | Northern District of Georgia | The Finley Firm, P.C. | James Benjamin Finley<br>MaryBeth V. Gibson<br>Robert W. Garrett<br>The Finley Firm, P.C.<br>Building 14, Suite 230<br>3535 Piedmont Road<br>Atlanta, GA 30305<br>404-320-9979 ext 241 | bfinley@thefinleyfirm.com<br>mgibson@thefinleyfirm.com<br>wgarrett@thefinleyfirm.com | Consumer | |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Broder v. Equifax, Inc.* | 1:17-cv-03587 | Northern District of Georgia | | Andrea Bierstein<br>David F. Miceli<br>Jayne Conroy<br>Simmons Hanly Conroy<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>212-784-6403<br><br>Emily C. Aldridge<br>Lelsey A. Weaver<br>Matthew S. Weiler<br>Bleichmar Fonti & Auld LLP<br>1999 Harrison Street, Suite 670<br>Oakland, CA 94612<br>415-445-4003 | dmiceli@simmonsfirm.com | Consumer | |
| *Brodsky v. Equifax, Inc., et al.* | 2:17-cv-05528 | Eastern District of New York | | PRO SE<br>Jay Brodsky<br>1585 Round Swamp Road<br>Plainview, NY 11803<br>973-568-1666 | demcointerexport@yahoo.com | Consumer | Yes by CTO - 1 |
| *Brown et al. v. Equifax Inc. and TrustedID, Inc.* | 1:17-cv-03449 | Northern District of Georgia | Evangelista Worley, LLC | David J. Worley<br>James M. Evangelista<br>Kristi Stahnke McGregor<br>EVANGELISTA WORLEY, LLC<br>8100 A Roswell Rd, Suite 100<br>Atlanta, GA 30350<br>404-205-8400<br><br>Ben Barnow<br>Erich P. Schork<br>BARNOW AND ASSOCIATES, P.C.<br>1 North LaSalle Street #4600<br>Chicago, IL 60602<br>312-621-2000 | jim@ewlawllc.com<br>david@ewlawlll.com<br>kristi@ewlawlll.com<br><br>b.barnow@barnowlaw.com<br>e.schork@barnowlaw.com | Consumer | Yes |
| *Brumfield v. Equifax, Inc.* | 1:17-cv-06459 | Eastern District of New York | | Gaitri Boodhood<br>The Brualdi Law Firm<br>29 Broadway, Suite 2400<br>New York, NY 10006<br>212-952-0602 | gboodhoo@brualdilawfirm.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table
## CONSUMER CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Bussey v. Equifax Credit Bureau* | 7:17-cv-00158 | Middle District of Georgia | | PRO SE<br>Ronnie Bussey<br>303 Alunza Street<br>Douglas, GA 31533<br>912-292-6522 | ronnniebusse@yahoo.com | Consumer | Yes by CTO - 1 |
| *Butler v. Equifax Inc.* | 3:17-cv-02158 | Southern District of California | | Stephen F Yunker<br>655 West Broadway, Suite 1400<br>San Diego, CA 92101<br>619-233-5500 | sfy@yslaw.com | Consumer | Yes by CTO - 1 |
| *Byas & Drummer v. Equifax, Inc.* | 4:17-cv-00130 | Northern District of Mississippi (Greenville Division) | | Daniel E. Morris<br>DANIEL E. MORRIS LAW FIRM, PLLC<br>P.O. Box 40811<br>Baton Rouge, LA 70835<br><br>Tanisha M. Gates<br>DORSEY & GATES, PLLC<br>P.O. Box 158<br>Belzoni, MS 39038<br>662-247-2449 | | Consumer | |
| *Cadwallader et al v. Equifax Inc. et al* | 0:17-cv-04640 | District of Minnesota | | Michael R Cashman<br>Hellmuth & Johnson, PLLC<br>8050 West 78th Street<br>Edina, MN 55439<br>952-941-4005 | mcashman@hjlawfirm.com | Consumer | Yes by CTO - 1 |
| *Calderon et al v. Equifax Inc. et al* | 1:17-cv-04389 | Northern District of Georgia | Kent & Risley, LLC | Daniel Arthur Kent<br>Kent & Risley, LLC<br>5755 North Point Pkwy., Suite 57<br>Alpharetta, GA 30022<br>404-585-4214<br><br>Gregory S. Otsuka<br>Hellmuth & Johnson, PLLC<br>8050 West 78th Street<br>Edina, MN 55439<br>952-941-4005 | dankent@kentrisley.com | Consumer | |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Campbell v. Equifax Inc.* | 2:17-cv-01657 | Western District of Washington | | McKean J Evans<br>PIVOTAL LAW GROUP<br>IMB BUILDING<br>1200 Fifth Ave., Suite 1217<br>Seattle, WA 98101<br>206-340-2008 | mevans@pivotallawgroup.com | Consumer | Yes by CTO - 1 |
| *Campos v. Equifax, Inc.* | 1:17-cv-06579 | Eastern District of New York | | Edward B. Geller<br>EDWARD B. GELLER, ESQ., P.C.<br>15 Landing Way<br>Bronx, NY 10464<br>914-473-6783 | epbh@aol.com | Consumer | Yes by CTO - 1 |
| *Caplan v. Equifax Information Services, LLC* | 2:17-cv-04055 | Eastern District of Pennsylvania (Philadelphia Division) | | Andrew B. Sacks<br>John K. Weston<br>Sacks Weston Diamond LLC<br>1845 Walnut Street, Suite 1600<br>Philadelphia, PA 19103<br>215-925-8200<br><br>Thomas A. Zimmerman, Jr.<br>ZIMMERMAN LAW OFFICES, P.C.<br>77 West Washington Street, Suite 1220<br>Chicago, IL 60602<br>312-440-0020<br><br>Marc E. Dann<br>Brian Flick<br>THE DANN LAW FIRM CO. LPA<br>PO Box 6031040<br>Cleveland, OH 44103<br>216-373-0536<br><br>David H. Krieger<br>George Haines<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123 | asacks@sackslaw.com<br>jweston@sackslaw.com<br><br>tom@attorneyzim.com<br><br>notices@dannlaw.com<br><br>dkrieger@hainesandkrieger.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table

**CONSUMER CASES**

*In re: Equifax, Inc., Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| | | | | Matthew I. Knepper<br>Miles N. Clark<br>KNEPPER & CLARK, LLC<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br>702-825-6060<br><br>Sean N. Payne<br>PAYNE LAW FIRM LLC<br>9550 S. Eastern Ave., Suite 253-A213<br>Las Vegas, NV 89123<br>702-952-2733 | matthew.knepper@knepperclark.com<br>miles.clark@knepperclark.com<br><br>seanpayne@spaynelaw.com | Consumer | |
| *Caprio v. Equifax, Inc.* | 1:17-cv-03358 | District of Maryland | | Nathan Daniel Alder<br>Neuberger Quinn Gielen Rubin and Gibber PV<br>One South Street, 27th Floor<br>Baltimore, MD 21202<br>410-332-8516 | nda@nqgrg.com | Consumer | Yes by CTO - 1 |
| *Carr et al. v. Equifax Inc. et al.* | 5:17-cv-04089 | District of Kansas | Robert B. Sullivan | Andrew C. Melzer<br>Sanford Heisler Sharp, LLP<br>1350 Avenue of the Americas, 31st Floor<br>New York, NY 10019<br>646-402-5650<br><br>Kevin Sharp<br>Sanford Heisler Sharp, LLP<br>611 Commerce St., Ste. 3100<br>Nashville, TN 37203<br>615-434-7001<br><br>Robert B. Sullivan<br>5704 W. 128th Terrace<br>Overland Park, KS 66209<br>816-309-6840 | amelzer@sanfordheisler.com<br><br>ksharp@sanfordheisler.com<br><br>rbsullivan13@gmail.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table
## CONSUMER CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Cary III et al. v. Equifax, Inc.* | 1:17-cv-03433 | Northern District of Georgia (Atlanta Division) | BARNES LAW GROUP, LLC | Roy E. Barnes<br>John R. Bevis<br>J. Cameron Tribble<br>BARNES LAW GROUP, LLC<br>31 Atlanta Street, SE<br>Marietta, GA 30060<br>770-227-6375<br><br>Norman E. Siegel<br>Barrett J. Vahle<br>J. Austin Moore<br>STUEVE SIEGEL HANSON LLP<br>460 Nichols Road, Suite 200<br>Kansas City, MO 64112<br>816-714-7100 | roy@barneslawgroup.com<br>bevis@barneslawgroup.com<br>ctribble@barneslawgroup.com<br><br><br>siegel@stuevesiegel.com<br>vahle@stuevesiegel.com<br>moore@stuevesiegel.com | Consumer | Yes |
| *Cederdahl v. Equifax Information Services, LLC* | 4:17-cv-00342 | Southern District of Iowa | | Jeffery Joseph Cook<br>PATTERSON LAW FIRM LLP<br>505 Fifth Ave., Suite 729<br>Des Moines, IA 50309<br>515-283-2147 x243 | jcook@pattersonfirm.com | Consumer | Yes by CTO - 1 |
| *Chehebar v. Equifax Inc.* | 3:17-cv-11414 | District of New Jersey | | Edward B. Geller<br>EDWARD B. GELLER, ESQ., P.C.<br>15 Landing Way<br>Bronx, NY 10464<br>914-473-6783 | epbh@aol.com | Consumer | Yes by CTO - 1 |
| *Chehebar v. Equifax Inc.* | 3:17-cv-11417 | District of New Jersey | | Edward B. Geller<br>EDWARD B. GELLER, ESQ., P.C.<br>15 Landing Way<br>Bronx, NY 10464<br>914-473-6783 | epbh@aol.com | Consumer | Yes by CTO - 1 |
| *Chenault v. Equifax, Inc.* | 1:17-cv-03764 | Northern District of Georgia | Robin Frazer Clark, PC | Robin Frazer Clark<br>Robin Frazer Clark, PC<br>Centennial Tower, Suite 2300<br>101 Marietta Street, N.W.<br>Atlanta, GA 30303<br>404-873-3700 | robinclark@gatriallawyers.net | Consumer | |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Cherney and Cherney v. Equifax, Inc.* | 2:17-cv-12966 | Eastern District of Michigan (Detriot Division) | | Nathan J. Fink<br>David H. Fink<br>FINK ASSOCIATES LAW<br>38500 Woodward Ave., Suite 350<br>Bloomfield Hills, MI 48304<br>248-971-2500 | nfink@finkandassociateslaw.com<br>dfink@finkandassociateslaw.com | Consumer | |
| *Cho v. Equifax, Inc., et al* | 2:17-cv-08548 | Central District of California | | Gerald S Ohn<br>Law Offices of Gerald S Ohn APC<br>25129 The Old Road, Suite 207<br>Stevenson Ranch, CA 91381<br>661-475-5220 | gerald@ohnlaw.com | Consumer | Yes by CTO - 2 |
| *Christen & Coughlin v. Equifax, Inc.* | 1:17-cv-06951 | District of New Jersey (Camden Division) | | Kevin P. Roddy<br>Philip A. Tortoreti<br>Andrew Grous<br>WILENTZ, GOLDMAN & SPITZER, PA<br>90 Woodbridge Center Drive, Suite 900, Box 10<br>Woodbridge, NJ 07095<br><br>Ben Barnow<br>BARNOW & ASSOCIATES, P.C.<br>One North LaSalle Street, Suite 4600<br>Chicago, IL 60602<br>312-621-2000 | kroddy@wilentz.com<br>ptortoreti@wilentz.com<br>agrous@wilentz.com<br><br>b.barnow@barnowlaw.com | Consumer | Yes by CTO - 1 |
| *Clark et al v. Equifax Inc.* | 1:17-cv-03497 | Northern District of Georgia | | E. Michelle Drake<br>Jon Lambiras<br>Shanon J. Carson<br>Sherrie R. Savett<br>Berger & Montague, P.C.<br>43 SE Main Street, Suite 505<br>Minneapolis, MN 55414<br>612-594-5933 | emdrake@bm.net<br>jlambiras@bm.net<br>scarson@bm.net<br>ssavett@bm.net | Consumer | |
| *Clark et al v. Equifax Inc.* | 1:17-cv-01118 | District of New Mexico | | Nicholas Koluncich<br>Law offices of Nicholas Koluncich LLC<br>500 Marquette Ave NW., Suite 1200<br>Albuquerque, NM 87102<br>505-881-2228 | nkoluncich@newmexicoclassactions.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Coade-Wingate v.Equifax Inc. et al* | 1:17-cv-01136 | Northern District of New York | | Rodney Mark Zerbe<br>Hellmuth, Johnson Law Firm<br>The Woolworth Building<br>233 Broadway., Suite 2208<br>New York, NY 10279<br>212-966-4949 | rzerbe@hjlawfirm.com | Consumer | Yes by CTO - 1 |
| *Cofield et al v. Equifax Inc. et al* | 1:17-cv-03119 | District of Maryland | | PRO SE<br>Kevin L. Cofield, Sr.<br>410-419-6049<br>Dr. Keenan K. Cofield<br>443-554-3715<br>Laverne Thompson<br>4109 Cutty Sark Rd.<br>Baltimore, MD 21220<br><br>PRO SE<br>Berri A. Wells<br>7723 English Oak Circle<br>Elkridge, MD 21075<br>301-905-7160 | supremegrandbishop@gmail.com<br><br>abettercoach@gmail.com | Consumer | Transfer Opposed on 12/21/17 |
| *Cole et al v.  Equifax Inc. et al* | 5:17-cv-00223 | District of Vermont | Hayes, Windish & Badgewick | Kevin Sharp<br>Saford Heisler Sharp, LLP<br>611 Commerce Street, Suite 3100<br>Nashville, TN 37203<br>615-434-7000<br><br>Richard J. Windish<br>Hayes, Windish & Badgewick<br>45 Pleasant Street<br>Woodstock, VT 05091<br>802-457-2123 | ksharp@sanfordheisler.com<br><br>rwindish@woodstockvtlaw.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Cole v. Equifax Inc. and Equifax Information Services, LLC* | 1:17-cv-11712 | District of Massachusetts (Boston Division) | | John Roddy<br>Elizabeth Ryan<br>Benjamin Lajoie<br>BAILEY & GLASSER LLP<br>99 High Street, Suite 304<br>Boston, MA 02110<br>617-439-6730<br><br>Nicholas F. Ortiz<br>LAW OFFICE OF NICHOLAS F. ORTIZ, P.C.<br>99 High Street, Suite 304<br>Boston, MA 02110<br>617-338-9400 | jroddy@baileyglasser.com<br>eryan@baileyglasser.com<br>blajoie@baileyglasser.com<br><br>nfo@mass-legal.com | Consumer | Yes by CTO - 1 |
| *Collins v. Equifax, Inc.* | 1:17-cv-00187 | Southern District of Texas (Brownsville Division) | | Thomas F. Hetherington<br>Kendall J. Burr<br>Diane S. Wizig<br>EDISON MCDOWELL AND HETHERINGTON LLP<br>1001 Fannin Street, Suite 2700<br>Houston, TX 77002<br>713-337-5580 | tom.hetherington@emhllp.com<br>kendall.burr@emhllp.com<br>diane.wizig@emhllp.com | Consumer | Yes |
| *Collins v. Equifax, Inc.* | 8:17-cv-01561 | Central District of California (Southern Division - Santa Ana) | | Timothy G. Blood<br>BLOOD HURST & O'REARDON LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>619-338-1100 | tblood@bholaw.com | Consumer | |
| *Cooper et al. v. Equifax Incorporated et al.* | 4:17-cv-00490 | District of Arizona | | Leonard Anthony Bennett<br>Consumer Litigation Associates PC<br>763 J Clyde Morris Blvd., Ste. 1A<br>Newport News, VA 23601<br>757-930-3660 | lenbennett@clalegal.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table
## CONSUMER CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Cox et al v. Equifax, Inc.* | 1:17-cv-03586 | Northern District of Georgia | | Alex G. Streett<br>James A. Streett<br>Streett Law Firm, P.A.<br>107 West Main<br>Russellville, AR 72801<br>479-968-2030<br><br>Benjamin A. Gastel<br>Michael G.. Stewart<br>Branstetter Stranch & Jennings PLLC<br>The Freedom Center<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>615-254-8801 | beng@bsjfirm.com | Consumer | |
| *Crossett v. Equifax, Inc.* | 4:17-cv-02434 | Eastern District of Missouri | | D. Todd Mathews<br>GORI AND JULIAN, P.C.<br>156 N. Main ST.<br>Edwardsville, IL 62025<br>618-659-9833 | Todd@GoriJulianLaw.com | Consumer | Yes by CTO - 1 |
| *Crow et al. v. Equifax, Inc.* | 5:17-cv-05355 | Northern District of California | | Cari Campen Laufenberg<br>Gretchen Freeman Cappio<br>Keller Rohrback, LLP<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101-3052<br>206-623-1900<br><br>Jodi Westbrook Flowers<br>Motley Rice, LLC-SC<br>28 Bridgeside Boulevard<br>Mt. Pleasant, SC 29464<br>843-216-9163 | claufenberg@kellerrohrback.com<br>gcappio@kellerrohrback.com<br><br><br>jflowers@motleyrice.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table
## CONSUMER CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Cuevas v. Equifax Inc. et al* | 2:17-cv-08604 | Central District of California | | Thomas V. Girardi<br>Christopher T. Aumais<br>Ashkahn Mohamadi<br>GIRARDI KEESE<br>1126 Wilshire Boulevard<br>Los Angeles, California 90017<br>213-977-0211 | caumais@girardikeese.com<br>tgirardi@girardikeese.com<br>amohamadi@GIRARDIKEESE.com | Consumer | Yes by CTO - 2 |
| *Dash III v. Equifax Information Services LLC* | 1:17-cv-07076 | Southern District of New York | | PRO SE<br>John P. Dash III<br>Gotham BMG<br>420 Lexington Ave., Suite 300<br>New York, NY 10170 | no email provided | Consumer | Yes by CTO - 1 |
| *Dash v . Equifax Information Services LLC* | 1:17-cv-00901 | Western District of Texas | | PRO SE<br>Dexter K. Dash<br>P.O Boc 1431<br>Leander, TX 78646 | no email provided | Consumer | Yes by CTO - 1 |
| *Daughtery et al. v. Equifax Inc.* | 4:17-cv-00597 | Eastern District of Arkansas | | Benjamin A. Gastel<br>Branstetter, Stranch & Jennings PLLC<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37204<br>615-254-8801 | beng@bsjfirm.com | Consumer | Yes by CTO - 1 |
| *Davis et al. v. Equifax Inc.* | 7:17-cv-06883 | Southern District of New York (White Plains Division) | | Kevin Peter Roddy<br>Philip A. Tortoreti<br>Andrew Grous<br>WILENTZ, GOLDMAN & SPITZER, PA<br>90 Woodbridge Center Drive, Suite 90,0 Box 10<br>Woodbridge, NJ 07095<br>732-636-8000<br><br>Ben Barnow<br>BARNOW & ASSOCIATES, P.C.<br>One North LaSalle Street, Suite 4600<br>Chicago, IL 60602<br>312-621-2000 | kroddy@wilentz.com<br>ptortoreti@wilentz.com<br>agrous@wilentz.com<br><br>b.barnow@barnowlaw.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Davis et al. v. Equifax Inc.* | 7:17-cv-01595 | Northern District of Alabama | | Steven P Gregory<br>GREGORY LAW FIRM PC<br>2700 Corporate Drive, Suite 200<br>Birmingham, AL 35242<br>205-314-4874 | steve@gregorylawfirm.us | Consumer | Yes by CTO - 1 |
| *Dela Cruz v. Equifax Inc. et al* | 8:17-cv-02084 | Central District of California | | Bobby Samini<br>Matthew M. Hoesly<br>Bryan C. Oberle<br>Theodore G. Spanos<br>Samini Scheinberg PC<br>Newport Beach, CA 92663<br>949-636-5953 | bsamini@saminilaw.com<br>mhoesly@saminilaw.com<br>bryan.oberle.2016@lawmail.usc.edu<br>tspanos@ksmllp.com | Consumer | Yes by CTO - 2 |
| *Derby v. Equifax, Inc.* | 2:17-cv-01186 | Western District of Pennslyvania (Pittsburgh Division) | | Joseph N. Kravec, Jr.<br>FEINSTEIN DOYLE PAYNE & KRAVEC LLC<br>Law & Finance Building<br>429 Fourth Avenue Suite 1300<br>Pittsburgh, PA 15219<br>412-281-8400 | jkravec@fdpklaw.com | Consumer | Yes by CTO |
| *Dhuka et al v. Equifax, Inc.* | 1:17-cv-00919 | Western District of Texas | | Andrew Kochanowski<br>Sarah L. Rickard<br>Sommers Schwartz, P.C.<br>One Towne Square, Suite 1700<br>Southfield, MI 48076<br>248-746-4068<br><br>Randall Adam Swick<br>Reid Collins & Tsai<br>1301 S Capital of Texas Hwy<br>Building C, Suite 300<br>Austin, TX 78746<br>512-647-6100 | akochanowski@sommerspc.com<br><br>srickard@sommerspc.com<br><br>srickard@sommerspc.com | Consumer | Yes by CTO - 1 |
| *Diaz v. Equifax Inc.* | 7:17-cv-08175 | Southern District of New York | | Steven Edward Armstrong<br>The Law Offices of Steven E. Armstrong, PLLC<br>61 Broadway, Suite 3000<br>New York, NY 10006<br>212-837-6824 | SArmstrong@ArmstrongPLLC.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table
## CONSUMER CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Dixon et al v. Equifax, Inc.* | 1:17-cv-03809 | Northern District of Georgia | | Jodi Westbrook Flowers<br>Kevin R. Dean<br>Motley Rice, LLC-SC<br>28 Bridgeside Boulevard<br>Mt. Pleasant, SC 29464<br>843-216-9163<br><br>Cari Campen Laufenberg<br>Gretchen Freeman Cappio<br>Keller Rohrback, L.L.P<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>206-623-1900 | jflowers@motleyrice.com<br>kdean@motleyrice.com<br><br>claufenberg@kellerrohrback.com<br>gcappio@kellerrohrback.com | Consumer | Yes by CTO - 1 |
| *Domino et al. v. Equifax, Inc.* | 0:17-cv-61936 | Southern District of Florida | | Alex Arreaza<br>320 W Oakland Park Boulevard<br>Wilton Manors, FL 33311<br>954-565-7743<br><br>Joseph Zager<br>ZAGERLAW, P.A.<br>500 E. Broward Blvd., Suite 1820<br>Fort Lauderdale, FL 33394<br>954-888-8170 | alex@alexmylawyer.com<br><br>admin@zagerlaw.com | Consumer | Yes by CTO - 1 |
| *Dowgin & Hudson v. Equifax Inc.* | 1:17-cv-06923 | District of New Jersey (Camden Division) | | Jamie P. Clouser<br>360 West 43rd Street, Suite S14A<br>New York, NY 10036<br>347-871-6702 | jamie@clouseresq.com | Consumer | |
| *Dremak v. Equifax, Inc.* | 3:17-cv-01829 | Southern District of California (San Diego Division) | | Timothy G. Blood<br>BLOOD HURST & O'REARDON LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>619-338-1100 | tblood@bholaw.com | Consumer | |

# Plaintiffs' Counsel Table
## CONSUMER CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Duke et al v. Equifax* | 1:17-cv-03765 | Northern District of Georgia | | John C. Herman<br>Mark J. Dearborn<br>Paul J. Geller<br>Robbins Geller Rudman & Dowd, LLP - GA<br>Suite 1650, Monarch Plaza<br>3424 Peachtree Road, NE<br>Atlanta, GA 30326<br>404-504-6500<br><br>Ashley R. Rifkin<br>Brian J. Robbins<br>Robbins Arroyo, LLP-CA<br>600 B Street, Suite 1900<br>San Diego, CA 92101<br>619-525-3990 | jherman@rgrdlaw.com<br>pgeller@rgrdlaw.com<br><br>brobbins@robbinsarroyo.com | Consumer | |
| *Duran & Duran v. Equifax, Inc.* | 8:17-cv-01571 | Central District of California (Southern Division - Santa Ana) | | Natalie S. Pang<br>KABATECK BROWN KELLNER LLP<br>644 South Figueroa Street<br>Los Angeles, CA 90017<br>866-266-1800 | | Consumer | |
| *Duran v. Equifax Inc.* | 1:17-cv-06584 | Eastern District of New York | | Edward B. Geller<br>EDWARD B. GELLER, ESQ., P.C.<br>15 Landing Way<br>Bronx, NY 10464<br>914-473-6783 | epbh@aol.com | Consumer | Yes by CTO - 1 |
| *Durham v. Equifax, Inc. and Does 1-50* | 1:17-cv-03452 | Northern District of Georgia | Conley Griggs Partin LLP | Tina Wolfson<br>Theodore Maya<br>AHDOOT & WOLFSON, PC<br>10728 Lindbrook Drive<br>Los Angeles, California 90024<br>310-474-9111<br><br>Ranse M. Partin<br>CONLEY GRIGGS PARTIN LLP<br>4200 Northside Parkway NW Building One Suite 300<br>Atlanta, GA 303027<br>229-985-5300 | twolfson@ahdootwolfson.com<br>tmaya@ahdootwolfson.com<br><br>ranse@conleygriggs.com | Consumer | Yes |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Earl v. Equifax, Inc. et al* | 1:17-cv-00513 | District of New Hampshire | Nixon Vogelman Barry Slawsky & Simoneau PA | Leslie C. Nixon<br>Nixon Vogelman Barry Slawsky & Simoneau PA<br>77 Central St<br>Manchester, NH 03101<br>603-669-7070<br><br>Kevin H. Sharp<br>Sanford Heisler Sharp LLP<br>611 Commerce St, Ste 3100<br>Nashville, TN 37203<br>615-434-7001 | lnixon@davenixonlaw.com<br><br>ksharp@sanfordheisler.com | Consumer | Yes by CTO - 1 |
| *Eastman et al v. Equifax Inc.* | 1:17-cv-03512 | Northern District of Georgia | Conley Griggs Partin LLP | Robert N. Kaplan<br>Matthew B. George<br>Lawrence D. King<br>Joel B. Strauss<br>Mario M. Choi<br>David Straite<br>Kaplan Kilsheimer & Fox<br>850 Third Avenue<br>New York, NY 10022<br>212-687-1980<br><br>Ranse M. Partin<br>Conley Griggs Partin, LLP- GA<br>Building One, Suite 300<br>4200 Northside Parkway, NW<br>Atlanta, GA 30327<br>404-467-1155 | rkaplan@kaplanfox.com<br>mgeorge@kaplanfox.com<br>lking@kaplanfox.com<br>jstrauss@kaplanfox.com<br>mchoi@kaplanfox.com<br>dstraite@kaplanfox.com<br><br><br>ranse@conleygriggs.com | Consumer | |
| *Englert et al v. Equifax, Inc.* | 1:17-cv-03509 | Northern District of Georgia | Evangelista Worley, LLC | David James Worley<br>James M. Evangelista<br>Kristi Stahnke McGregor<br>Evangelista Worley, LLC<br>8100 A Roswell Road, Suite 100<br>Atlanta, GA 30350<br>404-205-8400 | david@ewlawllc.com<br>jim@ewlawllc.com<br>krisit@ewlawllc.com | Consumer | |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Eppy v. Equifax, Inc.* | 0:17-cv-61833 | Southern District of Florida | | Joshua Harris Eggnatz<br>Michael James Pascucci<br>Eggnatz Pascucci, P.A.<br>5400 S. University Drive, Suite 417<br>Davie, FL 33328<br>954-889-3359 | JEggnatz@JusticeEarned.com<br>MPascucci@JusticeEarned.com | Consumer | Yes by CTO - 1 |
| *Evans v. Equifax Inc.* | 5:17-cv-05454 | Northern District of California | | Phillip A. Jaret<br>Robert S. Jaret<br>Jaret & Jaret<br>1016 Lincoln Avenue<br>San Rafael, CA 94901<br>415-455-1010 | pajaret@jaretlaw.com<br>rjaret@jaretlaw.com | Consumer | Yes by CTO - 1 |
| *Fail et al. v. Equifax Inc. et al.* | 1:17-cv-03581 | Southern District of Indiana | MADDOX HARGETT & CARUSO, PC | Mark E. Maddox<br>MADDOX HARGETT & CARUSO, PC<br>10100 Lantern Road, Suite 150<br>Fishers, IN 46037<br>317-598-2040<br><br>Kevin H. Sharp<br>SANFORD HEISLER SHARP, LLP<br>611 Commerce St., Ste. 3100<br>Nashville, TN 37203<br>615-434-7001 | mmaddox@mhclaw.com<br><br>ksharp@sanfordheisler.com | Consumer | Yes by CTO - 1 |
| *Faillace v. Equifax, Inc.* | 2:17-cv-06721 | Central District of California (Western Division - Los Angeles) | | Jennifer Sarnelli<br>GARDY AND NOTIS LLP<br>126 East 56th Street, 8th Floor<br>New York, NY 10022<br>212-905-0509 | jsarnellii@gardylaw.com | Consumer | |
| *Farinella v. Equifax Information Services, LLC* | 2:17-cv-05548 | Eastern District of New York | | Ryan L Gentile<br>Law Offices of Gus Michael Farinella<br>110 Jericho Turnpike, Suite 100<br>Floral Park, NY 11001<br>212-675-6161 | rlg@lawgmf.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table
## CONSUMER CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Fausz v. Equifax Information Services, LLC* | 3:17-cv-00576 | Western District of Kentucky | | Nina B. Couch<br>Couch Law, PLLC<br>2815 Taylorsville Rd., Suite 101<br>Louisville, KY 40205<br>502-550-4933<br><br>Zachary L. Taylor<br>2815 Taylorsville Road, Suite 102<br>Louisville, KY 40205<br>502-822-2500 | couchlawpllc@gmail.com<br><br>ztaylor@taylorcouchlaw.com | Consumer | Yes by CTO - 1 |
| *Feehrer et al v. Equifax, Inc.* | 1:17-cv-07803 | District of New Jersey | | Joseph R. Santoli<br>340 Devon Court<br>Ridgewood, NJ 07450<br>201-926-9200<br><br>Olimpio L. Squitieri<br>Squitieri & Fearon, LLP<br>2600 Kennedy Bldv., Suite 1K<br>Jersey City, NJ 07306<br>201-200-0900 | josephsantoli@aol.com<br><br>lee@sfclasslaw.com | Consumer | Yes by CTO - 1 |
| *Feied v. Equifax, Inc.* | 5:17-cv-05524 | Northern District of California | | Gordon M. Fauth, Jr.<br>Of Counsel<br>Rosanne L. Mah<br>Of Counsel<br>Finkelstein Thompson LLP<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>510-238-9610<br><br>Mila Bartos<br>Finkelstein Thompson LLP<br>3201 New Mexico Ave., NW, Suite 395<br>Washington, D.C. 20016<br>202-337-8000 | gfauth@finkelsteinthompson.com<br><br>rmah@finkelsteinthompson.com<br><br>mbartos@finkelsteinthompson.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Fiore v. Equifax, Inc.* | 1:17-cv-03456 | Northern District of Georgia (Atlanta Division) | Evangelista Worley, LLC | James M. Evangelista<br>David J. Worley<br>Kristi Stahnke McGregor<br>EVANGELISTA WORLEY, LLC<br>8100 A Roswell Road, Suite 100<br>Atlanta, GA 30350<br>404-205-8400<br><br>William Federman<br>Carin L. Marcussen<br>Joshua D. Wells<br>FEDERMAN & SHERWOOD<br>10205 N. Pennsylvania Avenue<br>Oklahoma, OK 73120<br>405-235-1560 | jme@ewlawllc.com<br>david@ewlawll.com<br>kristi@ewlawll.com<br><br>wbf@federmanlaw.com<br>clm@federmanlaw.com<br>jdw@federmanlaw.com | Consumer | Yes |
| *Flores et al. v. Equifax Inc.* | 7:17-cv-07088 | Southern District of New York | | Shelly L Friedland<br>Trief and Olk<br>150 East 58 Street<br>New York, NY 10155<br>212-486-6060 | sfriedland@triefandolk.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Frank et al. v. Equifax Inc. et al.* | 5:17-cv-01611 | Northern District of Alabama | BATTLE & WINN LLP; SERIOUS INJURY LAW GROUP, P.C. | Robert E Battle<br>Adam P Plant<br>Harlan F Winn, III<br>BATTLE & WINN LLP<br>2901 2nd Avenue South, Ste. 220<br>Birmingham, AL 35233<br>205-397-8161<br><br>Jeremy Heisler<br>Andrew Melzer<br>Kevin H Sharp<br>SANFORD HEISLER SHARP LLP<br>1350 Avenue of the Americas<br>31st Floor<br>New York, NY 10019<br>646-402-5650<br><br>Charles James, II<br>LAW OFFICES OF CHARLES JAMES II<br>418 Scott Street<br>P O Box 781<br>Montgomery, AL 36101<br>334-832-1001 | rbattle@battlewinn.com<br>aplant@battlewinn.com<br>hwinn@battlewinn.com<br><br>jheisler@sanfordheisler.com<br>amelzer@sanfordheisler.com<br>ksharp@sanfordheisler.com<br><br>chuck@chuckjameslaw.com | Consumer | Yes by CTO - 1 |
| *Frazier v. Equifax Inc.* | 1:17-cv-06587 | Eastern District of New York | | Edward B. Geller<br>EDWARD B. GELLER, ESQ., P.C.<br>15 Landing Way<br>Bronx, NY 10464<br>914-473-6783 | epbh@aol.com<br><br>jheisler@sanfordheisler.com | Consumer | Yes by CTO - 1 |
| *Fried v. Equifax Inc.* | 3:17-cv-01955 | Southern District of California | | Joseph N. Kravec, Jr.<br>Feinstein Doyle Payne & Kravec, LLC<br>429 Fourth Avenue<br>Law & Finance Building, Suite 1300<br>Pittsburgh, PA 15219<br>412-281-8400 | jkravec@fdpklaw.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Friedman & Acosta v. Equifax, Inc. and Equifax Information Services LLC* | 1:17-cv-07022 | District of New Jersey (Camden Division) | | Christopher A. Seeger<br>SEEGER WEISS LLP<br>550 Broad Street Suite 920<br>Newark, NJ 07102<br>888-610-6574 | cseeger@seegerweiss.com | Consumer | |
| *Fuhrman v. Equifax Inc. et al* | 2:17-cv-13508 | Eastern District of Michigan | Aidenbaum Schloff and Bloom PLLC | Kevin Sharp<br>SANFORD HEISLER SHARP, LLP<br>611 Commerce St., Suite 3100<br>Nashville, TN 37203<br>615-434-7003<br><br>Guido G. Aidenbaum<br>Ryan Bloom<br>Sara Sturing<br>Elliott Indig<br>Aidenbaum Schloff and Bloom PLLC<br>6960 Orchard Lake Road, Ste 250<br>West Bloomfield, MI 48322<br>248-865-6500 | ksharp@sanfordheisler.com<br><br><br>gaidenbaum@aidenbaum.com<br>rbloom@aidenbaum.com<br>eindig@aidenbaum.com<br>ssturing@aidenbaum.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Gallant, Jr. v. Equifax Inc.* | 8:17-cv-02712 | District of Maryland (Greenbelt Division) | | Richard V. Falcon<br>William H. Murphy, Jr.<br>William H. Murphy, III<br>Murphy, Falcon & Murphy<br>One South Street 23rd Floor<br>Baltimore, MD 21202<br>410-951-8744<br><br>Robert J. Weltchek<br>WELTCHEK MALLAHAN & WELTCHEK, LLC<br>2330 West Joppa Road, Suite 203<br>Lutherville, MD 21093<br>410-825-5287<br><br>Marc E. Dann<br>Brian Flick<br>THE DANN LAW FIRM CO. LPA<br>PO Box 6031040<br>Cleveland, OH 44103<br>216-373-0539<br><br>Andrew B. Sacks<br>John K. Weston<br>Sacks Weston Diamond LLC<br>1845 Walnut Street, Suite 1600 | billy.murphy@murphyfalcon.com<br>hassan.murphy@murphyfalcon.com<br>richard.falcon@murphyfalcon.com<br><br>rweltchek@wmwlawfirm.com<br><br>notices@dannlaw.com<br><br>asacks@sackslaw.com<br>jweston@sackslaw.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table
## CONSUMER CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| | | | | Thomas A. Zimmerman, Jr. ZIMMERMAN LAW OFFICES, P.C. 77 West Washington Street, Suite 1220 Chicago, IL 60602 312-440-0020<br><br>David H. Krieger George Haines HAINES & KRIEGER, LLC 8985 S. Eastern Ave Suite 350 Henderson, NV 89123 702-880-5554<br><br>Matthew I. Knepper Miles N. Clark KNEPPER & CLARK, LLC 10040 W. Cheyenne Ave Suite 170-109 Las Vegas, NV 89129 702-825-6060<br><br>Sean N. Payne PAYNE LAW FIRM LLC 9550 S. Eastern Ave Suite 253-A213 Las Vegas, NV 89123 702-952-2733 | tom@attorneyzim.com<br><br>dkrieger@hainesandkrieger.com<br><br>matthew.knepper@knepperclark.com miles.clark@knepperclark.com<br><br>seanpayne@spaynelaw.com | Consumer | |
| *Galpern v. Equifax Inc and Trusted ID, Inc.* | 5:17-cv-05265 | Northern District of California (San Jose Division) | | Scott E. Cole Corey B. Bennett SCOTT COLE & ASSOCIATES, APC 1970 Broadway Ninth Floor Oakland, CA 94612 510-891-9800<br><br>Timothy Paul Rumberger LAW OFFICES OF TIMOTHY P. RUMBERGER 1339 Bay Street Alameda, CA 94501 510-841-5500 | scole@scalaw.com cbennett@scalaw.com | Consumer | |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Gastineau et al v. Equifax, Inc.* | 1:17-cv-03769 | Northern District of Georgia | Holzer & Holzer, LLC | Alexandria Patel Rankin<br>Corey D. Holzer<br>Holzer & Holzer, LLC<br>1200 Ashford Center North, Suite 410<br>Atlanta, GA 30338<br>770-392-0090<br><br>Jim Wyly<br>Wyly Rommel, PLLC<br>4004 Texas Blvd<br>Texarkana, TX 75503<br>903-334-8646 | arankin@holzerlaw.com<br>cholzer@holzerlaw.com | Consumer | |
| *Gay v. Equifax, Inc.* | 1:17-cv-02417 | District of Colorado | | PRO SE<br>William Alan Gay<br>2084 Creighton Drive<br>Golden, CO 80401 | no email provided | Consumer | Yes by CTO - 1 |
| *Geller et al. v. Equifax, Inc.* | 9:17-cv-81056 | Southern District of Florida | | Steven C. Holzman<br>Law office of Steven C. Holzman<br>4400 North Federal Highway<br>Lighthouse Point, FL 33064<br>561-789-5366<br><br>Marc Aaron Wites<br>Wites Law Firm<br>4400 North Federal Highway<br>Lighthouse Point, FL 33064<br>954-570-8989 | scholzmanlaw@gmail.com<br><br>mwites@wklawyers.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Gerstein et al v. Equifax Information Services LLC* | 1:17-cv-05048 | Northern District of Georgia | | David H. Krieger<br>George Haines<br>Haines and Krieger, LLC<br>8985 S. Eastern Avenue, Suite 130<br>Henderson, NV 89123<br>702-880-5554<br><br>Marc Edward Dann<br>The Dann Law Firm Co. LPA<br>P.O. Box 6031040<br>2728 Euclid Avenue, Suite 300<br>Cleveland, OH 44103<br>216-373-0539 | notices@dannlaw.com | Consumer | |
| *Gersten and Obradovich v. Equifax Inc.* | 3:17-cv-01828 | Southern District of California (San Diego Division) | | Edward D. Chapin<br>SANFORD HEISLER SHARP, LLP<br>655 West Broadway, Suite 1700<br>San Diego, CA 92101<br>619-577-4250<br><br>Danielle Anne Fuschetti<br>SANFORD HEISLER SHARP LLP - SAN FRANCISCO, CA<br>111 Sutter St., Suite 975<br>San Francisco, CA 94104<br>415-795-2022<br><br>Kevin Sharp<br>SANFORD HEISLER SHARP LLP - NASHVILLE, TN<br>611 Commerce St., Suite 3100<br>Nashville, TN 37203<br>615-434-7001 | ksharp@sanfordheisler.com<br>dfuschetti@sanfordheisler.com<br>echapin2@sanfordheisler.com | Consumer | Yes |

# Plaintiffs' Counsel Table
## CONSUMER CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Gibson v. Equifax Inc.* | 1:17-cv-00466 | District of Hawaii | Bickerton Dang LLP | James J. Bickerton<br>Bickerton Dang LLLP<br>Bridget Gallagher Morgan<br>Fort St. Tower<br>745 Fort Street, Suite 801<br>Honolulu, HI 96813<br>808-599-3811<br><br>Edward Dewey Chapin<br>Sanford Heisler Sharp, LLP<br>655 W Broadway, Suite 1700<br>San Diego, CA 92101<br>(619) 577-4253<br><br>Danielle Anne Fuschetti<br>SANFORD HEISLER SHARP LLP - SAN FRANCISCO, CA<br>111 Sutter St., Suite 975<br>San Francisco, CA 94104<br>415-795-2022<br><br>Kevin Sharp<br>Sanford Heisler Sharp, LLP<br>611 Commerce Street, Suite 3100<br>Nashville, TN 37203<br>615-434-7000 | bickerton@bsds.com<br><br>echapin2@sandfordheisler.com<br>dfuschetti@sanfordheisler.com<br><br>morgan@bsds.com<br><br>ksharp@sanfordheisler.com | Consumer | Yes by CTO - 1 |
| *Gibson v. Equifax Inc.* | 5:17-cv-00973 | Western District of Oklahoma (Oklahoma City Division) | | Joshua D. Wells<br>William B. Federman<br>FEDERMAN & SHERWOOD<br>10205 N. Pennsylvania Avenue<br>Oklahoma City, OK 73120<br>405-235-1560 | jdw@federmanlaw.com<br>wbf@federmanlaw.com | Consumer | |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Gladwell et al. v. Equifax, Inc. et al* | 5:17-cv-04061 | Southern District of West Virginia | | Leonard A. Bennett<br>Elizabeth Wilson Hanes<br>Craig C. Marchiando<br>CONSUMER LITIGATION ASSOCIATES<br>763 J. Clyde Morris Boulevard, Suite 1-A<br>Newport News, VA 23601<br>757-930-3660 | lenbennett@clalegal.com<br>elizabeth@clalegal.com | Consumer | Yes by CTO - 1 |
| *Goldweber v. Equifax Inc.* | 5:17-cv-05586 | Northern District of California | | Willem F. Jonckheer<br>Noah M. Schubert<br>Robert C. Schubert<br>Schubert Jonckheer & Kolbe LLP<br>Three Embarcadero Center, Suite 1650<br>San Francisco, CA 94111<br>(415) 788-4220 | wjonckheer@schubertlawfirm.com<br><br>nschubert@sjk.law<br><br>rschubert@schubertlawfirm.com | Consumer | Yes by CTO - 1 |
| *Gottesman et al v. Equifax, Inc.* | 1:17-cv-03498 | Northern District of Georgia | Evangelista Worley, LLC | David James Worley<br>Evangelista Worley, LLC<br>8100 A Roswell Road, Suite 100<br>Atlanta, GA 30350<br>404-205-8400<br><br>Gary S. Graifman<br>Jay I. Brody<br>Kantrowitz, Goldhamer & Graifman, P.C.<br>210 Summit Avenue<br>Montvale, NJ 07645<br>201-391-7600 | jim@ewlawllc.com<br>david@ewlawll.com<br>kristi@ewlawll.com<br><br>ggraigman@kgglaw.com | Consumer | |
| *Gottlieb, et al. v. Equifax, Inc.* | 1:17-cv-07615 | District of New Jersey | | Neil Grossman<br>BRONSTEIN, GEWIRTZ & GROSSMAN, ESQS.<br>144 N. Beverąyck Road, #187<br>Lake Hiawatha, NJ 07034<br>973-335-6409 | neil@bgandg.com | Consumer | Yes by CTO - 1 |
| *Gray & Garthright v. Equifax Information Services, LLC* | 6:17-cv-06095 | Western District of Arkansas (Hot Springs) | | Annabell L. Patterson<br>ANNABELLE LEE PATTERSON, PLC<br>646 Quapaw Avenue<br>Hot Springs, AR 71901<br>501-701-0027 | | Consumer | |

# Plaintiffs' Counsel Table
## CONSUMER CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Green et al v. Equifax, Inc.* | 1:17-cv-03487 | Northern District of Georgia | Law Offices of David A. Bain, LLC | David Andrew Bain<br>Law Offices of David A. Bain, LLC<br>1050 Promenade II<br>1230 Peachtree Street, NE<br>Atlanta, GA 30309<br>404-724-9990<br><br>Douglas J. Bench<br>Mark S. Goldman<br>Goldman Scarlato & Penny, PC<br>Eight Tower Bridge, Suite 1025<br>161 Washington Street<br>Conshohocken, PA 19428<br>484-342-0700<br><br>Marc H. Edelson<br>Edelson & Associates, LLC<br>45 West Court Street<br>Doylestown, PA 18901<br>215-230-8043<br><br>Jashua H. Grabar<br>Graber Law Office<br>1735 Market Street, Suite 3750<br>Philadelphia, PA 19103<br>267-507-6085 | dbain@bain-law.com<br><br>bench@gsp.com<br>goldman@lawgsp.com<br><br>medelson@edelson-law.com<br><br>jgrabar@grabarlaw.com | Consumer | |
| *Greenlee v. Equifax, Inc* | 5:17-cv-01929 | Central District of California | | Jared M. Hartman<br>Babak Semnar<br>SEMNAR & HARTMAN LLP<br>400 South Melrose Drive, Suite 209<br>Vista, CA 92081<br>619-500-4187 | jared@sandiegoconsumerattorneys.com<br>bobsandiegoconsumerattorneys.com | Consumer | Yes by CTO - 1 |
| *Greenwald et al. v. Equifax, Inc.* | 1:17-cv-00438 | District of New Hampshire | | Charles G. Douglas, III<br>Douglas Leonard & Garvey PC<br>14 South St, Ste 5<br>Concord, NH 03301<br>603 224-1988 | mail@nhlawoffice.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Grossberg et al. v. Equifax Inc.* | 1:17-cv-05280 | Eastern District of New York (Brooklyn Division) | | Orin R. Kurtz<br>GARDY & NOTIS, LLP<br>126 East 56th Street, 8th Floor, Tower 56<br>New York, NY 10022<br>212-905-0509 | okurtz@gardylaw.com | Consumer | |
| *Gulley v. Equifax Inc. et al.* | 4:17-cv-04088 | Western District of Arkansas | Steele, Wright, Gray & Hitchinson, PLLC | Marshall Alan Wright<br>Steele, Wright, Gray & Hitchinson, PLLC<br>523 Front Street<br>P.O. Box 588<br>Forrest City, AR 72336<br>(870) 633-8575<br><br>Kevin Sharp<br>Sanford Heisler Sharp, LLP<br>611 Commerce Street, Suite 3100<br>Nashville, TN 37203<br>615-434-7001 | marshallwright@sbcglobal.net<br><br>ksharp@sanfordheisler.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Halpin, et al. v. Equifax, Inc.* | 1:17-cv-03872 | Northern District of Georgia (Atlanta Division) | Evangelista Worley, LLC | David James Worley<br>James M. Evangelista<br>Kristi Stahnke McGregor<br>Evangelista Worley, LLC<br>8100 A Roswell Road, Suite 100<br>Atlanta, GA 30350<br>404-205-8400<br><br>William B. Federman<br>Carin L. Marcussen<br>Joshua D. Wells<br>Federman & Sherwood<br>10205 N. Pennsylvania Avenue<br>Oklahoma City, OK  73120<br>405-235-1560<br><br>Robert S. Green<br>James Robert Noblin<br>Green & Noblin, P.C.<br>2200 Larkspur Landing Circle, Suite 101<br>Larkspur, CA 94939<br>415-477-6700 | david@ewlawllc.com<br>jim@ewlawllc.com<br>krisit@ewlawllc.com<br><br>wbf@federmanlaw.com<br>clm@federmanlaw.com<br>jdw@federmanlaw.com<br><br>gnecf@classcounsel.com | Consumer | |
| *Hamilton et al v. Equifax, Inc.* | 1:17-cv-05266 | Central District of California | Green & Noblin, P.C. | Robert S. Green<br>James Robert Noblin<br>Green and Noblin PC<br>2200 Larkspur Landing Circle, Suite 101<br>Larkspur, CA 94939<br>415-477-6700<br><br>William B. Federman<br>Carin L. Marcussen<br>Joshua D. Wells<br>Federman & Sherwood<br>10205 N. Pennsylvania Avenue<br>Oklahoma City, OK  73120<br>405-235-1560 | gnecf@classcounsel.com<br><br>wbf@federmanlaw.com<br>clm@federmanlaw.com<br>jdw@federmanlaw.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table
## CONSUMER CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Hamre et al v. Equifax Information Services, LLC* | 3:17-cv-00196 | District of North Dakota | | Jordan M. Lewis<br>Kelley Uustal<br>Courthouse Law Plaza<br>700 SE Third Ave., Suite 300<br>Fort Lauderdale, FL 33316<br>954-522-6601<br><br>Mike J Miller<br>Todd Michael Miller<br>SOLBERG STEWART MILLER<br>P.O. Box 1897<br>Fargo, ND 58107-1897<br>701-237-3166 | jml@kulaw.com<br><br>mmiller@solberglaw.com<br>tmiller@solberglaw.com | Consumer | Yes by CTO - 1 |
| *Harper v. Equifax Inc. et al* | 1:17-cv-11785 | District of Massachusetts | | Jeremy Heisler<br>Andrew C. Melzer<br>Sanford Heisler Sharp, LLP<br>1350 Avenue of the Americas, 31st Floor<br>New York, NY 10019<br>(646) 402-5650<br><br>Andrew H. Miller<br>Sanford Heisler Sharp, LLP<br>1666 Connecticut Ave., NW, Suite 300<br>Washington, DC 20009<br>202-499-5200<br><br>Kevin H. Sharp<br>Sanford Heisler Sharp, LLP<br>611 Commerce Street, Suite 3100<br>Nashville, TN 37203<br>615-434-7000 | jheisler@sanfordheisler.com<br>amelzer@sanfordheisler.com<br>amiller@sanfordheisler.com<br>ksharp@sanfordheisler.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Hebrlee v. Equifax, Inc. et al.* | 1:17-cv-07120 | Northern District of Illinois | Duncan Law Group, LLC | Robert R Duncan<br>James Henry Podolny<br>Duncan Law Group, LLC<br>161 N. Clark, Suite 2550<br>Chicago, IL 60601<br>(312)262-5841<br><br>Kevin Sharp<br>Sanford Heisler Sharp, LLP<br>611 Commerce Street, Suite 3100<br>Nashville, TN 37203<br>(615) 434-7001 | rrd@duncanlawgroup.com<br>jp@duncanlawgroup.com<br><br>ksharp@sanfordheisler.com | Consumer | Yes by CTO - 1 |
| *Henderson v. Equifax, Inc.* | 1:17-cv-03829 | Northern District of Georgia | Conley Griggs Partin LLP | Ranse M. Partin<br>Conley Griggs Partin, LLP- GA<br>Building One, Suite 300<br>4200 Northside Parkway, NW<br>Atlanta, GA 30327<br>404-467-1155 | ranse@conletgriggs.com | Consumer | |
| *Henderson v. Equifax, Inc. et al* | 0:17-cv-04289 | District of Minnesota | | Joseph C Bourne<br>Kaitlyn Leeann Dennis<br>Daniel E Gustafson<br>Daniel C Hedlund<br>Eric S Taubel<br>Gustafson Gluek PLLC<br>120 South 6th Street, Suite 2600<br>Mpls, MN 55402<br>612-333-8844<br><br>Daniel N. Gallucci<br>Joanne E Matusko<br>Dianne M. Nast<br>Joseph N. Roda<br>NastLaw LLC<br>1101 Market Street, Suite 2801<br>Philadelphia, PA 19107<br>215-923-9300 | jbourne@gustafsongluek.com<br>kdennis@gustafsongluek.com<br>dgustafson@gustafsongluek.com<br>dhedlund@gustafsongluek.com<br>etaubel@gustafsongluek.com<br><br>dgallucci@nastlaw.com<br>jmatusko@nastlaw.com<br>dnast@nastlaw.com<br>jnroda@nastlaw.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table
## CONSUMER CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Hensley v. Equifax, Inc. and Equifax Information Services LLC* | 5:17-cv-04105 | Eastern District of Pennsylvania (Allentown Division) | | Dianne M. Nast<br>NASTLAW LLC<br>1101 Market Street Suite 2801<br>Philadelphia, PA 19107<br>215-923-9300 | dnast@nastlaw.com | Consumer | Yes on 12/11/17 |
| *Highfield v. Equifax, Inc. and Equifax Information Solutions, LLC* | 5:17-cv-01567 | Northern District of Alabama (Northeastern Division) | POPE MCGLAMRY, P.C. | Chris T. Hellums<br>Johnathan S. Mann<br>Michael C. Bradley<br>Austin B. Whitten<br>Pittman, Dutton & Hellums, P.C.<br>2001 Park Place, Suite 1100<br>Birmingham, AL 35203<br>205-322-8880<br><br>N. Kirkland Pope<br>POPE MCGLAMRY, P.C.<br>3391 Peachtree Road, Suite 300<br>Atlanta, GA 30326<br>404-523-7706 | chrish@pittmandutton.com<br>jonm@pittmandutton.com<br>mikeb@pittmandutton.com<br>austinw@pittmandutton.com<br><br>kirkpope@popemcglamry.com | Consumer | Yes |
| *Horne et al v. Equifax Inc.* | 1:17-cv-03713 | Northern District of Georgia | Robbins Geller Rudman & Dowd, LLP | John C. Herman<br>Paul J. Geller<br>Stuart A. Davidson<br>Robbins Geller Rudman & Dowd, LLP - GA<br>Monarch Plaza<br>3424 Peachtree Road, NE, Suite 1650<br>Atlanta, GA 30326<br>404-504-6500<br><br>Robert F. Lopez<br>Thomas E. Loeser<br>Hagens Berman Sobol Shapiro, LLP -WA<br>1918 8th Avenue, Suite 3300<br>Seattle, WA 98101<br>206-268-9304 | jherman@rgrdlaw.com<br>pgeller@rgrdlaw.com<br>sdavidson@rgrdlaw.com<br><br>robl@hbsslaw.com<br>toml@hbsslaw.com | Consumer | |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *House v. Equifax, Inc.* | 4:17-cv-00392 | Southern District of Iowa | Galligan & Reid PC | Brian P Galligan<br>GALLIGAN & REID PC<br>300 Walnut Street, Suite 5<br>Des Moines, IA 50309-2239<br>515-282-3333<br><br>Kevin H. Sharp<br>SANFORD HEISLER SHARP, LLP<br>611 Commerce Street, Suite 3100<br>Nashville, TN 37203<br>615-434-7001 | bgalligan@galliganlaw.com<br>ksharp@sanfordheisler.com | Consumer | Yes by CTO - 1 |
| *House v. Equifax, Inc.* | 2:17-cv-02523 | District of Kansas (Kansas City Division) | | Mitchell L. Burgess<br>BURGESS LAW FIRM<br>4310 Madison Avenue Suite 100<br>Kansas City, MO 64111<br>816-471-1700<br><br>Phyllis A. Norman<br>NORMAN & GRAVES<br>4310 Madison Avenue Suite 120<br>Kansas City, MO 64111<br>816-895-8989<br><br>Ralph K. Phalen<br>RALPH K PHALEN, ATTORNEY AT LAW<br>4310 Madison Avenue Suite 140<br>Kansas City, MO 64111<br>816-589-0753 | mitch@burgesslawkc.com<br><br><br>phyllis@ngkclaw.com<br><br><br>phalenlaw@yahoo.com | Consumer | |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Hyatt v. Equifax Information Services LLC et al* | 1:17-cv-01670 | Eastern District of Wisonsin | First Albrecht & Blondis SC | Lawrence G Albrecht<br>James P End<br>Christopher G Meadows<br>First Albrecht & Blondis SC<br>158 N Broadway - Ste 600<br>Milwaukee, WI 53202-6015<br>414-271-1972<br><br>Kevin H. Sharp<br>Sanford Heisler Sharp, LLP<br>611 Commerce Street, Suite 3100<br>Nashville, TN 37203<br>615-434-7001 | lalbrecht@fabattorneys.com<br>jend@fabattorneys.com<br>cmeadows@fabattorneys.com<br><br><br><br>ksharp@sanfordheisler.com | Consumer | Yes by CTO - 1 |
| *Ialacci v. Equifax, Inc.* | 5:17-cv-05647 | Northern District of California | | Harry Shulman<br>Shulman Law<br>44 Montgomery St.<br>Suite 3830<br>San Francisco, CA 94104<br>415-901-0505<br><br>Melissa S. Weiner<br>Halunen Law<br>1650 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>612-605-4098 | harry@shulmanlawfirm.com<br><br>weiner@halunenlaw.com | Consumer | Yes by CTO - 1 |
| *Irwin v. Equifax, Inc.* | 5:17-cv-05735 | Northern District of California | | Derek G. Howard<br>Ashley Marie Romero<br>Derek G. Howard Law Firm, Inc.<br>42 Miller Avenue<br>Mill Valley, CA 94941<br>415-432-7192<br><br>Daniel Joseph Mulligan<br>Jenkins, Mulligan & Gabriel , LLP<br>10085 Carroll Canyon Road, Suite 210<br>San Diego, CA 92131<br>858-527-1792 | derek@derekhowardlaw.com<br>ashley@derekhowardlaw.com<br><br>dan@jmglawoffices.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Jimenez v. Equifax, Inc.* | 1:17-cv-03885 | Northern District of Georgia | Kevin T Moore, P.C. | Jeff S. Westerman<br>Westerman Law Corp.<br>1875 Century Park East, Suite 2200<br>Los Angeles, CA 90067<br>310-698-7880<br><br>Kevin Trent Moore<br>Kevin T. Moore, P.C.<br>6111 Peachtree Dunwoody RD., NE<br>Building C, Suite 201<br>Atlanta, GA 30328<br>770-396-3622 | ktm@ktmtriallaw.com | Consumer | |
| *Johns et al v. Equifax Inc.* | 5:17-cv-05372 | Northern District of California | | Michael W. Sobol<br>Lieff Cabraser Heimann & Bernstein, LLP<br>Embarcadero Center West<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>(415) 956-1000 | msobol@lchb.com | Consumer | Yes by CTO - 1 |
| *Johnson et al v. Equifax, Inc* | 3:17-cv-03135 | Northern District of Texas | | Charles Austin Reams<br>Reams Law<br>9208 North Kelley Avenue<br>Oklahoma City, OK 73131<br>405-285-6878 | austin@reamslawfirm.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Johnson et al v. Equifax, Inc et al* | 3:17-cv-02464 | Northern District of Texas | | John Green<br>John L Green, CPA, Attorney at Law<br>4888 Loop Central Drive, Suite 445<br>Houston, TX 77081<br>713-660-7400<br><br>Craig Kyle Hemphill<br>Craig Kyle Hemphill Law Offices PLLC<br>400 N St Paul Street, Suite 700<br>Dallas, TX 75201<br>214-517-1929<br><br>David M Murphy<br>Law Offices of Murphy & Associates PLLC<br>25511 Budde Road, No 1901<br>The Woodlands, TX 77380<br>281- 475-2022<br><br>Marc H Richman<br>Law Offices of Marc H Richman<br>304 S Record Street, Suite 200<br>Dallas, TX 75202<br>214-742-3133 | jlgreen488@aol.com<br><br>craig.hemphill@ckhlopllc.com<br><br>mrichman@marcrichman.com | Consumer | Yes by CTO - 1 |
| *Johnson v. Equifax Inc.* | 6:17-cv-00100 | District of Montana | | Robert Farris-Olsen<br>MORRISON, SHERWOOD, WILSON & DEOLA, PLLP<br>401 N Last Chance Gulch<br>PO Box 557<br>Helena, MT 59624<br>406-442-3261 | rfolsen@mswdlaw.com | Consumer | Yes by CTO - 1 |
| *Jones et al. v. Equifax Inc. et al.* | 3:17-cv-00211 | Northern District of Mississippi | Gordon Shaw Law Group, PLLC | Kevin Sharp<br>SANFORD HEISLER SHARP, LLP<br>611 Commerce Street, Suite 3100<br>Nashville, TN 37203<br>615-434-7001<br><br>Amber Griffin Shaw<br>GORDON SHAW LAW GROUP, PLLC<br>P.O. Box 846<br>Covington, TN 38019<br>901-476-7100 | ksharp@sanfordheisler.com<br><br>ashaw@lawjhg.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Joof & Sogomonyan v. Equifax, Inc.* | 2:17-cv-06659 | Central District of California (Western Division - Los Angeles) | | Armen Kiramijyan<br>Hovsep Hovsepyan<br>KAASS LAW<br>313 East Broadway # 944<br>Glendale, CA 91209<br>310-943-1171 | akiramijyan@kaass.com<br>hhovsepyan@kaass.com | Consumer | Yes |
| *Jorge & Durrang v. Equifax Inc.* | 2:17-cv-05404 | Eastern District of New York (Central Division) | | Ryan L. Gentile<br>Gus M. Farinella<br>LAW OFFICES OF GUS MICHAEL FARINELLA<br>110 Jericho Turnpike Suite 100<br>Floral Park, NY 11001<br>516-326-2333 | | Consumer | |
| *Kalmick et al v. Equifax Inc.* | 1:17-cv-00954 | Western District of Texas | | Paul Colley, Jr.<br>Jarrett Stone<br>Colley Firm, P.C.<br>12912 Hill Country Blvd., Suite F-234<br>Austin, TX 78738<br>512-477-2001 | paul@colleylaw.net<br>jarrett@colleylaw.net | Consumer | Yes by CTO - 1 |
| *Katz et al v. Equifax, Inc* | 1:17-cv-03798 | Northern District of Georgia | Evangelista Worley, LLC | David James Worley<br>James M. Evangelista<br>Kristi Stahnke McGregor<br>Evangelista Worley, LLC<br>8100 A Roswell Road, Suite 100<br>Atlanta, GA 30350<br>404-205-8400<br><br>Jeffrey S. Abraham<br>Abraham, Fruchter & Twersky, LLP<br>One Pennsylvania Plaza, Suite 2805<br>New York, NY 10019-1910<br>212-279-5050 | david@ewlawllc.com<br>jim@ewlawllc.com<br>kristi@ewlawllc.com<br><br>jabraham@aftlaw.com | Consumer | |

# Plaintiffs' Counsel Table
## CONSUMER CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Kealy et al v. Equifax, Inc.* | 1:17-cv-03443 | Northern District of Georgia (Atlanta Division) | | James M. Evangelista<br>David J. Worley<br>Kristi Stahnke McGregor<br>EVANGELISTA WORLEY, LLC<br>8100 A Roswell Road, Suite 100<br>Atlanta, GA 30350<br>404-205-8400 | jme@ewlawllc.com<br>david@ewlawll.com<br>kristi@ewlawll.com | Consumer | Yes |
| *Kemp v. Equifax, Inc. et al* | 1:17-cv-00147 | Northern District of Mississippi | | Jason L. Nabors<br>SMITH, PHILLIPS, MITCHELL & SCOTT - Batesville<br>P.O. Drawer 1586<br>Batesville, MS 38606<br>(662) 563-4613 | jason@langstonlawyers.com | Consumer | Yes by CTO - 1 |
| *Kendall v. Equifax Information Services, LLC* | 1:17-cv-06922 | District of New Jersey | Harris Lowry Manton, LLP | Javier L. Merino<br>DANN & MERINO PC<br>One Meadowlands Plaza, Suite 200<br>East Rutherford, NJ 07073<br>201-355-3440<br><br>Thomas A. Zimmerman, Jr.<br>ZIMMERMAN LAW OFFICES, P.C.<br>77 West Washington Street, Suite 1220<br>Chicago, IL 60602<br>312-440-0020<br><br>David H. Krieger<br>George Haines<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123<br>702-880-5554<br><br>Andrew B. Sacks<br>John K. Weston<br>Sacks Weston Diamond LLC<br>1845 Walnut Street, Suite 1600<br>Philadelphia, PA 19103<br>215-925-8200 | jmerino@dannlaw.com<br><br>tom@attorneyzim.com<br><br>dkrieger@hainesandkrieger.com<br>ghaines@hainesandkrieger.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| | | | | Matthew I. Knepper<br>Miles N. Clark<br>KNEPPER & CLARK, LLC<br>10040 W. Cheyenne Ave Suite 170-109<br>Las Vegas, NV 89129<br>702-825-6060<br><br>Sean N. Payne<br>PAYNE LAW FIRM LLC<br>9550 S. Eastern Ave Suite 253-A213<br>Las Vegas, NV 89123<br>702-952-2733<br><br>Stephen G. Lowry<br>Jeffrey R. Harris<br>Madeline E. McNeeley<br>HARRIS LOWRY MANTON LLP<br>1201 Peachtree St NW # 900<br>Atlanta, GA 30361<br>404-961-7650 | matthew.knepper@knepperclark.com<br>miles.clark@knepperclark.com<br><br>seanpayne@spaynelaw.com<br><br>asacks@sackslaw.com<br>jweston@sackslaw.com<br><br>steve@hlmlawfirm.com<br>jeff@hlmlawfirm.com<br>molly@hlmlawfirm.com | Consumer | |
| *Kilgore et al. v. Equifax Information Services LLC* | 1:17-cv-00942 | District of New Mexico (Albuquerque Division) | | Geoffrey R. Romero<br>LAW OFFICES OF GEOFFREY R. ROMERO<br>4801 All Saints Rd. NW<br>Albuquerque, NM 87120<br>502-226-0935<br><br>Paul Zebrowski<br>Thomas A. Biscup<br>ZEBROWSKI LAW<br>4801 All Saints Rd. NW<br>Albuquerque, NM 87120<br>505-715-5161 | geoff26@hotmail.com<br><br>paul@zebrowskilaw.com<br>tom@zebrowskilaw.com | Consumer | Yes |
| *King v. Equifax, Inc.* | 1:17-cv-03157 | Southern District of Indiana (Indianapolis Division) | | Irwin B. Levin<br>Richard E. Shevitz<br>Vess Allen Miller<br>Lynn A. Toops<br>COHEN & MALAD LLP<br>One Indiana Square, Suite 1400<br>Indianapolis, IN 46204<br>317-636-6481 | ilvein@cohenandmalad.com<br>rshevitz@cohenandmalad.com<br>vmiller@cohenandmalad.com<br>ltoops@cohenandmalad.com | Consumer | |

# Plaintiffs' Counsel Table
## CONSUMER CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Kishel et al v. Equifax Inc. et al* | 1:17-cv-05139 | Northern District of Georgia | | Kevin H. Sharp<br>Sanford Heisler Sharp, LLP<br>611 Commerce Street , Suite 3100<br>Nashville, TN 37203<br>615-343-7001 | ksharp@sanfordheisler.com | Consumer | |
| *Klavans v. Equifax Inc. et al* | 1:17-cv-01346 | District of Delaware | Shelsby & Leoni | Robert Joseph Leoni<br>Gilbert F. Shelsby<br>Shelsby & Leoni<br>221 Main Street<br>Stanton, DE 19804<br>302-995-6210<br><br>Andrew Melzer<br>Sanford Heisler Sharp, LLP<br>1350 Avenue of the Americas, 31st Floor<br>New York, NY 10019<br>646-402-5650<br><br>Kevin H. Sharp<br>Sanford Heisler Sharp, LLP<br>611 Commerce Street, Suite 3100<br>Nashville, TN 37203<br>615-434-7001 | rleoni@mslde.com<br>gshelsby@mslde.com<br><br>amelzer@sanfordheisler.com<br><br><br>ksharp@sanfordheisler.com | Consumer | Yes by CTO - 1 |
| *Klein et al v. Equifax Inc.* | 1:17-cv-05489 | Eastern District of New York | | Jeremy Alan Lieberman<br>Pomerantz LLP<br>600 Third Avenue<br>New York, NY 10016<br>212-661-1100 | jalieberman@pomlaw.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table
## CONSUMER CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Knepper et al. v. Equifax Information Services, LLC* | 2:17-cv-02368 | District of Nevada (Las Vegas Division) | | David H. Krieger<br>George Haines<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Ave Suite 350<br>Henderson, NV 89123<br>702-880-5554<br><br>Matthew I. Knepper<br>Miles N. Clark<br>KNEPPER & CLARK, LLC<br>10040 W. Cheyenne Ave Suite 170-109<br>Las Vegas, NV 89129<br><br>Sean N. Payne<br>PAYNE LAW FIRM LLC<br>9550 S. Eastern Ave Suite 253-A213<br>Las Vegas, NV 89123<br><br>Thomas A. Zimmerman, Jr.<br>Nickolas J. Hagman<br>ZIMMERMAN lAW oFFICES, p.c.<br>77 W. Washington St., Suite 1220<br>Chicago, IL 60602<br><br>Robert A. Clifford<br>Shannon McNulty<br>CLIFFORD LAW OFFICES, P.C.<br>120 N. LaSalle St Suite 3100<br>Chicago, IL 60602 | dkrieger@hainesandkrieger.com<br>ghaines@hainesandkrieger.com<br><br><br>matthew.knepper@knepperclark.com<br>miles.clark@knepperclark.com<br><br><br>seanpayne@spaynelaw.com<br><br><br>tom@attorneyzim.com<br><br><br>RAC@cliffordlaw.com<br>SMM@cliffordlaw.com | Consumer | |

# Plaintiffs' Counsel Table
## CONSUMER CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Kohn et al v. Equifax Inc. et al* | 1:17-cv-07257 | District of New Jersey | | Julio C. Gomez<br>GOMEZ LLC<br>The Stucke Building<br>111 Quimby Street, Suite 8<br>Westfield, NJ 07090<br>908-789-1080<br><br>Jason S. Kanterman<br>Robert A. Magnanini<br>David S. Stone<br>STONE & MAGNANINI LLP<br>100 Connell Drive, Suite 2200<br>Berkley Heights, NJ 07922<br>973-218-1111 | jgomez@gomezllc.com<br><br>jkanterman@stonemagnalaw.com<br>rmagnanini@stonemagnalaw.com<br>dstone@stonemagnalaw.com | Consumer | Yes by CTO - 1 |
| *Krachanus v. Equifax, Inc.* | 1:17-cv-04694 | Northern District of Georgia | Jonathan W. Johnson, LLC | Jonathan Wesley Johnson<br>Jonathan W. Johnson, LLC<br>2296 Henderson Mill Rd., Suite 304<br>Atlanta, GA 30345<br>404-298-0795<br><br>Benjamin Jared Meiselas<br>Geragos & Geragos<br>644 South Figueroa Street<br>Historic Engine Co. No. 28<br>Los Angeles, CA 90017<br>213-625-3900 | jwj@jonathanjohnsonatlantalawyer.com<br><br>geragos@geragos.com | Consumer | |
| *Krawcyk v. Equifax, Inc.* | 4:17-cv-00760 | Western District of Missouri (Kansas City Division) | | Mitchell L. Burgess<br>Burgess Law Firm PC<br>4310 Madison Avenue, Suite 100<br>Kansas City, MO 64111<br>816-471-1700<br><br>Ralph K. Phalen<br>4310 Madison Avenue, Suite 140<br>Kansas City, MO 64111<br>816-589-0753 | mitch@burgesslawkc.com<br><br>phalenlaw@yahoo.com | Consumer | |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Kuhns v. Equifax Inc. et al* | 1:17-cv-03463 | Northern District of Georgia | | David Andrew Bain<br>Law Offices of David A. Bain, LLC<br>1050 Promenade II<br>1230 Peachtree Street, NE<br>Atlanta, GA 30309<br>404-724-9990<br><br>Eduard Korsinsky<br>Levi & Korsinsky, LLP -NY<br>30 Broad Street<br>24th Floor<br>New York, NY 10004<br>212-363-7500 | dbain@bain-law.com<br><br><br><br>ek@alk.com | Consumer | |
| *Kuss v. Equifax, Inc.* | 1:17-cv-03436 | Northern District of Georgia (Atlanta Division) | Griffin & Strong, PC | Rodney K. Strong<br>David J. Maher<br>GRIFFIN & STRONG, P.C.<br>235 Peachtree Street NE, Suite 400<br>Atlanta, GA 30303<br>404-584-9777<br><br>Benjamin F. Johns<br>CHIMICLES & TIKELLIS LLP<br>One Haverford Centre<br>361 West Lancaster Ave<br>Haverford, PA 19041<br>610-642-8500 | rodney@gspclaw.com<br>david@gspclaw.com<br><br><br><br>sas@chimicles.com<br>bfj@chimicles.com | Consumer | Yes |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *LaGasse, et al. v. Equifax Inc., et al.* | 1:17-cv-03745 | Northern District of Georgia | W. Pitts Carr<br>Alex D. Weatherby<br>CARR & WEATHERBY, LLP<br>4200 Northside Parkway NW<br>Building 10<br>Atlanta, GA 30327<br>404-442-9000 | Stephen D. Susman*<br>SUSMAN GODFREY LLP<br>1000 Louisiana St., Suite 5100<br>Houston, TX 77002<br>713-651-9366<br><br>Steven F. Molo*<br>Justin B. Weiner*<br>Megan Cunniff Church*<br>Daniel Michaeli*<br>MOLO LAMKEN LLP<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>312-450-6700<br><br>Benjamin T. Sirolly*<br>MOLO LAMKEN LLP<br>600 New Hampshire Ave. NW<br>Washington, DC 20037<br>202-556-2000<br><br>W. Pitts Carr<br>Alex D. Weatherby<br>CARR & WEATHERBY, LLP<br>4200 Northside Parkway NW, Building 10<br>Atlanta, GA 30327<br>404-442-9000 | ssusman@susmangodfrey.com<br><br>smolo@mololamken.com<br>jweiner@mololamken.com<br>mchurch@mololamken.com<br>dmichaeli@mololamken.com<br><br>btsirolly@mololamken.com<br><br>aweatherby@wpcarr.com | Consumer | |

# Plaintiffs' Counsel Table
## CONSUMER CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Lang & Pantek v. Equifax Information Services, LLC* | 1:17-cv-06519 | Northern District of Illinois (Chicago Division) | | Rusty A. Payton<br>PAYTONDANN<br>4422 N. Ravenswood Ave<br>Chicago, IL 60640<br>312-702-1000<br><br>Thomas A. Zimmerman, Jr.<br>Nickolas J. Hagman<br>ZIMMERMAN LAW OFFICES, P.C.<br>77 W. Washington Street, Suite 1220<br>Chicago, IL 60602<br>312-440-0020<br><br>Robert Clifford<br>Shannon McNulty<br>CLIFFORD LAW OFFICES, P.C.<br>120 N. LaSalle Street, Suite 3100<br>Chicago, IL 60602<br>312-899-9090 | payton@dannlaw.com<br><br><br><br>nick@attorneyzim.com<br>tom@attorneyzim.com<br><br>rac@cliffordlaw.com<br>smm@CliffordLaw.com | Consumer | |
| *Lapter et al. v. Equifax, Inc.* | 1:17-cv-03445 | Northern District of Georgia (Atlanta Division) | Evangelista Worley, LLC | James M. Evangelista<br>David J. Worley<br>Kristi Stahnke McGregor<br>EVANGELISTA WORLEY, LLC<br>8100A Roswell Road, Suite 100<br>Atlanta, GA 30350<br>404-205-8400<br><br>Howard T. Longman<br>Michael Klein<br>Melissa Emert<br>Patrick Slyne<br>STULL, STULL & BRODY<br>6 East 45th Street<br>New York, NY 10017<br>212-687-7230 | jme@ewlawllc.com<br>david@ewlawll.com<br>kristi@ewlawll.com<br><br>hlongman@ssbny.com<br>memert@ssbny.com<br>mklein@ssbny.com<br>pkslyne@ssbny.com | Consumer | Yes |

# Plaintiffs' Counsel Table
## CONSUMER CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Larson et al v. Equifax, Inc.* | 1:17-cv-03905 | Northern District of Georgia | Law Offices of David A. Bain, LLC | David Andrew Bain<br>Law Offices of David A. Bain, LLC<br>1050 Promenade II<br>1230 Peachtree Street, NE<br>Atlanta, GA 30309<br>404-724-9990<br><br>Mark S. Goldman<br>Goldman Scarlato & Penny, P.C.<br>Eight Tower Bridge<br>161 Washington Street, Suite 1025<br>Conshohocken, PA 19428<br>484-342-0700 | dbain@bain-law.com<br><br>goldman@lawgsp.com | Consumer | |
| *Lawyer v. Equifax Inc.* | 4:17-cv-03161 | Southern District of Texas | | Robert C Hilliard<br>Hilliard Munoz Gonzales LLP<br>719 S Shoreline, Ste 500<br>Corpus Christi, TX 78401<br>361-882-1612 | bobh@hmglawfirm.com | Consumer | Yes by CTO - 1 |
| *Lee et al. v. Equifax, Inc.* | 5:17-cv-05553 | Northern District of California | | Gayle Meryl Blatt<br>Casey Gerry Schenk Francavilla Blatt & Penfield LLP<br>110 Laurel Street<br>San Diego, CA 92101<br>619-238-1811 | gmb@cglaw.com | Consumer | Yes by CTO - 1 |
| *Levy v. Equifax Information Services LLC* | 1:17-cv-05354 | Eastern District of New York (Brooklyn Division) | | Amir J. Goldstein<br>591 Broadway Suite 3A<br>New York, NY 10012<br>212-966-5253 | ajg@consumercounselgroup.com | Consumer | |

# Plaintiffs' Counsel Table
## CONSUMER CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT

MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Lewis v. Equifax, Inc.* | 1:17-cv-03863 | Northern District of Georgia | Conley Griggs Partin LLP | Ranse M. Partin<br>Conley Griggs Partin, LLP- GA<br>Building One, Suite 300<br>4200 Northside Parkway, NW<br>Atlanta, GA 30327<br>404-467-1155<br><br>Lee A. Cirsch<br>W. Mark Lanier<br>The Lanier Law Firm - TX<br>6810 FM 1960 West<br>Houston, TX 77069<br>713-659-5200 | ranse@conletgriggs.com | Consumer | |
| *Lipchitz v. Equifax, Inc.* | 1:17-cv-03457 | Northern District of Georgia (Atlanta Division) | Evangelista Worley, LLC | James M. Evangelista<br>David J. Worley<br>Kristi Stahnke McGregor<br>EVANGELISTA WORLEY, LLC<br>8100A Roswell Road, Suite 100<br>Atlanta, GA 30350<br>404-205-8400<br><br>William Federman<br>Carin L. Marcussen<br>Joshua D. Wells<br>FEDERMAN & SHERWOOD<br>10205 N. Pennsylvania Avenue<br>Oklahoma, OK 73120<br>405-235-1560 | jme@ewlawllc.com<br>david@ewlawlll.com<br>kristi@ewlawll.com<br><br>wbf@federmanlaw.com<br>clm@federmanlaw.com<br>jdw@federmanlaw.com | Consumer | Yes |
| *Lynch et al. v. Equifax, Inc.* | 4:17-cv-00640 | Eastern District of Texas (Sherman Division) | | L. Kirstine Rogers<br>STECKLER GRESHAM COCHRAN LLP<br>12720 Hillcrest Road, Suite 1045<br>Dallas, TX 75203<br>972-387-4040 | | Consumer | |

# Plaintiffs' Counsel Table
## CONSUMER CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Mallh v. Equifax, Inc.* | 1:17-cv-05555 | Eastern District of New York | | Gregory Joseph Allen<br>Home Office<br>120 W Wilson Ave #1135<br>Glendale, CA 91203<br>203-535-4636<br><br>John W. Hermina<br>Hermina Law Group<br>8327 Cherry Lane<br>Laurel, MD 20707<br>(301)206-3166 | greg@gjallenlaw.com<br><br>law@herminalaw.com | Consumer | Yes by CTO - 1 |
| *Maloney v. Equifax, Inc.* | 2:17-cv-01238 | Eastern District of Wisconsin (Milwaukee Division) | | Mark A. Eldridge<br>Shpetim Ademi<br>John D. Blythin<br>Jesse Fruchter<br>ADEMI & O'REILLY LLP<br>3620 East Layton Ave<br>Cudahy, WI 53110<br>414-482-8004 | medlridge@ademilaw.com<br>sademi@ademilaw.com<br>jblythin@ademilaw.com<br>jfruchter@ademilaw | Consumer | |
| *Manaher v. Equifax, Inc.* | 1:17-cv-03447 | Northern District of Georgia (Atlanta Division) | Webb, Klase & Lemond, LLC | E. Adam Webb<br>G. Franklin Lemond, Jr.<br>WEBB, KLASE & LEMOND, LLC<br>1900 The Exchange, SE, Suite 480<br>Atlanta, GA 30339<br>770-444-9325<br><br>Joseph G Sauder<br>Matthew D. Schelkopf<br>Joseph B. Kenney<br>MCCUNE WRIGHT AREVALO LLP<br>555 Lancaster Avenue<br>Berwyn, PA 19312<br>610-200-0580<br><br>Thomas Malone<br>The Malone Firm, LLC<br>1650 Arch Street, Suite 2501<br>Philadelphia, PA 19103<br>215-561-7700 | adam@webbllc.com<br>flemond@webbllc.com<br><br>jgs@mccunewright.com<br>mds@mccunewright.com<br>jbk@mccunewright.com | Consumer | Yes |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Mann v. Equifax Information Services LLC* | 2:17-cv-04100 | Eastern District of Pennslyvania (Philadelphia Division) | | John Soumilas<br>FRANCIS & MAILMAN,P.C.<br>Land Title Building, 19th Floor<br>100 S. BROAD ST.<br>Philadelphia, PA 19110<br>215-735-8600 | jsoumilas@consumerlawfirm.com | Consumer | |
| *Manopla v. Equifax Inc.* | 3:17-cv-11419 | District of New Jersey | | Edward B. Geller<br>EDWARD B. GELLER, ESQ., P.C.<br>15 Landing Way<br>Bronx, NY 10464<br>914-473-6783 | epbh@aol.com | Consumer | Yes by CTO - 1 |
| *Manopla v. Equifax Inc.* | 3:17-cv-11424 | District of New Jersey | | Edward B. Geller<br>EDWARD B. GELLER, ESQ., P.C.<br>15 Landing Way<br>Bronx, NY 10464<br>914-473-6783 | epbh@aol.com | Consumer | Yes by CTO - 1 |
| *Manopla v. Equifax Inc.* | 3:17-cv-11440 | District of New Jersey | | Edward B. Geller<br>EDWARD B. GELLER, ESQ., P.C.<br>15 Landing Way<br>Bronx, NY 10464<br>914-473-6783 | epbh@aol.com | Consumer | Yes by CTO - 1 |
| *Manopla v. Equifax Inc.* | 3:17-cv-12275 | District of New Jersey | | Edward B. Geller<br>EDWARD B. GELLER, ESQ., P.C.<br>15 Landing Way<br>Bronx, NY 10464<br>914-473-6783 | epbh@aol.com | Consumer | Yes by CTO - 3 |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Mardock v. Equifax, Inc.* | 1:17-cv-03499 | Northern District of Georgia | Evangelista Worley, LLC | Ariana J. Tadler<br>Andrei V. Rado<br>Henry Kelston<br>Elizabeth McKenna<br>Melissa Clark<br>Milberg Tadler Phillips Grossman LLP<br>One Pennsylvania Plaza, Suite 1920<br>New York, NY 10119-0165<br>212-594-5300<br><br>David J. Worley<br>James M. Evangelista<br>Kristi Stahnke McGregor<br>Evangelista Worley, LLC<br>8100 A Roswell Road, Suite 100<br>Atlanta, GA 30350<br>404-205-8400 | atadler@milberg.com<br>arado@milberg.com<br>hkelston@milberg.com<br>emckenna@milberg.com<br>mclark@milberg.com<br><br><br>david@ewlawllc.vom<br>jim@ewlawllc.com<br>kristi@ewlawllc.com | Consumer | |
| *Martin v. Equifax, Inc.* | 3:17-cv-01246 | Middle District of Tennessee (Nashville Division) | Gordon Shaw Law Group, PLLC; Lacy, Price & Wagner, P.C. | Andrew Melzer<br>Sanford Heisler Sharp, LLP<br>1350 Avenue of the Americas, 31st Floor<br>New York, NY 10019<br>646-402-5650<br><br>Kevin H. Sharp<br>Sanford Heisler Sharp, LLP<br>611 Commerce Street, Suite 3100<br>Nashville, TN 37203<br>615-434-7001<br><br>Amber Griffin Shaw<br>Gordon Shaw Law Group, PLLC<br>114 W. Liberty Avenue, Suite 300<br>P.O. Box 846<br>Covington, TN 38019<br>901-476-7100<br><br>W. Allen McDonald<br>LACY, PRICE & WAGNER, P.C.<br>249 North Peters Road, Suite 101<br>Knoxville, TN 37923<br>865-246-0800 | amelzer@sanfordheisler.com<br><br>ksharp@sanfordheisler.com<br><br><br>ashaw@lawjhg.com<br><br><br>amcdonald@lpwpc.com | Consumer | Yes |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Martin v. Equifax, Inc.* | 3:17-cv-00174 | Northern District of Mississippi | | David Malcolm McMullan, Jr<br>BARRETT LAW OFFICES<br>P. O. Box 987<br>Lexington, MS 39095<br>(662) 834-2376 | dmcmullan@barrettlawgroup.com | Consumer | Yes by CTO - 1 |
| *Martin v. Equifax, Inc.* | 1:17-cv-03458 | Northern District of Georgia (Atlanta Division) | Evangelista Worley, LLC | James M. Evangelista<br>David J. Worley<br>Kristi Stahnke McGregor<br>EVANGELISTA WORLEY, LLC<br>8100 A Roswell Road, Suite 100<br>Atlanta, GA 30350<br>404-205-8400<br><br>William Federman<br>Carin L. Marcussen<br>Joshua D. Wells<br>FEDERMAN & SHERWOOD<br>10205 N. Pennsylvania Avenue<br>Oklahoma, OK 73120<br>405-235-1560 | jme@ewlawllc.com<br>david@ewlawll.com<br>kristi@ewlawll.com<br><br>wbf@federmanlaw.com<br>clm@federmanlaw.com<br>jdw@federmanlaw.com | Consumer | Yes |
| *Martin v. Equifax, Inc. et al* | 3:17-cv-00744 | Southern District of Mississippi | | Jason L. Nabors<br>Langston & Langston, PLLC<br>210 East Capitol Street, Suite 1205<br>Jackson, MS 39201<br>601-969-1356 | jason@langstonlawyers.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Martinez et al. v. Equifax, Inc.* | 1:17-cv-23510 | Southern District of Florida | | Robert John Borrello<br>Herman Joseph Russomanno<br>Herman Joseph Russomanno, III<br>Russomanno & Borrello<br>Museum Tower<br>150 W Flagler Street, Suite 2800<br>Miami, FL 33130<br>305-373-2101<br><br>David Anthony Nunez<br>Meyer & Nunez, P.A.<br>150 West Flagler Street, Suite 2700<br>Miami, FL 33130<br>305-722-9898<br><br>Thomas V. Girardi<br>Christopher T. Aumais<br>GIRARDI KEESE<br>1126 Wilshire Boulevard<br>Los Angeles, California 90017<br>213-977-0211<br><br>Edward G. Rubinoff<br>Andrew Moss<br>KUTNER, RUBINOFF & MOSS<br>2665 S. Bayshore Drive, Ste. 30 I<br>Coconut Grove, FL 33133<br>305-358-6200 | rborrello@russomanno.com<br>hrussomanno@russomanno.com<br>herman2@russomanno.com<br><br><br>david@nunez-law.com<br><br><br>tgirardi@girardikeese.com<br>caumais@girardikeese.com<br><br>rubinoff@krmlegal.com<br>moss@krmlegal.com | Consumer | Yes by CTO - 1 |
| *Mashburn et al v. Equifax, Inc.* | 1:17-cv-04159 | Northern District of Georgia | | Jodi Westbrook Flowers<br>Kevin R. Dean<br>Motley Rice, LLC-SC<br>28 Bridgeside Boulevard<br>Mt. Pleasant, SC 29464<br>843-216-9163<br><br>Cari Campen Laufenberg<br>Gretchen Freeman Cappio<br>Keller Rohrback, L.L.P<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>206-623-1900 | jflowers@motleyrice.com<br>kdean@motleyrice.com<br><br>claufenberg@kellerrohrback.com<br>gcappio@kellerrohrback.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table
## CONSUMER CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Mason v. Equifax, Inc.* | 4:17-cv-02644 | District of South Carolina | | PRO SE<br>Marcus C. Mason<br>P.O. Box 52020<br>Bennettsville, SC 29512 | no email provided | Consumer | Yes by CTO - 1 |
| *McCall et al. v. Equifax Information Services LLC* | 2:17-cv-02372 | District of Nevada (Las Vegas Division) | | Miles N Clark<br>Knepper & Clark LLC<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas,, NV 89129<br>702-825-6060<br><br>Robert A. Clifford<br>120 N. LaSalle St., Ste 3100<br>Chicago, IL 60602<br>312-899-9090<br><br>Marc E. Dann<br>The Dann Firm Co., LPA<br>PO Box 6031040<br>Cleveland, OH 44103<br>216-373-0539 | miles.clark@knepperclark.com<br><br>rac@cliffordlaw.com<br><br>notices@dannlaw.com | Consumer | |
| *McDowell et al v. Equifax, Inc.* | 1:17-cv-03502 | Northern District of Georgia | Complex Law Group, LLC | David Michael Cohen<br>Complex Law Group, LLC<br>40 Powder Springs Street<br>Marietta, GA 30064<br>770-335-9322<br><br>James Allen Carney , Jr.<br>Carney Bates & Pulliam, PLLC<br>519 W. 7th Street<br>Little Rock, AR 72201<br>501-312-8500 | dcohen@complexlaw.com<br><br>acarney@cbplaw.com | Consumer | |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *McGonnigal & Spector v. Equifax, Inc.* | 1:17-cv-03422 | Northern District of Georgia (Atlanta Division) | BARNES LAW GROUP, LLC | Roy E. Barnes<br>John R. Bevis<br>J. Cameron Tribble<br>BARNES LAW GROUP, LLC<br>31 Atlanta Street<br>Marietta, GA 30060<br>770-227-6375<br><br>John A. Yanchunis<br>Marisa K. Glassman<br>MORGAN & MORGAN COMPLEX LITIGATION GROUP<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>813-223-5505 | roy@barneslawgroup.com<br>bevis@barneslawgroup.com<br>ctribble@barneslawgroup.com<br><br>jyanchunis@forthepeople.com<br>mglassman@forthepeople.com | Consumer | Yes |
| *McHenry et al v. Equifax, Inc.* | 1:17-cv-03582 | Northern District of Georgia | Evangelista Worley, LLC | David J. Worley<br>James M. Evangelista<br>Kristi Stahnke McGregor<br>EVANGELISTA WORLEY, LLC<br>8100 A Roswell Rd, Suite 100<br>Atlanta, GA 30350<br>404-205-8400<br><br>Gary S. Graifman<br>Jay I. Brody<br>Kantrowitz, Goldhamer & Graifman, P.C.<br>210 Summit Avenue<br>Montvale, NJ 07645<br>201-391-7600 | jim@ewlawllc.com<br>david@ewlawll.com<br>kristi@ewlawll.com<br><br>ggraigman@kgglaw.com | Consumer | |

# Plaintiffs' Counsel Table
## CONSUMER CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *McHill et al. v. Equifax Inc.* | 3:17-cv-01405 | District of Oregon (Portland Division) | | Justin M. Baxter<br>BAXTER & BAXTER LLP<br>8835 SW Canyon Lane, Suite 130<br>Portland, OR 97225<br><br>Kelly D. Jones<br>KELLY D. JONES ATTORNEY AT LAW<br>819 SE Morrison Street, Suite 225<br>Portland, OR 97214<br><br>Michael R. Fuller<br>OLSEN DAINES PC<br>US Bancorp Tower<br>111 SW 5th Avenue, Suite 3150<br>Portland, OR 97204<br>503-201-4570 | justin@baxterlaw.com<br><br>kellydonovanjones@gmail.com<br><br>michael@underdoglawyer.com | Consumer | |
| *McShan et al. v. Equifax,, Inc.,Equifax Information Services, LLC, and Equifax Consumer Services, LLC a/k/a Equifax Personal Solutions a/k/a PSOL* | 2:17-cv-06764 | Central District of California (Western Division - Los Angeles) | | Craig K Hemphill<br>CKH Legal<br>5090 Richmond Avenue No 316<br>Houston, TX 77056<br>713-240-6300<br><br>Arnold Melvin Johnson<br>Arnold M Johnson Law Offices<br>1200 Wilshire Blvd., Suite 508<br>Los Angeles, CA 90017-1934<br>213-250-9577 | craig.ckhlegal@outlook.com<br><br>amj.0169@yahoo.com | Consumer | |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Mead et al. v. Equifax Inc. et al.* | 3:17-cv-00208 | District of Alaska | Lee Holen Law Office | Edward Chapin<br>Sanford Heisler Sharp, LLP<br>655 West Broadway, Suite 1700<br>San Diego, CA 92101<br>619-577-4253<br><br>Kevin H. Sharp<br>Sanford Heisler Sharp, LLP<br>611 Commerce St., Suite 3100<br>Nashville, TN 37203<br>615-434-7001<br><br>Mary L. Holen<br>Lee Holen Law Office<br>PO Box 92330<br>Anchorage, AK 99509<br>907-278-0298 | echapin2@sanfordheisler.com<br>dfuschetti@sanfordheisler.com<br>ksharp@sanfordheisler.com<br><br>lhlo@alaska.net | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table
## CONSUMER CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Meade et al. v. Equifax, Inc.* | 2:17-cv-00892 | Southern District of Ohio | | Brian M Garvine<br>Law Office of Brian Garvine LLC<br>5 E Long Street, Suite 1100<br>Columbus, OH 43215<br>614-223-0290<br><br>Jeremiah E Heck<br>Luftman & Heck and Associates<br>580 East Rich Street<br>Columbus, OH 43215<br>614-224-1500<br><br>Michelle Elizabeth Lanham<br>Michelle E. Lanham Attorney at Law LLC<br>445 Hutchinson Avenue, Suite 100<br>Columbus, OH 43335<br>614-300-5896<br><br>Mark D Lewis<br>Kitrick, Lewis & Harris Co LPA<br>445 Hutchinson Ave. Suite 100<br>Columbus, OH 43235<br>614-224-7711<br><br>Robert J Wagoner<br>Robert J. Wagoner Co., L.L.C.<br>445 Hutchinson Ave. , Suite 100<br>Columbus, OH 42335<br>614-796-4110 | brian@garvinelaw.com<br><br>jheck@lawlh.com<br><br>michelle@mlanhamlaw.com<br><br>mlewis@klhlaw.com<br><br>Lainie@wagonerlawoffice.com | Consumer | Yes by CTO - 1 |
| *Melrath v. Equifax, Inc. et al.* | 1:17-cv-01324 | District of Delaware | | Jesse N. Silverman<br>Dilworth Paxson LLP<br>One Customs House-Suite 500<br>704 King Street, P.O. Box 1031<br>Wilmington, DE 19801<br>(215) 575-7000 | jsilverman@dilworthlaw.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Menzer v. Equifax, Inc.* | 1:17-cv-03459 | Northern District of Georgia (Atlanta Division) | Evangelista Worley, LLC | James M. Evangelista<br>David J. Worley<br>Kristi Stahnke McGregor<br>EVANGELISTA WORLEY, LLC<br>8100 A Roswell Road, Suite 100<br>Atlanta, GA 30350<br>404-205-8400<br><br>William Federman<br>Carin L. Marcussen<br>Joshua D. Wells<br>FEDERMAN & SHERWOOD<br>10205 N. Pennsylvania Avenue<br>Oklahoma, OK 73120<br>405-235-1560 | jme@ewlawllc.com<br>david@ewlawll.com<br>kristi@ewlawll.com<br><br>wbf@federmanlaw.com<br>clm@federmanlaw.com<br>jdw@federmanlaw.com | Consumer | Yes |
| *Messer, Jr. et al. v. Equifax, Inc.* | 2:17-cv-02694 | Western District of Tennessee | | Paul Berry Cooper, III<br>MCNABB BRAGORGOS & BURGESS, PLLC<br>81 Monroe Ave., Sixth Floor<br>Memphis, TN 38103-5402<br>901-624-0640 | bcooper@mbb-law.com | Consumer | Yes by CTO - 1 |
| *Meyers et al. v. Equifax Information Services LLC* | 1:17-cv-06652 | Northern District of Illinois | | Thomas A. Demetrio<br>Kenneth Thomas Lumb<br>Corboy & Demetrio<br>33 N. Dearborn Street, #2100<br>Chicago, IL 60602<br>(312) 346-3191 | tad@corboydemetrio.com<br>ktl@corboydemetrio.com | Consumer | Yes by CTO - 1 |
| *Miller et al. v. Equifax Inc et al.* | 4:17-cv-00569 | Northern District of Oklahoma | Carr & Carr Attorneys at Law | Patrick Eugene Carr<br>A Laurie Koller<br>Carr & Carr Attorneys at Law (Tulsa)<br>4416 S. Harvard Ave.<br>Tulsa, OK 74135<br>918-747-1000<br><br>Kevin H. Sharp<br>Sanford Heisler Sharp, LLP<br>611 Commerce St., Suite 3100<br>Nashville, TN 37203<br>615-434-7001 | pcarr@carrcarr.com<br>lkoller@carrcarr.com<br><br>ksharp@sanfordheisler.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Miller et al. v. Equifax, Inc.* | 2:17-cv-01872 | Eastern District of California (Sacremento Division) | | Richard Morin<br>LAW OFFICE OF RICK MORIN, PC<br>555 Capitol Mall, Suite 750<br>Sacramento, CA 95814<br>916-333-2222 | rick@rickmorin.net | Consumer | Yes |
| *Minka et al. v. Equifax Information Services, Inc.* | 2:17-cv-04205 | Eastern District of Pennsylvania | | Charles J. Kocher<br>SALTZ MONGELUZZI BARRETT & BENDESKY PC<br>One Liberty Place, 52nd Floor<br>1650 Markey St.<br>Philadelphia, PA 19103<br>215-575-3985 | ckocher@smbb.com | Consumer | Yes by CTO - 1 |
| *Mirarchi v. Equifax, Inc.* | 1:17-cv-04600 | Northern District of Georgia | Faruqi & Faruqi, LLP | Jeffrey L. Kodroff<br>Spector Roseman & Kodroff<br>1818 Market Street<br>Suite 2500<br>Philadelphia, PA 19103<br>215-496-0300<br><br>Robert W. Killorin<br>Faruqi & Faruqi, LLP -Atl<br>3975 Roswell Road, Suite A<br>Atlanta, GA 30342<br>404-275-7557 | rkillorin@faruqilaw.com | Consumer | |
| *Mobbs v. Equifax Inc. et al* | 5:17-cv-05815 | Northern District of California | | Jack Atnip, III<br>Hellmuth and Johnson PLLC<br>8050 West 78th Street<br>Edina, MN 55439<br>(952) 941-4005 | jatnip@hjlawfirm.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table
## CONSUMER CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Mohamedali et al v. Equifax Inc.* | 1:17-cv-03501 | Northern District of Georgia | Webb, Klase & Lemond, LLC | E. Adam Webb<br>G. Franklin Lemond, Jr.<br>WEBB, KLASE & LEMOND, LLC<br>1900 The Exchange, SE, Suite 480<br>Atlanta, GA 30339<br>770-444-9325<br><br>Bryan L. Clobes<br>Daniel O. Herrera<br>Cafferty Clobes Meriwether & Sprengel LLP<br>1101 Market Street, Suite 2650<br>Philadelphia, PA 19107<br>215-864-2800 | adam@webbllc.com<br>flemond@webbllc.com<br><br><br>bclobes@caffertyclobes.com<br>dherrera@caffertyclobes.com | Consumer | |
| *Morris v. Equifax, Inc.* | 1:17-cv-02178 | District of Colorado (Denver Division) | | Kevin S. Hannon<br>THE HANNON LAW FIRM, LLC<br>1641 Downing Street<br>Denver, CO 80218<br>303-861-8800<br><br>Robert E. Caldwell, Jr.<br>SAWAYA, ROSE, MCCLURE & WILHITE, P.C.<br>1600 North Ogden Street<br>Denver, CO 80218<br>303-839-1650 | khannon@hannonlaw.com<br>rcaldwell@sawayalaw.com | Consumer | Yes |
| *Murphy et al v. Equifax, Inc.* | 1:17-cv-03613 | Northern District of Georgia | Elarbee, Thompson, Sapp & Wilson | Joseph Shane Hudson<br>Hudson & King, LLC<br>P.O. Box 2520<br>615 N. Virginia Avenue, Suite A<br>Tifton, GA 31793<br>229-396-5845<br><br>Justin Beecher Connell<br>Stanford G. Wilson<br>Elarbee, Thompson, Sapp & Wilson, LLP<br>229 Peachtree Street, N.E.<br>800 International Tower<br>Atlanta, GA 30303-1614<br>404-659-6700 | jhudson@hudsonkinglaw.com<br><br><br>connell@elarbeethompson.com<br>swilson@elarbeethompson.com | Consumer | |

# Plaintiffs' Counsel Table
## CONSUMER CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Murphy et al. v. Equifax, Inc.* | 5:17-cv-05262 | Northern District of California (Oakland Division) | | Jodi Westbrook Flowers<br>MOTLEY RICE<br>28 Bridgeside Boulevard<br>Mt. Pleasant, SC 29464<br>843-216-9000<br><br>Cari Campen Laufenberg<br>Gretchen Freeman Cappio<br>Keller Rohrback, LLP<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101-3052 | jflowers@motleyrice.com<br><br>claufenberg@kellerrohrback.com<br>gcappio@kellerrohrback.com | Consumer | not yet |
| *Myers, Sr. & O'Neal v. Equifax* | 2:17-cv-01878 | Eastern District of California (Sacremento Division) | | Joshua H. Watson<br>Gina M. Bowden<br>CLAYEO C. ARNOLD, APC<br>865 Howe Avenue<br>Sacramento, CA 95825<br>916-924-3100<br><br>John A. Yanchunis<br>Marcio W. Valladares<br>Morgan & Morgan Complex Litigation Group<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>813-223-5505 | jwatson@justice4you.com<br>gbowden@justice4you.com<br><br>jyanchunis@forthepeople.com<br>mvalladares@forthepeople.com | Consumer | Yes |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Napier v. Equifax Inc. et al* | 1:17-cv-00372 | District of Maine | Perkins Thompson | John A. Hobson<br>PERKINS THOMPSON<br>One Canal Plaza<br>P.O. BOX 426<br>PORTLAND, ME 04112<br>207-774-2635<br><br>Kevin H. Sharp<br>Sanford Heisler Sharp, LLP<br>611 Commerce St.<br>Suite 3100<br>Nashville, TN 37203<br>615-434-7001<br><br>Andrew Melzer<br>Sanford Heisler Sharp, LLP<br>1350 Avenue of the Americas, Suite 3100<br>New York, NY 10019<br>646-402-5650 | jhobson@perkinsthompson.com<br><br>ksharp@sanfordheisler.com<br><br>amelzer@sanfordheisler.com | Consumer | Yes by CTO - 1 |
| *Neilan v. Equifax Inc.* | 1:17-cv-06508 | Northern District of Illinois (Chicago Division) | | Ben Barnow<br>BARNOW & ASSOCIATES, P.C.<br>One North LaSalle Street, Suite 4600<br>Chicago, IL 60602<br>312-621-2000 | b.barnow@barnowlaw.com | Consumer | |

# Plaintiffs' Counsel Table
## CONSUMER CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Ogburn v. Equifax, Inc. et al* | 3:17-cv-00644 | Eastern District of Virginia | | Grant Edward Morris, Jr.<br>Sanford Heisler Sharp, LLP<br>1666 Connecticut Ave NW, Suite 300<br>Washington, DC 20009<br>202-499-5200<br><br>Andrew Melzer<br>SANFORD HEISLER SHARP, LLP<br>1350 6th Avenue, Floor 31<br>New York, NY 10019<br>646-402-5650<br><br>Kevin Sharp<br>Sanford Heisler Sharp, LLP<br>611 Commerce St. Suite 3100<br>Nashville, TN 37203<br>615-434-7001 | grantemorris@sanfordheisler.com<br><br>amelzer@sanfordheisler.com<br><br>ksharp@sanfordheisler.com | Consumer | Yes by CTO - 1 |
| *O'Neill v. Equifax, Inc. et al* | 1:17-cv-03523 | Northern District of Georgia | Law Offices of David A. Bain, LLC | David A. Bain<br>LAW OFFICES OF DAVID A. BAIN, LLC<br>1230 Peachtree St, NW<br>Atlanta, GA 30309<br>404-724-9990<br><br>Aaron M. Olsen<br>Alreen Haeggquist<br>Haeggquist & Eck, LLP -CA<br>225 Broadway, Suite 2050<br>San Diego, CA 92101<br>619-342-8000<br><br>Eric A. LaGuardia<br>Laguardia Law<br>402 W. Broadway, Suite 800<br>San Diego, CA 92101<br>619-355-4432 | dbain@bain-law.com | Consumer | |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *O'Neill v. Equifax, Inc. et al.* | 1:17-cv-07284 | District of New Jersey | | David H. Tracey<br>SANFORD HEISLER SHARP, LLP<br>1350 Avenue of the Americas, 31st Floor<br>New York, NY 10019<br>646-402-5650<br><br>Kevin Sharp<br>Sanford Heisler Sharp, LLP<br>611 Commerce St. Suite 3100<br>Nashville, TN 37203<br>615-434-7001 | dtracey@sanfordheisler.com<br><br><br><br><br>ksharp@sanfordheisler.com | Consumer | Yes by CTO - 1 |
| *Ostoya and Samuel Stephenson v. Equifax, Inc.* | 2:17-cv-01550 | Northern District of Alabama (Southern Division) | | Francois M. Blaudeau<br>Evan T. Rosemore<br>Odeh J. Issis<br>HENINGER GARRISON DAVIS, LLC<br>2224 1st Avenue North<br>Birmingham, AL 35203<br>205-548-5525 | francois@southernmedlaw.com<br>evan@southernmedlaw.com<br>odeh@southernmedlaw.com | Consumer | Yes |
| *Pacelli v. Equifax Information Services, LLC* | 2:17-cv-04246 | Eastern District of Pennsylvania | | Brent F. Vullings<br>VULLINGS LAW GROUP LLC<br>3953 Ridge Pike, Suite 102<br>Collegeville, PA 19426<br>610-489-6060 | bvullings@vullingslaw.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Pagliaruo v. Equifax, Inc.* | 1:17-cv-03460 | Northern District of Georgia (Atlanta Division) | Evangelista Worley, LLC | James M. Evangelista<br>David J. Worley<br>Kristi Stahnke McGregor<br>EVANGELISTA WORLEY, LLC<br>8100 A Roswell Road, Suite 100<br>Atlanta, GA 30350<br>404-205-8400<br><br>William Federman<br>Carin L. Marcussen<br>Joshua D. Wells<br>FEDERMAN & SHERWOOD<br>10205 N. Pennsylvania Avenue<br>Oklahoma, OK 73120<br>405-235-1560 | jme@ewlawllc.com<br>david@ewlawll.com<br>kristi@ewlawll.com<br><br>wbf@federmanlaw.com<br>clm@federmanlaw.com<br>jdw@federmanlaw.com | Consumer | Yes |
| *Pandelakis v. Equifax Information Services, LLC* | 2:17-cv-03054 | District of Arizona (Phoenix Division) | | David J. McGlothlin<br>HYDE & SWIGART<br>2633 E. Indian School Rd., 460<br>Phoenix, AZ 85016<br><br>Ryan L. McBride<br>Kazerouni Law Group<br>2633 Indian School Rd., Suite 460 | david@westcoastlitigation.com<br><br>ryan@kazlg.com | Consumer | Case was consolidated by mistake; addressed with MDL panel and case was sent back to AZ; settled; dismissal with prejudice to |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Pantaze v. Equifax Information Services LLC* | 2:17-cv-01530 | Northern District of Alabama (Southern Division) | | Jason L. Yearout<br>YEAROUT & TRAYLOR, PC<br>3300 Cahaba Road, Suite 300<br>Birmingham, AL 35223<br>205-414-8160<br><br>M. Stan Herring<br>WATTS & HERRING, LLC<br>301 19th Street North<br>Birmingham, AL 35203<br>205-714-4443<br><br>Robert S. Dooley<br>STONE, PATTON, KIERCE & FREEMAN<br>118 North 18th Street<br>Bessemer, Alabama 35020<br>205-424-1150 | jyearout@yearout.net<br><br>stan@wattsherring.com<br><br>robert@stonepatton.com | Consumer | Yes |
| *Parkhill . Equifax Inc. et al* | 4:17-cv-02931 | Southern District of Texas | | Craig Carley Marchiando<br>Consumer Litigation Associates<br>763 J Clyde Morris Blvd., Suite 1-A<br>Newport News, VA 23601-1533<br>757-930-3660 | ccm@caddellchapman.com | Consumer | Yes by CTO - 1 |
| *Partridge et al v. Equifax Incorporated and Equifax Information Services, LLC* | 2:17-cv-01017 | District of Utah (Central Division) | | Steven A. Christensen<br>CHRISTENSEN YOUNG & ASSOCIATES PLLC<br>9980 S. 300 W #200<br>Sandy, UT 84070<br>801-676-6447 | stevenchristensen@gmail.com | Consumer | |

# Plaintiffs' Counsel Table
## CONSUMER CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Partridge v. Equifax, Inc.* | 1:17-cv-00423 | Southern District of Alabama | | Steven A. Martino<br>W. Lloyd Copeland<br>William Bradford Kittrell<br>Taylor Martino P.C.<br>P.O. Box 894<br>Mobile, AL 36601<br>(251) 433-3131<br><br>Richard R. Rosenthal<br>Law Offices of Richard R. Rosenthal, PC<br>200 Title Bldg.<br>300 N. Richard Arrington Jr. Blvd.<br>Birmingham, AL 35203<br>205-533-9909 | stevemartino@taylormartino.com<br>lloyd@taylormartino.com<br>bkittrell@taylormartino.com<br><br>richard@lawrrr.com | Consumer | Yes by CTO - 1 |
| *Paul v. Equifax, Inc.* | 2:17-cv-06588 | Eastern District of New York | | Edward B. Geller<br>EDWARD B. GELLER, ESQ., P.C.<br>15 Landing Way<br>Bronx, NY 10464<br>914-473-6783 | epbh@aol.com | Consumer | Yes by CTO - 1 |
| *Pavesi, Jr. & Turok v. Equifax, Inc.* | 1:17-cv-03476 | Northern District of Georgia (Atlanta Division) | Harris Lowry Manton, LLP | Page A. Pate<br>Jess B. Johnson<br>PATE & JOHNSON, LLC<br>101 Marietta St NW Suite 3300<br>Atlanta, GA 30303<br>404-223-3310<br><br>Stephen G. Lowry<br>Jeffrey R. Harris<br>Jed D. Manton<br>Madeline E. McNeeley<br>HARRIS LOWRY MANTON LLP<br>1201 Peachtree St. NE # 900<br>Atlanta, GA 30361<br>404-961-7650 | page@pagepate.com<br>jess@pagepate.com<br><br>steve@hlmlawfirm.com<br>jeff@hlmlawfirm.com<br>jed@hlmlawfirm.com<br>molly@hlmlawfirm.com | Consumer | Yes |

# Plaintiffs' Counsel Table
## CONSUMER CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Pavitt et al. v. Equifax Inc.* | 2:17-cv-01363 | Western District of Washington (Seattle Division) | | Catherine Jura Fleming<br>STRITMATTER KESSLER WHELAN KOEHLER MOORE KAHLER (SEA)<br>3600 15th Ave W, Suite 300<br>Seattle, WA 98119<br>206-826-8232 | catherine@stritmatter.com | Consumer | |
| *Pellitteri et al v. Equifax, Inc.* | 1:17-cv-03881 | Northern District of Georgia | Law Offices of David A. Bain, LLC | David Andrew Bain<br>Law Offices of David A. Bain, LLC<br>1050 Promenade II<br>1230 Peachtree Street, NE<br>Atlanta, GA 30309<br>404-724-9990<br><br>Garrett D. Blanchfield , Jr.<br>Reinhardt Wendorf & Blanchfield<br>332 Minnesota Street<br>E-1250 First National Bank Building<br>St. Paul, MN 55101<br>651-287-2100 | dbain@bain-law.com<br><br>g.blanchfield@rwblawfirm.com | Consumer | |
| *Perkins et al. v. Equifax* | 1:17-cv-03479 | Northern District of Georgia | Daniel DeWoskin<br>DeWoskin Law Firm, LLC | Jeremiah Frei-Pearson<br>D. Greg Blankinship<br>Chantal L. Khalil<br>Finkelstein, Blankinship, Frei-Pearson & Garber, LLP<br>445 Hamilton Avenue, Suite 605<br>White Plains, NY 10601<br>844-431-0695 | jfrei-pearson@fbfglaw.com<br>gblankinship@gbfglaw.com<br>ckhalil@fbfglaw.com | Consumer | |
| *Perkins v. Equifax Inc.* | 3:17-cv-00727 | Northern District of Florida | | Joseph A. Zarzaur, Jr.<br>ZARZAUR LAW PA - PENSACOLA FL<br>11 E.. Romana St.<br>P.O. Box 12305 [32591]<br>Pensacola, FL 32502<br>850-444-9299 | joe@zarzaurlaw.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Peters et al. v. Equifax Information Services, LLC et al.* | 8:17-cv-01634 | Central District of California | | Amir J. Goldstein<br>Amir J. Goldstein Law Offices<br>8032 West Third Street, Suite 201<br>Los Angeles, CA 90048<br>323-937-0400 | ajg@consumercounselgroup.com | Consumer | Yes by CTO - 1 |
| *Pierre et al. v. Equifax, Inc. et al* | 2:17-cv-10520 | Eastern District of Louisiana | Williamson, Fontenot, Campbell & Whittington, LLC | Robert Leonard Campbell<br>Williamson, Fontenot, Campbell & Whittington, LLC<br>955 McClung St<br>P.O. Box 3035<br>Baton Rouge, LA 70821<br>225-383-4010<br><br>Kevin Hunter Sharp<br>Sanford Heisler Sharp, LLP<br>611 Commerce St.<br>Suite 3100<br>Nashville, TX 37203<br>615-434-7001 | robb@lawyerbatonrouge.com<br><br>ksharp@sanfordheisler.com | Consumer | Yes by CTO - 1 |
| *Pino v. Equifax Inc. et al* | 1:17-cv-05140 | Northern District of Georgia | | Kevin H. Sharp<br>Sanford Heisler Sharp, LLP<br>611 Commerce Street, Suite 3100<br>Nashville, TN 37203<br>615-343-7001 | ksharp@sanfordheisler.com | Consumer | |
| *Pleasant et al v. Equifax, Inc.* | 1:17-cv-03507 | Northern District of Georgia | Office of George E. Butler, II | George Edwin Butler , II<br>Office of George E. Butler, II<br>132 Hawkins Street<br>Dahlonega, GA 30533<br>404-873-2544<br><br>Joel R. Rhine<br>Law Office of Rhine Law Firm, P.C.<br>Suite 300<br>1612 Military Cutoff Road<br>Wilmington, NC 28403<br>910-772-9960 | geb@lawyers.com<br><br>jrr@rhineslawfirm.com | Consumer | |

# Plaintiffs' Counsel Table
## CONSUMER CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Podalsky et al. v. Equifax, Inc.* | 1:17-cv-23465 | Southern District of Florida | | Rebecca Newman Casamayor<br>Haber Slade, P.A.<br>201 S. Biscayne Blvd. Suite 1205<br>Miami, FL 33131<br>305-379-2400<br><br>Steven Frederick Samilow<br>7777 Glades Road<br>Suite 100<br>Boca Raton, FL 33434<br>561-245-4633<br><br>Roger Slade<br>Haber Slade, P.A.<br>201 South Biscayne Blvd.<br>Suite 1205<br>Miami, FL 33131<br>305-379-2400 ext 105 | rcasamayor@dhaberlaw.com<br><br><br>samilow@aol.com<br><br><br>rslade@dhaberlaw.com | Consumer | Yes by CTO - 1 |
| *Powers et al v. Equifax Inc.* | 6:17-cv-02510 | District of South Carolina | | James L. Ward, Jr<br>McGowan Hood and Felder LLC<br>321 Wingo Way, Suite 103<br>Mt Pleasant, SC 29464<br>843-388-7202<br><br>Steven W. Teppler, Esq.<br>Abbott Law Group, P.A.<br>2929 Plummer Cove Rd.<br>Jacksonville, FL  32223<br>904-292-1111 | jward@mcgowanhood.com<br><br><br>steppler@abbottlawpa.com | Consumer | Yes by CTO - 1 |
| *Prejean et al. v. Equifax, Inc.* | 1:17-cv-00468 | District of Hawaii | | Brandee J. Faria<br>John F. Perkin<br>James J. Wade<br>Perkin & Faria<br>841 Bishop Street, Suite 1000<br>Honolulu, HI 96813<br>808-523-2300 | bjkfaria@perkinlaw.com<br>perkin@perkinlaw.com<br>jwade@perkinlaw.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table
## CONSUMER CASES
### *In re: Equifax, Inc., Customer Data Security Breach Litigation*
### Case No. 1:17-md-2800-TWT
### MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Pugliese v. Equifax, Inc.* | 1:17-cv-03461 | Northern District of Georgia (Atlanta Division) | Evangelista Worley, LLC | James M. Evangelista<br>David J. Worley<br>Kristi Stahnke McGregor<br>EVANGELISTA WORLEY, LLC<br>8100 A Roswell Road, Suite 100<br>Atlanta, GA 30350<br>404-205-8400<br><br>William Federman<br>Carin L. Marcussen<br>Joshua D. Wells<br>FEDERMAN & SHERWOOD<br>10205 N. Pennsylvania Avenue<br>Oklahoma, OK 73120<br>405-235-1560 | jme@ewlawllc.com<br>david@ewlawllc.com<br>kristi@ewlawlll.com<br><br>wbf@federmanlaw.com<br>clm@federmanlaw.com<br>jdw@federmanlaw.com | Consumer | Yes |
| *Quagliani v. Equifax, Inc. et al.* | 3:17-cv-01668 | District of Connecticut | | Steven J. Moore<br>James E. Nealon<br>Withers Bergman, LLP<br>1700 East Putnam Avenue, Suite 400<br>Greenwich, CT 06870<br>203-302-4069 | steven.moore@withersworldwide.com<br>james.nealon@withersworldwide.com | Consumer | Yes by CTO - 1 |
| *Raffin v. Equifax, Inc.* | 2:17-cv-06620 | Central District of California (Western Division - Los Angeles) | | Todd M. Friedman<br>Adrian R. Bacon<br>LAW OFFICES OF TODD M. FRIEDMAN<br>21550 Oxnard Street, Suite 780<br>Woodland Hills, CA 91367<br>424-285-6006 | tfriedman@toddflaw.com<br>abacon@toddflaw.com | Consumer | Yes |
| *Rajput v. Equifax, Inc.* | 5:17-cv-01606 | Northern District of Alabama | | Eric J Artrip<br>Dennis A. Mastando<br>MASTANDO & ARTRIP LLC<br>301 Washington Street<br>Suite 302<br>Huntsville, AL 35801<br>256-532-2222 | artrip@mastandoartrip.com<br>tony@mastandoartrip.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Ramsay v. Equifax Inc.* | 4:17-cv-02783 | Southern District of Texas | | George H Lugrin, IV<br>Westmoreland Hall PC<br>2800 Post Oak Blvd, Suite 6400<br>Houston, TX 77056<br>713-586-4286 | glugrin@hallmaineslugrin.com | Consumer | Yes by CTO - 1 |
| *Ray v. Equifax Inc. et al* | 1:17-cv-01331 | District of Delaware | | PRO SE<br>Michael R. Ray<br>P.O. Box 100<br>Myrtle Beach, SC 29578<br>843-448-1515 | mike@myfedlaw.com | Consumer | Yes by CTO - 1 |
| *Ressetar et al. v. Equifax, Inc. et al.* | 3:17-cv-01670 | Middle District of Pennsylvania | | Christopher Markos<br>Gerald J. Williams<br>Williams Cedar<br>1515 Market Street<br>Suite 1300<br>Philadelphia, PA 19102<br>215.557.0099<br><br>Michael J. Quirk<br>Berezofsky Law Group<br>1515 Market Street, Suite 1300<br>Philadelphia, PA 19102-1929<br>215-557-0099 | cmarkos@williamscedar.com<br>gwilliams@williamscedar.com | Consumer | Yes by CTO - 1 |
| *Reyes v. Equifax Inc.* | 1:17-cv-06589 | Eastern District of New York | | Edward B. Geller<br>EDWARD B. GELLER, ESQ., P.C.<br>15 Landing Way<br>Bronx, NY 10464<br>914-473-6783 | epbh@aol.com | Consumer | Yes by CTO - 1 |
| *Reyes v. Equifax Inc.* | 2:17-cv-06590 | Eastern District of New York | | Edward B. Geller<br>EDWARD B. GELLER, ESQ., P.C.<br>15 Landing Way<br>Bronx, NY 10464<br>914-473-6783 | epbh@aol.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Rice et al. v. Equifax, Inc.* | 1:17-cv-00156 | Northern District of West Virginia (Clarksburg Division) | | James A. Gianola<br>John F. Gianola<br>Gianola, Barnum & Wigal, LC<br>1714 Mileground<br>Morgantown, WV 26505<br>304-291-6300<br><br>R. Dean Hartley<br>Mark R. Staun<br>Hartley Law Group, PLLC<br>2001 Main St., Suite 600<br>Wheeling, WV 26003<br>304-233-0777 | jgianola@gbwlaw.net<br>john.gianola@gbbjlaw.com<br><br>Dhartley@hartleylawgrp.com<br>mstaun@hartleylawgrp.com | Consumer | |
| *Rich v. Equifax Information Services, LLC* | 3:17-cv-00229 | Western District of Pennsylvania | | James A. Naddeo<br>207 East Market Street<br>P.O. Box 552<br>Clearfield, PA 16830<br>814-765-1601 | naddeolaw@verizon.net | Consumer | Yes by CTO - 3 |
| *Richmond et al v. Equifax, Inc.* | 1:17-cv-03477 | Northern District of Georgia | Evangelista Worley, LLC | James M. Evangelista<br>David J. Worley<br>Kristi Stahnke McGregor<br>EVANGELISTA WORLEY, LLC<br>8100 A Roswell Road, Suite 100<br>Atlanta, GA 30350<br>404-205-8400<br><br>William Federman<br>Carin L. Marcussen<br>Joshua D. Wells<br>FEDERMAN & SHERWOOD<br>10205 N. Pennsylvania Avenue<br>Oklahoma, OK 73120<br>405-235-1560 | jme@ewlawllc.com<br>david@ewlawll.com<br>kristi@ewlawll.com<br><br>wbf@federmanlaw.com<br>clm@federmanlaw.com<br>jdw@federmanlaw.com | Consumer | |

# Plaintiffs' Counsel Table
## CONSUMER CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Ruscitto v. Equifax, Inc.* | 1:17-cv-03444 | Northern District of Georgia (Atlanta Division) | McConnell & Sneed, LLC | Andrew Joseph Coomes<br>McConnell & Sneed, LLC<br>Suite 840<br>990 Hammond Drive<br>Atlanta, GA 30328<br>404-220-9994<br><br>Jeffrey Goldenberg<br>Goldenberg Schneider LPA<br>1 West 4th Street<br>Cincinnati, OH 45202<br>513-345-8291<br><br>Christian A. Jenkins<br>Minnilo & Jenkins Co., LPA<br>2712 Observatory Avenue<br>Cincinnati, OH 45208<br>513-723-1600<br><br>Gary Edward Mason<br>Whitfield Bryson & Mason, LLP - DC<br>1625 Massachusetts Avenue, N.W., Suite 605<br>Washington, DC 20036<br>202-429-2290 | ajc@mcconnellsneed.com<br><br>jgoldenberg@gs-legal.com<br><br>gmason@wbmllp.com | Consumer | Yes |
| *Rust et al. v. Equifax, Inc.* | 1:17-cv-03471 | Northern District of Georgia (Atlanta Division) | Faruqi & Faruqi, LLP | Robert W. Killorin<br>Timothy J. Peter<br>James M. Wilson, Jr.<br>Faruqi & Faruqi, LLP -Atl<br>3975 Roswell Road, Suite A<br>Atlanta, GA 30342<br>404-275-7557 | rkillorin@faruqilaw.com<br>tpeter@faruqilaw.com<br>jwilson@faruqilaw.com | Consumer | |

# Plaintiffs' Counsel Table
## CONSUMER CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Salinas and Ribons v. Equifax Inc.* | 3:17-cv-05284 | Northern District of California (San Jose Division) | | Bruce L. Simon<br>Alexander L. Simon<br>PEARSON, SIMON & WARSHAW, LLP<br>44 Montgomery Street, Suite 2450<br>San Francisco, California 94104<br>415-433-9000<br><br>Daniel L. Warshaw<br>Michael H. Pearson<br>PEARSON SIMON & WARSHAW, LLP<br>15165 Ventura Boulevard, Suite 400<br>Sherman Oaks, California 91403<br>818-788-8300 | bsimon@pswlaw.com<br>asimon@pswlaw.com<br><br><br><br>dwarshaw@pswlaw.com<br>mpearson@pswlaw.com | Consumer | |
| *Samson v. Equifax, Inc.* | 1:17-cv-03448 | Northern District of Georgia (Atlanta Division) | | Lisa L. Heller<br>Robbins Ross Alloy Belinfante Littlefield, LLC<br>999 Peachtree Street, N.E., Suite 1120<br>Atlanta, GA 30309<br>678-701-9381<br><br>Naumon A. Amjed<br>Joshua D'Ancona<br>Ethan J. Barlieb<br>Kessler Topaz Meltzer & Check, LLP-PA<br>280 King of Prussia Road<br>Radnor, PA 19087<br>610-667-7706<br><br>David H. Thompson<br>Davis Cooper<br>Cooper & Kirk, PLLC<br>1523 New Hampshire Avenue, N.W.<br>Washington, DC 20036<br>202-220-9600 | lheller@robbinsfirm.com<br><br>jdancona@ktmc.com<br>namjed@ktmc.com<br><br><br><br>dhthompson98@gmail.com | Consumer | Yes |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Sander v. Equifax Inc. et al* | 1:17-cv-02119 | District of Columbia | | H. Vincent McKnight, Jr.<br>SANFORD HEISLER SHARP, LLP<br>1666 Connecticut Avenue, NW, Suite 300<br>Washington, DC 20009<br>202-499-5211<br><br>Jeremy Heisler<br>Andrew Melzer<br>SANFORD HEISLER SHARP, LLP<br>1350 6th Avenue, Floor 31<br>New York, NY 10019<br>646-402-5650<br><br>Kevin H. Sharp<br>Sanford Heisler Sharp, LLP<br>611 Commerce Street, Suite 3100<br>Nashville, TN 37203<br>615-343-7001 | vmcknight@sandfordheisler.com<br><br>amelzer@sanfordheisler.com<br>jheisler@sanfordheisler.com<br><br>ksharp@sanfordheisler.com | Consumer | Yes by CTO - 1 |
| *Santomauro et al. v. Equifax Inc.* | 1:17-cv-01852 | District of D.C. (Washington, D.C. Division) | | Troy Giatras<br>GIATRAS LAW FIRM, PLLC<br>118 Capitol Street, 4th Floor<br>Charleston, WV 25301<br>304-343-2900 | troy@tjewvlawfirm.com | Consumer | |
| *Schifano et al. v. Equifax Inc.* | 2:17-cv-06996 | Central District of California | | Rosemary M. Rivas<br>Quentin A. Roberts<br>Levi and Korsinsky LLP<br>44 Montgomery Street Suite 650<br>San Francisco, CA 94104<br>415-291-2420 | rrivas@zlk.com<br>qroberts@zlk.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Scott v. Equifax Inc.* | 2:17-cv-06715 | Central District of California (Western Division - Los Angeles) | | Lionel Zevi Glancy<br>Marc L. Godino<br>Danielle L. Manning<br>Kevin F. Ruf<br>Glancy Prongay and Murray LLP<br>1925 Century Park East Suite 2100<br>Los Angeles, CA 90067<br>310-201-9150 | lglancy@glancylaw.com<br>mgodino@glancylaw.com<br>dmanning@glancylaw.com<br>kruf@glancylaw.com | Consumer | |
| *Seror v. Equifax Inc.* | 3:17-cv-11437 | District of New Jersey | | Edward B. Geller<br>EDWARD B. GELLER, ESQ., P.C.<br>15 Landing Way<br>Bronx, NY 10464<br>914-473-6783 | epbh@aol.com | Consumer | Yes by CTO - 1 |
| *Seymore et al. v. Equifax, Inc.* | 3:17-cv-01871 | Southern District of California (San Diego Division) | | Tyler Jay Belong<br>Eric Dos Santos<br>Jeffrey L. Hogue<br>Hogue & Belong APC<br>430 Nutmeg Street, Second Floor<br>San Diego, CA 92103<br>619-238-4720 | tbelong@hoguebelonglaw.com<br>edossantos@hoguebelonglaw.com<br>jhogue@hoguebelonglaw.com | Consumer | |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Sievers v. Equifax Inc. et al* | 4:17-cv-00103 | District of Montana | Edwards, Frickle & Culver | Triel D. Culver<br>A. Clifford Edwards<br>EDWARDS FRICKLE & CULVER<br>1648 Poly Drive, Suite 206<br>Billings, MT 59102<br>406-256-8155<br><br>Edward D. Chapin<br>SANFORD HEISLER SHARP, LLP<br>655 West Broadway, Suite 1700<br>San Diego, CA 92101<br>619-577-4250<br><br>Danielle Anne Fuschetti<br>SANFORD HEISLER SHARP LLP - SAN FRANCISCO, CA<br>111 Sutter St., Suite 975<br>San Francisco, CA 94104<br>415-795-2022<br><br>Kevin Sharp<br>SANFORD HEISLER SHARP LLP - NASHVILLE, TN<br>611 Commerce St., Suite 3100<br>Nashville, TN 37203<br>615-434-7001 | jenny@edwardslawfirm.com<br><br>triel@edwardslawfirm.com<br><br>ksharp@sanfordheisler.com<br><br>echapin2@sanfordheisler.com<br><br>dfuschetti@sanfordheisler.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table
## CONSUMER CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Sikes et al. v. Equifax Inc. et al* | 1:17-cv-00258 | Western District of North Carolina | Grimes Teich Anderson LLP | Jeremy Heisler<br>Andrew C. Melzer<br>1350 Avenue of the Americas, 31st Floor<br>New York, NY 10019<br>646-402-5650<br><br>Kevin H. Sharp<br>611 Commerce Street, Suite 3100<br>Nashville, TN 37203<br>615-434-7000<br><br>Jessica E. Leaven<br>Grimes Teich Anderson LLP<br>535 College Street<br>Asheville, NC 28801<br>828-251-0800 | jheisler@sanfordheisler.com<br>amelzer@sanfordheisler.com<br>ksharp@sanfordheisler.com<br><br>leaven@gtalaw.net | Consumer | Yes by CTO - 1 |
| *Simmons et al v. Equifax Inc. et al* | 1:17-cv-03659 | Northern District of Georgia | Byrne Davis & Hicks, P.C. | Paul Jay Pontrelli<br>Byrne Davis & Hicks, P.C.<br>3565 Piedmont Road, N.E.<br>Building 4, Suite 380<br>Atlanta, GA 30305<br>404-266-7284<br><br>Jeremy Heisler<br>Andrew Melzer<br>Sanford Heisler Sharp, LLP-NY<br>1350 Avenue of Americas, 31st Floor<br>New York, NY 10019<br>646-402-5650<br><br>Kevin H. Sharp<br>Sanford Heisler Sharp, LLP<br>611 Commerce Street, Suite 3100<br>Nashville, TN 37203<br>615-343-7001<br><br>Jason Paul Sander<br>Jason Sander, Attorney at Law<br>4314 Feagan Street<br>Houston, TX 77007<br>713-899-9784 | pjp1460@gmail.com<br><br>jheisler@sanfordheisler.com<br>amelzer@sanfordheisler.com<br><br>ksharp@sanfordheisler.com<br><br>sanderjason@hotmail.com | Consumer | |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Skye v. Equifax Inc.* | 1:17-cv-11742 | District of Massachusetts (Boston Division) | | Theodore M. Hess-Mahan<br>Hutchings, Barsamian, Cross and Mandelcorn, LLP<br>110 Cedar St.<br>Wellesley Hills, MA 02481<br>781-431-2231<br><br>Orin Kurtz<br>Grady & Notis, LLP<br>8th Floor<br>Tower 56, 126 East 56th Street<br>New York, NY 10022<br>212 905-0509 | thess-mahan@hutchingsbarsamian.com<br><br>okurtz@gardylaw.com | Consumer | |
| *Smith et al.v. Equifax Inc. et al* | 1:17-cv-02183 | Northern District of Ohio | | Kevin H. Sharp<br>Sanford Heisler Sharp<br>Ste. 3100<br>611 Commerce Street<br>Nashville, TN 37203<br>615-434-7001 | ksharp@sanfordheisler.com | Consumer | Yes by CTO - 1 |
| *Smith et al.v. Equifax Inc. et al* | 4:17-cv-02939 | Southern District of Texas | | Salar Ali Ahmed<br>One Arena Place<br>7322 Southwest Frwy, Suite 1920<br>Houston, TX 77074<br>713-223-1300 | aahmedlaw@gmail.com | Consumer | Yes by CTO - 1 |
| *Southwick et al v. Equifax Inc. et al* | 5:17-cv-01184 | Western District of Oklahoma (Oklahoma City Division) | | C. Austin Reams<br>Reams Law<br>9208 N Kelley Ave<br>Oklahoma City, OK 73131<br>405-285-6878 | austin@reamslawfirm.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Spicer & Gutierrez v. Equifax Inc. and TrustedID Inc.* | 5:17-cv-05228 | Northern District of California (San Jose Division) | | Aaron Blumenthal<br>Amy Marie Zeman<br>David Michael Berger<br>Eric H. Gibbs<br>GIBBS LAW GROUP LLP<br>505 14th Street, Suite 1110<br>Oakland, CA 94612<br>510-350-9700<br><br>Adam E. Polk<br>Girard Gibbs LLP<br>601 California Street, 14th Floor<br>San Francisco, CA 94108<br>415-987-4800 | ab@classlawgroup.com<br>amz@classlawgroup.com<br>davidberger@classlawgroup.com<br>ehg@classlawgroup.com<br><br>aep@girardgibbs.com | Consumer | |
| *Sprecher v. Equifax Inc et al* | 1:17-cv-05141 | Northern District of Georgia | | Kevin H. Sharp<br>Sanford Heisler Sharp, LLP<br>611 Commerce Street, Suite 3100<br>Nashville, TN 37203<br>615-343-7001 | ksharp@sanfordheisler.com | Consumer | |
| *St. Clair et al v. Equifax, Inc.* | 1:17-cv-04792 | Northern District of Georgia | Evangelista Worley, LLC | Ariana J. Tadler<br>Andrei V. Rado<br>Henry Kelston<br>Elizabeth McKenna<br>Melissa Clark<br>Milberg Tadler Phillips Grossman LLP<br>One Pennsylvania Plaza, Suite 1920<br>New York, NY 10119-0165<br>212-594-5300<br><br>David J. Worley<br>James M. Evangelista<br>Kristi Stahnke McGregor<br>Evangelista Worley, LLC<br>8100 A Roswell Road, Suite 100<br>Atlanta, GA 30350<br>404-205-8400 | atadler@milberg.com<br>arado@milberg.com<br>hkelston@milberg.com<br>emckenna@milberg.com<br>mclark@milberg.com<br><br>david@ewlawllc.com<br>jim@ewlawllc.com<br>kristi@ewlawllc.com | Consumer | |

# Plaintiffs' Counsel Table
## CONSUMER CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Stabenow et al v. Equifax, Inc.* | 8:17-cv-02289 | Middle District of Florida | | Jay P. Lechner<br>Jason M. Melton<br>Whittel & Melton<br>200 Central Ave Ste 400<br>St. Petersburg, FL 33701<br>727-822-1111 | lechnerj@thefllawirm.com<br>jason@thefllawfirm.com | Consumer | Yes by CTO - 1 |
| *Stanfield et al. v. Equifax Inc.* | 3:17-cv-01102 | Southern District of Illinois | | Kenneth J. Brennan<br>Tor A. Hoerman<br>Tyler J. Schneider<br>TorHoerman Law LLC<br>210 South Main Street<br>Edwardsville, IL 62025<br>618-656-4400 | kbrennan@thlawyer.com<br>tor@thlawyer.com<br>tyler@thlawyer.com | Consumer | Yes by CTO - 1 |
| *Stewart et al. v. Equifax Inc. et al.* | 4:17-cv-02433 | Eastern District of Missouri | | PRO SE<br>James Stewart<br>Eileen Stewart<br>6634 McCune Ave.<br>St. Louis, MO 63139<br>314-398-5403 | no email provided | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Stiles v. Equifax Inc. et al* | 3:17-cv-00144 | Western District of Kentucky | Boehl Stopher & Graves, LLP | Jeremy Heisler<br>Andrew Melzer<br>SANFORD HEISLER SHARP, LLP<br>1350 6th Avenue, Floor 31<br>New York, NY 10019<br>646-402-5650<br><br>Kevin H. Sharp<br>Sanford Heisler Sharp, LLP<br>611 Commerce Street, Suite 3100<br>Nashville, TN 37203<br>615-343-7001<br><br>D. Wes Sullenger<br>Boehl Stopher & Graves, LLP - Paducah<br>410 Broadway Street<br>Paducah, KY 42001<br>270-442-4369 | jheisler@sanfordheisler.com<br>amelzer@sanfordheisler.com<br>ksharp@sanfordheisler.com<br><br>wsullenger@bsgpad.com | Consumer | Yes by CTO - 1 |
| *Strauchman v. Equifax, Inc.* | 1:17-cv-03482 | Northern District of Georgia | | Christopher B. Hood<br>James F. McDonough , III<br>Travis E. Lynch<br>W. Lewis Garrison, Jr.<br>Heninger Garrison & Davis, LLC - AL<br>2224 1st Avenue North<br>Birmingham, AL 35203<br>205-326-3336 | chood@hgdlawfirm.com<br>jmcdonough@hgdlawfirm.com<br>tlynch@hgdlawfirm.com<br>wlgarrison@hgdlawfirm.com | Consumer | |

# Plaintiffs' Counsel Table
## CONSUMER CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Tada et al. v. Equifax, Inc.* | 2:17-cv-06666 | Central District of California (Western Division - Los Angeles) | | Stephen R. Basser<br>Samuel M. Ward<br>BARRACK, RODOS & BACINE<br>One America Plaza, 600 West Broadway Suite 900<br>San Diego, CA 92101<br>619-230-0800<br><br>Mark Ozzello<br>The Ozzello Practice, PC<br>17383 W. Sunset Blvd., Suite A380<br>Pacific Palisades, CA 90272<br>844-774-2020<br><br>John G. Emerson<br>EMERSON SCOTT, LLP<br>830 Apollo Lane<br>Houston, TX 77058<br>281-488-8854<br><br>Ronen Sarraf<br>Joseph Gentile<br>SARRAF GENTILE LLP<br>14 Bond Street, Suite 212<br>Great Neck, NY 11021<br>516-699-8890<br><br>Jeffrey W. Golan<br>Barrack Rodos & Bacine<br>3300 Two Commerce Square, 2001 Market Street<br>Philadelphia , PA 19103<br>215-963-0600 | sbasser@barrack.com<br>sward@barrack.com<br><br><br>mark@ozzellolaw.com<br><br><br>jemerson@emersonfirm.com<br><br>ronen@sarrafgentile.com<br>joseph@sarrafgentile.com<br><br>jgolan@barrack.com | Consumer | Yes |
| *Taenzer et al. v. Equifax, Inc. et al.* | 4:17-cv-00349 | Southern District of Iowa | | Roxanne Barton Conlin<br>ROXANNE CONLIN & ASSOCIATES<br>3721 SW 61ST St., Suite C<br>Des Moines, IA 50321-2418<br>515-283-1111<br><br>Richard M. Hagstrom<br>HELLMUTH & JOHNSON, PLLC<br>8050 W 78TH St.<br>Edina, MN 55439<br>952-941-4005 | roxlaw@aol.com<br><br><br><br>rhagstrom@hjlawfirm.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Tanks and Dixon v. Equifax, Inc.* | 3:17-vc-01832 | Southern District of California (San Diego) | | Tammy Gruder Hussin<br>Hussin Law<br>1596 N. Coast Highway 101<br>Encinitas, CA 92024<br>877-677-5397<br><br>Helen Irene Zeldes<br>Coast Law Group LLC<br>1140 South Coast Hwy 101<br>Suite 2050<br>Encinitas, CA 92024<br>760-942-8505 | tammy@hussinlaw.com<br><br><br><br>helen@coastlaw.com | Consumer | |
| *Tate et al v. Equifax, Inc.* | 3:17-cv-00555 | Western District of North Carolina | | Robert L. Burchette<br>Martin L. White<br>Johnston, Allison & Hord<br>1065 East Morehead St<br>Charlotte, NC 28202<br>704-332-1181 | rburchette@jahlaw.com<br>mwhite@jahlaw.com | Consumer | Yes by CTO - 1 |
| *Tepfenhart et al v. Equifax, Inc.* | 1:17-cv-03571 | Northern District of Georgia | | Eric J. Artrip<br>Mastando & Artrip, LLC<br>301 Washington Street, NW<br>Huntsville, AL 35801<br>256-532-2222<br><br>Nicolas M. Stanojevich<br>Richard P. Pouco<br>Robert M. Weaver<br>Tessa Warren<br>Quinn, Connor, Weaver, Davies & Rouco, LLP - AL<br>2 - 20th Street North, Suite 930<br>Birmingham, AL 35203<br>205-870-9989 | artrip@mastandoartrip.com<br><br><br>rrouco@qcwdr.com<br>rweaver@qcwdr.com<br>twarren@qcwdr.com | Consumer | |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Thomson et al v. Equifax Inc.* | 3:17-cv-02468 | Northern District of Texas | | Eric W. Buether<br>Brian A. Carpenter<br>Christopher M. Joe<br>Buether Joe & Carpenter LLC<br>1700 Pacific Avenue, Suite 4750<br>Dallas, TX 75201<br>214-466-1271 | eric.buether@bjciplaw.com<br>brian.carpenter@bjciplaw.com<br>chris.joe@bjciplaw.com | Consumer | Yes by CTO - 1 |
| *Tipping v. Equifax Inc.* | 3:17-cv-01273 | Middle District of Tennessee | | Benjamin C. Aaron<br>Charles F. Barrett<br>Neal & Harwell, PLC<br>1201 Demonbreun Street, Suite 1000<br>Nashville, TN 37203<br>615-238-3535 | baaron@nealharwell.com<br>cbarrett@nealharwell.com | Consumer | Yes by CTO - 1 |
| *Tirelli & Merino v. Equifax Information Services, LLC* | 7:17-cv-06868 | Southern District of New York (White Plains Division) | | Javier Luis Merino<br>Dann Law<br>1 Meadowlands Plaza<br>Suite 200<br>E. Rutherford, NJ 07073<br>216-373-0539 | jmerino@dannlaw.com | Consumer | |

# Plaintiffs' Counsel Table
## CONSUMER CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Tomlin et al. v. Equifax Information Services, LLC* | 2:17-cv-00158 | Eastern District of Kentucky (Covington Division) | | Miles N. Clark<br>Matthew I. Knepper<br>Knepper & Clark, LLC<br>10040 W. Cheyenne Avenue, Suite 170-109<br>Las Vegas, NV 89129<br>702-825-6060<br><br>Robert A. Clifford<br>Clifford Law Offices, P.C.<br>120 N. LaSalle Street, Suite 3100<br>Chicago, IL 60602<br>312-899-9090<br><br>Marc E. Dann<br>Dann Law<br>P.O. Box 6031040<br>Cleveland, OH 44103<br>216-373-0539<br><br>Brian D. Flick<br>Mills, Mills, Fiely and Lucas, LLC<br>632 Vine Street, Suite 305<br>Cincinnati, OH 45202<br>216-373-0539<br><br>George Haines<br>Haines & Krieger, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br>702-880-5554 | rac@cliffordlaw.com<br><br>bflick@dannlaw.com | Consumer | |
| *Tomlinson v. Equifax Inc.* | 3:17-cv-00087 | Eastern District of Kentucky | | PRO SE<br>Cole T. Tomlinson<br>Dutton & Associates, PLLC<br>513 Main Street<br>P.O. Box 967<br>Shelbyville, KY 40065<br>502-633-0504 | no email provided | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Torrey v. Equifax Informaton Services, LLC* | 1:17-cv-01922 | Northern District of Ohio (Cleveland Division) | | Jason R. Bristol<br>Joshua R. Cohen<br>Ellen M. Kramer<br>James B. Rosenthal<br>COHEN ROSENTHAL & KRAMER<br>1 Clinton Place<br>3208 Clinton Avenue<br>Cleveland, OH 44113<br>216-815-9500<br><br>William J. Novak<br>418 Hoyt Block Bldg.<br>700 St. Clair Ave., W.<br>Cleveland, OH 44113<br>216-781-8700 | jbristol@crklaw.com<br>jcohen@crklaw.com<br>emk@crklaw.com<br>jbr@crklaw.com<br><br><br>william@novak-law.com | Consumer | |
| *Trevino v. Equifax Inc et al.* | 2:17-cv-07180 | Central District of California | | Tina Wolfson<br>Theodore Maya<br>Bradley K. King<br>Robert Ahdoot<br>AHDOOT & WOLFSON, PC<br>10728 Lindbrook Drive<br>Los Angeles, California 90024<br>310-474-9111 | twolfson@ahdootwolfson.com<br>tmaya@ahdootwolfson.com<br>bking@ahdootwolfson.com<br>rahdoot@adhootwolfson.com | Consumer | Yes by CTO - 1 |
| *Turner v. Equifax Inc.* | 3:17-cv-02041 | Southern District of California | | Alexander Schack<br>Shannon Nocon<br>Natasha N. Serino<br>LAW OFFICE OF ALEXANDER M. SCHACK<br>16870 West Bernardo Drive, Suite 400<br>San Diego, CA 92127<br>858-485-6535 | alexschack@amslawoffice.com<br>shannonnocon@amdlawoffice.com<br>natashaserino@amslawoffice.com | Consumer | Yes by CTO - 1 |
| *Tweeddale v. Equifax, Inc.* | 6:17-cv-01936 | Middle District of Florida | | Lewis S. Eidson, Jr<br>Julie B. Kane<br>Curtis B. Miner<br>COLSON HICKS EIDSON<br>255 Alhambra Cir., Penthouse<br>Coral Gables, FL 33134<br>305-476-7400 | mike@colson.com<br>julie@colson.com<br>curt@colson.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Vice v. Equifax Inc.* | 1:17-cv-04250 | Northern District of Georgia | Robbins Geller Rudman & Dowd, LLP | C. Jacob Gower<br>Burns Charest, LLP<br>Suite 1170<br>365 Canal Street<br>New Orleans, LA 70139<br>504-799-2845<br><br>Daniel H. Charest<br>Susman Godfrey, LLP-TX<br>901 Main Street, Suite 5100<br>Dallas, TX 75202-3775<br>214-754-1900<br><br>John C. Herman<br>Robbins Geller Rudman & Dowd, LLP - GA<br>Suite 1650, Monarch Plaza<br>3424 Peachtree Road, NE<br>Atlanta, GA 30326<br>404-504-6500 | dcharest@burnscharest.com<br><br>jherman@rgrdlaw.com | Consumer | |
| *Vita et al v. Equifax, Inc.* | 1:17-cv-03484 | Northern District of Georgia | The Pratt Law Firm, PC | Bradley W. Pratt<br>Brian C. Mickelson<br>Charles L. Clay, Jr.<br>The Pratt Law Firm, P.C.<br>4401 Northside Parkway, NW, Suite 520<br>Atlanta, GA 30327<br>404-939-6101<br><br>Christopher Baker Hall<br>Peter A. Lampros<br>Hall & Lampros, LLP<br>Promenade Two, Suite 950<br>1230 Peachtree Street, NE<br>Atlanta, GA 30309<br>404-876-8100 | bradley@prattclay.com<br>chuck@chuckclay.com<br><br>chall@hallandlampros.com<br>alampros@hallandlampros.com | Consumer | |

# Plaintiffs' Counsel Table
## CONSUMER CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *VonWiller v. Equifax Information Services, LLC* | 3:17-cv-01839 | Southern District of California (San Diego) | | Jack Fitzgerald<br>Trevor Flynn<br>Melanie R. Persinger<br>THE LAW OFFICE OF JACK FITZGERALD<br>3636 Fourth Ave., Suite 202<br>San Diego, CA 92103<br>619-692-3840<br><br>Andrew B. Sacks<br>John K. Weston<br>Sacks Weston Diamond LLC<br>1845 Walnut Street, Suite 1600<br>Philadelphia, PA 19103<br>215-925-8200<br><br>Marc E. Dann<br>Brian Flick<br>THE DANN LAW FIRM CO. LPA<br>PO Box 6031040<br>Cleveland, OH 44103<br>216-373-0539<br><br>Thomas A. Zimmerman, Jr.<br>ZIMMERMAN LAW OFFICES, P.C.<br>77 West Washington Street, Suite 1220<br>Chicago, IL 60602<br>312-440-0020 | jack@jackfitzgeraldlaw.com<br>trevor@jackfitzgeraldlaw.com<br>melanie@jackfitzgeraldlaw.com<br><br>asacks@sackslaw.com<br>jweston@sackslaw.com<br><br>mdann@dannlaw.com<br>bflick@dannlaw.com<br><br>tom@attorneyzim.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| | | | | David H. Krieger<br>George Haines<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Ave Suite 350<br>Henderson, NV 89123<br>702-880-5554<br><br>Matthew I. Knepper<br>Miles N. Clark<br>KNEPPER & CLARK, LLC<br>10040 W. Cheyenne Ave Suite 170-109<br>Las Vegas, NV 89129<br>702-825-6060<br><br>Sean N. Payne<br>PAYNE LAW FIRM LLC<br>9550 S. Eastern Ave Suite 253-A213<br>Las Vegas, NV 89123<br>702-952-2733 | dkrieger@hainesandkrieger.com<br>ghaines@hainesandkrieger.com<br><br>matthew.knepper@knepperclark.com<br>miles.clark@knepperclark.com<br><br>seanpayne@spaynelaw.com | Consumer | |
| *Walker et al. v. Equifax, Inc.* | 5:17-cv-01527 | Northern District of Alabama (Northeastern Division) | | Dennis A. Mastando<br>Eric J. Artrip<br>D. Anthony Mastando<br>MASTANDO & ARTRIP, LLC<br>301 Washington Street, Suite 302<br>Huntsville, AL 35801<br>256-532-2222 | tony@mastandoartip.com<br>artip@mastandoartip.com | Consumer | Yes |

# Plaintiffs' Counsel Table
## CONSUMER CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Washburn et al. v. Equifax, Inc.* | 1:17-cv-03451 | Northern District of Georgia (Atlanta Division) | Doffermyre Shields Canfield & Knowles, LLC | Kenneth S. Canfield<br>DOFFERMYRE SHIELDS CANFIELD & KNOWLES, LLC<br>1355 Peachtree Street, NE Suite 1900<br>Atlanta, GA 30309<br>404-881-8900<br><br>James Pizzirusso<br>Richard Lewis<br>HAUSFELD LLP<br>1700 K St. NW Suite 650<br>Washington, D.C. 20006<br>202-540-7200<br><br>Robert B. Gilmore<br>STEIN MITCHELL MUSE CIPOLLONE & BEATO LLP<br>1100 Connecticut Ave, NW<br>Washington, D.C. 20036<br>202-601-1589<br><br>Andrew N. Friedman<br>Douglas J. McNamara<br>Sally Handmaker<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>1100 New York Avenue, NW Suite 500<br>Washington, D.C. 20005<br>202-408-4600<br><br>Adam J. Levitt<br>DICELLLO LEVITT & CASEY LLC<br>Ten North Dearborn Street, 11th Floor<br>Chicago, IL 60602<br>312-214-7900 | kcanfield@dsckd.com<br><br><br><br><br>jpizzirusso@hausfeld.com<br>rlewis@hausfeld.com<br><br><br>rgilmore@steinmitchell.com<br><br><br><br>afriedman@cohenmilstein.com<br>dmcnamara@cohenmilstein.com<br>shandmaker@cohenmilstein.com | Consumer | Yes |
| *Weaver et al v. Equifax, Inc.* | 1:17-cv-00268 | Western District of North Carolina | | Katherine Langley<br>BURT LANDLEY, P.C.<br>149 South Lexington<br>Asheville, NC 28801<br>828-367-7090 | klangley@burtlangley.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table
## CONSUMER CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Whipper et al v. Equifax Inc. et al* | 1:17-cv-00248 | Western District of Pennsylvania | | Jeremy Heisler<br>Andrew Melzer<br>SANFORD HEISLER SHARP, LLP<br>1350 6th Avenue, Floor 31<br>New York, NY 10019<br>646-402-5650<br><br>Kevin Sharp<br>Sanford Heisler Sharp, LLP<br>611 Commerce Street, Suite 3100<br>Nashville, TN 37203<br>615-434-7000<br><br>Saba Bireda<br>Sanford Heisler Sharp, LLP<br>1666 Connecticut Avenue Suite 300<br>Washington, DC 20009 | jheisler@sanfordheisler.com<br>amelzer@sanfordheisler.com<br><br>ksharp@sanfordheisler.com<br><br>sbireda@sanfordheisler.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table
## CONSUMER CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *White et al. v. Equifax, Inc.* | 2:17-cv-07991 | Central District of California | | Christopher T. Aumais<br>Robert W. Finnerty<br>Thomas V. Girardi<br>GIRARDI KEESE<br>1126 Wilshire Blvd.<br>Los Angeles, CA 90017<br>213-977-0211<br><br>Herman J. Russomanno<br>Robert J. Borrello<br>Herman J. Russomanno III<br>RUSSOMANNO & BORRELLO, P.A.<br>Museum Tower – Penthouse 2800<br>150 West Flagler Street<br>Miami, Florida 33130<br>305-373-2101<br><br>David A. Nunez<br>MEYER & NUNEZ, P.A.<br>150 W. Flagler Street, Ste. 2700<br>Miami, FL 33130<br>305-722-9898<br><br>Edward G. Rubinoff<br>Andrew Moss<br>Kutner, Rubinoff & Moss<br>2665 S. Bayshore Drive, Ste. 301<br>Coconut Grove, FL 33133<br>305-358-6200 | caumais@girardikeese.com<br>rfinnerty@girardikeese.com<br>tgirardi@girardikeese.com<br><br>hrussomanno@russomanno.com<br>rborrello@russomanno.com<br>herman2@russomanno.com<br><br>david@nunez-law.com<br><br>rubinoff@krmlegal.com<br>moss@krmlegal.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Whitfill et al v. Equifax Inc. et al* | 4:17-cv-00771 | Northern District of Texas | | Shane F. Langston<br>Jason L. Nabors<br>LANGSTON & LANGSTON, PLLC<br>1161 La Mirada Ct.<br>Southlake, TX 76092<br>601-969-1356<br><br>Stephen C. Maxwell<br>Daniel P. Sullivan<br>BAILEY & GALYEN - FORT WORTH<br>1300 Summit Avenue, Suite 650<br>Fort Worth, TX 76102<br>817-276-6000 | shane@ langstonlawyers.com<br><br><br>smaxwell@galyen.com<br>dsullivan@galyen.com | Consumer | Yes by CTO - 1 |
| *Whittington v. Equifax, Inc.* | 1:17-cv-04940 | Northern District of Georgia | Evangelista Worley, LLC | Carin L. Marcussen<br>Federman & Sherwood<br>10205 N. Pennsylvanis Ave<br>Oklahoma, OK 73120<br>405-239-2112<br>New York, NY 10119-0165<br>212-594-5300<br><br>David J. Worley<br>James M. Evangelista<br>Kristi Stahnke McGregor<br>Evangelista Worley, LLC<br>8100 A Roswell Road, Suite 100<br>Atlanta, GA 30350<br>404-205-8400 | david@ewlawllc.com<br>jim@ewlawllc.com<br>kristi@ewlawllc.com | Consumer | |

# Plaintiffs' Counsel Table
## CONSUMER CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Wilkins v. Equifax, Inc.* | 1:17-cv-03972 | Northern District of Georgia | Robbins Ross Alloy Belinfante Littlefield, LLC -Atl | Lisa L. Heller<br>Robbins Ross Alloy Belinfante Littlefield, LLC -Atl<br>999 Peachtree Street, N.E., Suite 1120<br>Atlanta, GA 30309<br>678-701-9381<br><br>David H. Thompson<br>Cooper & Kirk, PLLC<br>1523 New Hampshire Avenue, N.W.<br>Washington, DC 20036<br>202-220-9600<br><br>Joshua E. D'Ancona<br>Naumon A. Amjed<br>Kessler Topaz Meltzer & Check, LLP-PA<br>280 King of Prussia Road<br>Radnor, PA 19087<br>610-667-7706 | lheller@robbinsfirm.com<br><br>dhthompson98@gmail.com<br><br>jdancona@ktmc.com<br>namjed@ktmc.com | Consumer | |
| *Williams v. Equifax Inc.* | 1:17-cv-06591 | Eastern District of New York | | Edward B. Geller<br>EDWARD B. GELLER, ESQ., P.C.<br>15 Landing Way<br>Bronx, NY 10464<br>914-473-6783 | epbh@aol.com | Consumer | Yes by CTO - 1 |
| *Williams v. Equifax Inc. et al* | 1:17-cv-02803 | District of Maryland | | Herbert V. McKnight, Jr.<br>SANFORD HEISLER KIMPEL, LLP<br>1666 Connecticut Ave. NW, Suite 300<br>Washington, DC 20009<br><br>Andrew Melzer<br>Kevin H. Sharp<br>SANFORD HEISLER SHARP LLP<br>1350 Avenue of the Americas, 31st Floor<br>New York, NY 10019<br>646-402-5655 | vmcknight@sandfordheisler.com<br><br>jheisler@sanfordheisler.com<br>ksharp@sanfordheisler.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Williams v. Equifax Inc. et al* | 2:17-cv-13307 | Eastern District of Michigan | | Richard H. Hagstrom<br>HELLMUTH & JOHNSON PLLC<br>8050 West 78th Street<br>Edina, MN 55439<br>952-941-4005 | rhagstrom@hjlawfirm.com | Consumer | Yes by CTO - 1 |
| *Wiltz et al v. Equifax, Inc. et al* | 4:17-cv-02778 | Southern District of Texas | | Jeremy Heisler<br>Andrew Melzer<br>SANFORD HEISLER SHARP, LLP<br>1350 Avenue of the Americas, Suite 3100<br>New York, NY 10019-1004<br>646-402-5650<br><br>Herbert V. McKnight, Jr.<br>Sanford Heisler Sharp, LLP<br>1666 Connecticut Ave. NW, Suite 300<br>Washington, DC 20009<br>202-499-52000<br><br>Kevin Sharp<br>SANFORD HEISLER SHARP, LLP<br>611 Commerce Street, Suite 3100<br>Nashville, TN 37203-7117<br>615-434-7001 | amelzer@sanfordheisler.com<br>jheisler@sanfordheisler.com<br><br>vmckight@sanfordheisler.com<br><br><br>ksharp@sanfordheisler.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Wolf v. Equifax, Inc.* | 1:17-cv-03450 | Northern District of Georgia (Atlanta Division) | Webb, Klase & Lemond, LLC | E. Adam Webb<br>G. Franklin Lemond, Jr.<br>WEBB, KLASE & LEMOND, LLC<br>1900 The Exchange SE, Suite 480<br>Atlanta, GA 30339<br>770-444-9325<br><br>David H. Fink<br>Darryl Bressack<br>Nathan J. Fink<br>FINK + ASSOCIATES LAW<br>38500 Woodward Ave., Suite 350<br>Bloomfield Hills, Michigan 48304<br>248-971-2500 | adam@webbllc.com<br>flemond@webbllc.com<br><br>dfink@finkandassociateslaw.com<br>dbressack@finkandassociateslaw.com<br>nfink@finkandassociateslaw.com | Consumer | Yes |
| *Wong v. Equifax, Inc. et al* | 1:17-cv-00489 | District of Rhode Island | Alger Law LLC | Melody A. Alger<br>Alger Law LLC<br>400 Westminster Street, Suite 401<br>Providence, RI 02903<br>401-277-1090<br><br>Kevin Sharp<br>Sanford Heisler Sharp, LLP<br>611 Commerce St., Suite 3100<br>Nashville, TN 97203<br>615-434-7001 | malger@algerlaw.com<br><br>ksharp@sanfordheisler.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table

## CONSUMER CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Woods et al v. Equifax, Inc. et al* | 4:17-cv-00660 | Eastern District of Texas | | Shane F. Langston<br>Jason L. Nabors<br>LANGSTON & LANGSTON, PLLC<br>1161 La Mirada Ct.<br>Southlake, TX 76092<br>601-969-1356<br><br>Stephen C. Maxwell<br>BAILEY & GALYEN - FORT WORTH<br>1300 Summit Avenue, Suite 650<br>Fort Worth, TX 76102<br>817-276-6000 | shane@langstonlawyers.com<br>jason@langstonlawyers.com<br><br>smaxwell@maxlawyers.com | Consumer | Yes by CTO - 1 |
| *Young v. Equifax Inc.* | 2:17-cv-00538 | Middle District of Florida | | Christopher J. DeCosta<br>HOLTZ MAHIE DECOSTA, PA<br>1560 Matthew Dr., Suite E<br>Ft. Myers, FL 33907<br>239-931-7566 | chris@hmdlegal.com | Consumer | Yes by CTO - 1 |
| *Zamora v. Equifax, Inc., et al.* | 2:17-cv-07085 | District of New Jersey | | Philip L. Fraietta<br>BURSOR & FISHER, P.A.<br>888 Seventh Avenue, New York, NY 10019<br>646-837-7150 | pfraietta@bursor.com | Consumer | Yes |
| *Zribi v. Equifax, Inc. et al.* | 3:17-cv-01710 | District of Connecticut | Koskoff, Koskoff & Bieder, PC | Kevin Sharp<br>SANFORD HEISLER SHARP, LLP-TN<br>611 Commerce St., Suite 3100<br>Nashville, TN 37203<br>615-434-7001<br><br>J. Craig Smith<br>KOSKOFF KOSKOFF & BIEDER, P.C.<br>350 Fairfield Ave.<br>Bridgeport, CT 06604<br>203-336-4421 | ksharp@sanfordheisler.com<br><br>csmith@koskoff.com | Consumer | Yes by CTO - 1 |

# Plaintiffs' Counsel Table
## CONSUMER CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Zweig et al v. Equifax Inc. et al* | 7:17-cv-07090 | Southern District of New York | | Jeremy Heisler<br>Andrew Melzer<br>SANFORD HEISLER SHARP, LLP<br>1350 6th Avenue, Floor 31<br>New York, NY 10019<br>646-402-5650<br><br>Kevin Sharp<br>SANFORD HEISLER SHARP, LLP<br>611 Commerce St., Suite 3100<br>Nashville, TN 37203<br>615-434-7001 | jheisler@sanfordheisler.com<br>amelzer@sanfordheisler.com<br><br><br>ksharp@sanfordheisler.com | Consumer | Yes by CTO - 1 |
| *Zweig v. Equifax, Inc.* | 1:17-cv-05366 | Eastern District of New York (Brooklyn Division) | | Samuel H. Rudman<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>58 South Service Road Suite 200<br>Melville, NY 11747<br>631-367-1173 | srudman@rgrdlaw.com | Consumer | |