# Exhibit 2

# Plaintiffs' Counsel Table

**FINANCIAL INSTITUTION CASES**

*In re: Equifax, Inc., Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Alabama Teachers Credit Union v. Equifax, Inc. et al* | 1:17-cv-04942 | Northern District of Georgia | POPE MCGLAMRY, P.C. | Michael Lee McGlamry<br>N. Kirkland Pope<br>Pope McGlamry, P.C.<br>P.O. Box 191625<br>3391 Peachtree Road, N.E., Suite 300<br>Atlanta, GA 31119-1625<br>404-523-7706<br><br>Chris T. Hellums<br>Jonathan Mann<br>Pittman, Dutton & Hellums, P.C.<br>2001 Park Place North<br>Park Place Tower, Suite 1100<br>Birmingham, AL 35203<br>205-322-8880 | mmcglamry@pmkm.com<br>kirkpope@pmkm.com<br><br><br>chrish@pittmandutton.com<br>jonm@pittmandutton.com | Financial | |
| *Alcoa Community Federal Credit Union v. Equifax, Inc.* | 1:17-cv-04480 | Northern District of Georgia | | Karen Sharp Halbert<br>Roberts Law Firm, P.A.<br>P.O. Box 241790<br>20 Rahling Circle<br>Little Rock, AR 72223-1790<br>501-821-5575<br><br>Robert C. Khayat , Jr.<br>The Khayat Law Firm<br>75 Fourteenth Street NE<br>Suite 2750<br>Atlanta, GA 30309<br>404-978-2750<br><br>Charles Barrett<br>NEAL & HARWELL, PLC<br>1201 Demonbreun St., Suite 1000<br>Nashville, TN 37203<br>615-238-3647 | karenhalbert@robertslawfirm.us<br><br><br>rkhayatlawfirm.com<br><br><br>cbarrett@nealharwell.com | Financial | |

# Plaintiffs' Counsel Table
## FINANCIAL INSTITUTION CASES
### *In re: Equifax, Inc., Customer Data Security Breach Litigation*
### Case No. 1:17-md-2800-TWT
### MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *ANECA Federal Credit Union v. Equifax, Inc. and Equifax Information Services, Inc.* | 1:17-cv-05473 | Northern District of Georgia | | Michael L. McGlamry<br>N. Kirkland Pope<br>POPE McGLAMRY, P.C.<br>3391 Peachtree Road, NE, Suite 300<br>Atlanta, GA 30326<br>404-523-7706<br><br>Chris T. Hellums<br>Jonathan S. Mann<br>Pittman, Dutton & Hellums, P.C.<br>2001 Park Place North, Suite 1100<br>Birmingham, AL 35203<br>205-322-8880<br><br>Ranse Partin<br>CONLEY GRIGGS PARTIN LLP<br>4200 Northside Parkway<br>Building One, Suite 300<br>Atlanta, GA 30327<br>404-809-2591<br><br>Robert N. Kaplan<br>KAPLAN FOX<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>212-687-1980 | mmcglamry@pmkm.com<br>kirkpope@pmkm.com<br><br><br>chrish@pittmandutton.com<br>jonm@pittmandutton.com<br><br><br>ranse@conleygriggs.com<br><br><br>rkaplan@kaplanfox.com | Financial | |

# Plaintiffs' Counsel Table
## FINANCIAL INSTITUTION CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Army Aviation Center Federal Credit Union et al v. Equifax Inc.* | 1:17-cv-03892 | Northern District of Georgia | Anthony C. Lake<br>Thomas Withers<br>Gillen Withers & Lake, LLC<br>3490 Piedmont Road, N.E.<br>One Securities Centre, Suite 1050<br>Atlanta, GA 30305<br>404-842-9700<br><br>Charles H. Van Horn<br>Berman Fink Van Horn P.C.<br>3475 Piedmont Road, Suite 1100<br>Atlanta, GA 30305<br>404-261-7711 | Bryan Bleichner<br>Chestnut Cambronne<br>17 Washington Avenue North, Suite 300<br>Minneapolis, MN 55401<br>612-339-7300<br><br>Erin Green Comite<br>Joseph Guglielmo<br>Scott + Scott<br>156 South Main Street<br>P.O. Box 192<br>Colchester, CT 06415<br>860-537-5537<br><br>Karen Hanson Riebel<br>Kate Baxter-Kauf<br>Lockridge Grindal Nauen P.L.L.P.<br>100 Washington Ave. S., Suite 2200<br>Minneapolis, MN 55401<br>612-339-6900<br><br>Stephen Murray, Sr.<br>Arthur M. Murray<br>Caroline Thomas<br>Murray Law Firm<br>650 Poydras Street, Suite 2150<br>New Orleans, LA 70130<br>505-525-8100<br><br>Brian C. Gudmundson<br>Zimmerman Reed, P.L.L.P. -MN<br>1100 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>612-341-0400<br><br>Gary F. Lynch<br>Carlson Lynch Sweet<br>Kilpela & Carpenter LLP<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>412-322-9243 | bbleichner@chesnutcambronne.com<br><br>cvanhorn@bfvlaw.com<br><br>ecomite@scott-scott.com<br>jguglielmo@scott-scott.com<br><br>Khriebel@locklaw.com<br>kmbaxter-kauf@locklaw.com<br><br>aclake@gwllawfirm.com<br>twithers@gwllawfirm.com<br><br>smurray@murray-lawfirm.com<br>amurray@murray-lawfirm.com<br>cthomas@murray-lawfirm.com<br><br>brian.gudmundson@zimmreed.com<br><br>glynch@carlsonlynch.com | Financial | |

# Plaintiffs' Counsel Table

## FINANCIAL INSTITUTION CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Atlantic City Federal Credit Union, et al. v. Equifax, Inc.* | 1:17-cv-05065 | Northern District of Georgia | Anthony C. Lake<br>Thomas Withers<br>Gillen Withers & Lake, LLC<br>3490 Piedmont Road, N.E.<br>One Securities Centre, Suite 1050<br>Atlanta, GA 30305<br>404-842-9700<br><br>Charles H. Van Horn<br>Berman Fink Van Horn P.C.<br>3475 Piedmont Road, Suite 1100<br>Atlanta, GA 30305<br>404-261-7711 | Bryan Bleichner<br>Chestnut Cambronne<br>17 Washington Avenue North, Suite 300<br>Minneapolis, MN 55401<br>612-339-7300<br><br>Erin Green Comite<br>Joseph Guglielmo<br>Scott + Scott<br>156 South Main Street<br>P.O. Box 192<br>Colchester, CT 06415<br>860-537-5537<br><br>Karen Hanson Riebel<br>Kate Baxter-Kauf<br>Lockridge Grindal Nauen P.L.L.P.<br>100 Washington Ave. S., Suite 2200<br>Minneapolis, MN 55401<br>612-339-6900<br><br>Stephen Murray, Sr.<br>Arthur M. Murray<br>Caroline Thomas<br>Murray Law Firm<br>650 Poydras Street, Suite 2150<br>New Orleans, LA 70130<br>505-525-8100<br><br>Brian C. Gudmundson<br>Zimmerman Reed, P.L.L.P. -MN<br>1100 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>612-341-0400<br><br>Gary F. Lynch<br>Carlson Lynch Sweet<br>Kilpela & Carpenter LLP<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>412-322-9243 | bbleichner@chesnutcambronne.com<br><br>cvanhorn@bfvlaw.com<br><br>ecomite@scott-scott.com<br>jguglielmo@scott-scott.com<br><br>Khriebel@locklaw.com<br>kmbaxter-kauf@locklaw.com<br><br>aclake@gwllawfirm.com<br>twithers@gwllawfirm.com<br><br>smurray@murray-lawfirm.com<br>amurray@murray-lawfirm.com<br>cthomas@murray-lawfirm.com<br><br><br><br><br><br><br><br><br>brian.gudmundson@zimmreed.com<br><br>glynch@carlsonlynch.com | Financial | Yes |

# Plaintiffs' Counsel Table
## FINANCIAL INSTITUTION CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Bank of Louisiana et al v. Equifax Inc.* | 1:17-cv-03715 | Northern District of Georgia | Anthony C. Lake Thomas Withers Gillen Withers & Lake, LLC 3490 Piedmont Road, N.E. One Securities Centre, Suite 1050 Atlanta, GA 30305 404-842-9700<br><br>Charles H. Van Horn Berman Fink Van Horn P.C. 3475 Piedmont Road, Suite 1100 Atlanta, GA 30305 404-261-7711 | Bryan Bleichner Chestnut Cambronne 17 Washington Avenue North, Suite 300 Minneapolis, MN 55401 612-339-7300<br><br>Erin Green Comite Joseph Guglielmo Scott + Scott 156 South Main Street P.O. Box 192 Colchester, CT 06415 860-537-5537<br><br>Karen Hanson Riebel Kate Baxter-Kauf Lockridge Grindal Nauen P.L.L.P. 100 Washington Ave. S., Suite 2200 Minneapolis, MN 55401 612-339-6900<br><br>Stephen Murray, Sr. Arthur M. Murray Caroline Thomas Murray Law Firm 650 Poydras Street, Suite 2150 New Orleans, LA 70130 505-525-8100<br><br>Brian C. Gudmundson Zimmerman Reed, P.L.L.P. -MN 1100 IDS Center 80 South 8th Street Minneapolis, MN 55402 612-341-0400<br><br>Gary F. Lynch Carlson Lynch Sweet Kilpela & Carpenter LLP 1133 Penn Avenue, 5th Floor Pittsburgh, PA 15222 412-322-9243 | bbleichner@chesnutcambronne.com<br><br>cvanhorn@bfvlaw.com<br><br>ecomite@scott-scott.com jguglielmo@scott-scott.com<br><br>Khriebel@locklaw.com kmbaxter-kauf@locklaw.com<br><br>aclake@gwllawfirm.com twithers@gwllawfirm.com<br><br>smurray@murray-lawfirm.com amurray@murray-lawfirm.com cthomas@murray-lawfirm.com<br><br>brian.gudmundson@zimmreed.com<br><br>glynch@carlsonlynch.com | Financial | |

# Plaintiffs' Counsel Table

## FINANCIAL INSTITUTION CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Bank of Ripley v. Equifax Inc.* | 1:17-cv-04763 | Northern District of Georgia | Complex Law Group, LLC | David Michael Cohen<br>Complex Law Group, LLC<br>40 Powder Springs Street<br>Marietta, GA 30064<br>770-335-9322<br><br>Allen Carney<br>James Allen Carney, Jr.<br>Joseph H. Bates III<br>Carney Bates & Pulliam, PLLC<br>519 W. 7th Street<br>Little Rock, AR 72201<br>501-312-8500 | dcohen@complexlaw.com<br><br><br>acarney@cbplaw.com<br>hbates@cbplaw.com | Financial | |
| *Consumers Cooperative Credit Union et al v. Equifax* | 1:17-cv-04775 | Northern District of Georgia | Anthony C. Lake<br>Thomas Withers<br>Gillen Withers & Lake, LLC<br>3490 Piedmont Road, N.E.<br>One Securities Centre, Suite 1050<br>Atlanta, GA 30305<br>404-842-9700<br><br>Charles H. Van Horn<br>Berman Fink Van Horn P.C.<br>3475 Piedmont Road, Suite 1100<br>Atlanta, GA 30305<br>404-261-7711 | Bryan Bleichner<br>Chestnut Cambronne<br>17 Washington Avenue North, Suite 300<br>Minneapolis, MN 55401<br>612-339-7300<br><br>Erin Green Comite<br>Joseph Guglielmo<br>Scott + Scott<br>156 South Main Street<br>P.O. Box 192<br>Colchester, CT 06415<br>860-537-5537<br><br>Karen Hanson Riebel<br>Kate Baxter-Kauf<br>Lockridge Grindal Nauen P.L.L.P.<br>100 Washington Ave. S., Suite 2200<br>Minneapolis, MN 55401<br>612-339-6900<br><br>Stephen Murray, Sr.<br>Arthur M. Murray<br>Caroline Thomas<br>Murray Law Firm<br>650 Poydras Street, Suite 2150<br>New Orleans, LA 70130<br>505-525-8100 | bbleichner@chesnutcambronne.com<br><br>cvanhorn@bfvlaw.com<br><br>ecomite@scott-scott.com<br>jguglielmo@scott-scott.com<br><br>Khriebel@locklaw.com<br>kmbaxter-kauf@locklaw.com<br><br>aclake@gwllawfirm.com<br>twithers@gwllawfirm.com<br><br>smurray@murray-lawfirm.com<br>amurray@murray-lawfirm.com<br>cthomas@murray-lawfirm.com | Financial | |

# Plaintiffs' Counsel Table
## FINANCIAL INSTITUTION CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| | | | | Brian C. Gudmundson<br>Zimmerman Reed, P.L.L.P. -MN<br>1100 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>612-341-0400<br><br>Gary F. Lynch<br>Carlson Lynch Sweet<br>Kilpela & Carpenter LLP<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>412-322-9243 | brian.gudmundson@zimmreed.com<br><br>glynch@carlsonlynch.com | | |
| *D.L. Evans Bank et al v. Equifax Inc.* | 1:17-cv-05357 | Northern District of Georgia | Anthony C. Lake<br>Thomas Withers<br>Gillen Withers & Lake, LLC<br>3490 Piedmont Road, N.E.<br>One Securities Centre, Suite 1050<br>Atlanta, GA 30305<br>404-842-9700<br><br>Charles H. Van Horn<br>Berman Fink Van Horn P.C.<br>3475 Piedmont Road, Suite 1100<br>Atlanta, GA 30305<br>404-261-7711 | Bryan Bleichner<br>Chestnut Cambronne<br>17 Washington Avenue North, Suite 300<br>Minneapolis, MN 55401<br>612-339-7300<br><br>Erin Green Comite<br>Joseph Guglielmo<br>Scott + Scott<br>156 South Main Street<br>P.O. Box 192<br>Colchester, CT 06415<br>860-537-5537<br><br>Karen Hanson Riebel<br>Kate Baxter-Kauf<br>Lockridge Grindal Nauen P.L.L.P.<br>100 Washington Ave. S., Suite 2200<br>Minneapolis, MN 55401<br>612-339-6900 | bbleichner@chesnutcambronne.com<br><br>cvanhorn@bfvlaw.com<br><br>ecomite@scott-scott.com<br>jguglielmo@scott-scott.com<br><br>Khriebel@locklaw.com<br>kmbaxter-kauf@locklaw.com<br><br>aclake@gwllawfirm.com<br>twithers@gwllawfirm.com | Financial | |

# Plaintiffs' Counsel Table
**FINANCIAL INSTITUTION CASES**
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| | | | | Stephen Murray, Sr. Arthur M. Murray Caroline Thomas Murray Law Firm 650 Poydras Street, Suite 2150 New Orleans, LA 70130 505-525-8100

Brian C. Gudmundson Zimmerman Reed, P.L.L.P. -MN 1100 IDS Center 80 South 8th Street Minneapolis, MN 55402 612-341-0400

Gary F. Lynch Carlson Lynch Sweet Kilpela & Carpenter LLP 1133 Penn Avenue, 5th Floor Pittsburgh, PA 15222 412-322-9243 | smurray@murray-lawfirm.com amurray@murray-lawfirm.com cthomas@murray-lawfirm.com

brian.gudmundson@zimmreed.com

glynch@carlsonlynch.com | | |

# Plaintiffs' Counsel Table
## FINANCIAL INSTITUTION CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *First Castle Federal Credit Union v. Equifax, Inc. et al* | 1:17-cv-04707 | Northern District of Georgia | POPE MCGLAMRY, P.C. | Michael Lee McGlamry<br>N. Kirkland Pope<br>Pope McGlamry, P.C.<br>P.O. Box 191625<br>3391 Peachtree Road, N.E., Suite 300<br>Atlanta, GA 31119<br>404-523-7706<br><br>Chris T. Hellums<br>Pittman, Dutton & Hellums, P.C.<br>2001 Park Place North<br>Park Place Tower, Suite 1100<br>Birmingham, AL 35203<br>205-322-8880<br><br>Douglas A. Dellaccio<br>F. Jerome Tapley<br>2131 Magnolia Avenue<br>Birmingham, AL 35205<br>205-328-2200<br><br>E. Kirk Wood, Jr.<br>WOOD LAW FIRM, LLC<br>P.O. Box 382434<br>Birmingham, AL 35238<br>205-612-0243<br><br>Gregory L. Davis<br>DAVIS & TALIAFERRO, LLC<br>7031 Halcyon Park Drive<br>Montgomery, AL 36117<br>334-832-9080 | mmcglamry@pmkm.com<br>kirkpope@pmkm.com<br><br><br>chrish@pittmandutton.com<br><br><br>ddellaccio@cwcd.com<br>jtapley@corywatson.com<br><br><br>kirk@woodlawfirmllc.com<br><br><br><br><br><br>gldavis@knology.net | Financial | |

# Plaintiffs' Counsel Table

## FINANCIAL INSTITUTION CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *First Education Federal Credit Union et al v. Equifax Inc.* | 1:17-cv-04184 | Northern District of Georgia | Anthony C. Lake Thomas Withers Gillen Withers & Lake, LLC 3490 Piedmont Road, N.E. One Securities Centre, Suite 1050 Atlanta, GA 30305 404-842-9700  Charles H. Van Horn Berman Fink Van Horn P.C. 3475 Piedmont Road, Suite 1100 Atlanta, GA 30305 404-261-7711 | Bryan Bleichner Chestnut Cambronne 17 Washington Avenue North, Suite 300 Minneapolis, MN 55401 612-339-7300  Erin Green Comite Joseph Guglielmo Scott + Scott 156 South Main Street P.O. Box 192 Colchester, CT 06415 860-537-5537  Karen Hanson Riebel Kate Baxter-Kauf Lockridge Grindal Nauen P.L.L.P. 100 Washington Ave. S., Suite 2200 Minneapolis, MN 55401 612-339-6900  Stephen Murray, Sr. Arthur M. Murray Caroline Thomas Murray Law Firm 650 Poydras Street, Suite 2150 New Orleans, LA 70130 505-525-8100  Brian C. Gudmundson Zimmerman Reed, P.L.L.P. -MN 1100 IDS Center 80 South 8th Street Minneapolis, MN 55402 612-341-0400  Gary F. Lynch Carlson Lynch Sweet Kilpela & Carpenter LLP 1133 Penn Avenue, 5th Floor Pittsburgh, PA 15222 412-322-9243 | bbleichner@chesnutcambronne.com  cvanhorn@bfvlaw.com  ecomite@scott-scott.com jguglielmo@scott-scott.com  Khriebel@locklaw.com kmbaxter-kauf@locklaw.com  aclake@gwllawfirm.com twithers@gwllawfirm.com  smurray@murray-lawfirm.com amurray@murray-lawfirm.com cthomas@murray-lawfirm.com  brian.gudmundson@zimmreed.com  glynch@carlsonlynch.com | Financial | |

# Plaintiffs' Counsel Table
## FINANCIAL INSTITUTION CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
## Case No. 1:17-md-2800-TWT
## MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Fort McClellan Credit Union v. Equifax, Inc. and Equifax Information Services, Inc.* | 1:17-cv-04994 | Northern District of Georgia | POPE MCGLAMRY, P.C. | Michael Lee McGlamry<br>N. Kirkland Pope<br>Pope McGlamry, P.C.<br>P.O. Box 191625<br>3391 Peachtree Road, N.E., Suite 300<br>Atlanta, GA 31119-1625<br>404-523-7706<br><br>Chris T. Hellums<br>Jonathan Mann<br>Pittman, Dutton & Hellums, P.C.<br>2001 Park Place North<br>Park Place Tower, Suite 1100<br>Birmingham, AL 35203<br>205-322-8880 | kirkpope@pmkm.com<br><br><br>chrish@pittmandutton.com<br>jonm@pittmandutton.com | Financial | Yes |
| *Gerber Federal Credit Union et al v. Equifax Inc.* | 1:17-cv-04388 | Northern District of Georgia | Anthony C. Lake<br>Thomas Withers<br>Gillen Withers & Lake, LLC<br>3490 Piedmont Road, N.E.<br>One Securities Centre, Suite 1050<br>Atlanta, GA 30305<br>404-842-9700<br><br>Charles H. Van Horn<br>Berman Fink Van Horn P.C.<br>3475 Piedmont Road, Suite 1100<br>Atlanta, GA 30305<br>404-261-7711 | Bryan Bleichner<br>Chestnut Cambronne<br>17 Washington Avenue North, Suite 300<br>Minneapolis, MN 55401<br>612-339-7300<br><br>Erin Green Comite<br>Joseph Guglielmo<br>Scott + Scott<br>156 South Main Street<br>P.O. Box 192<br>Colchester, CT 06415<br>860-537-5537<br><br>Karen Hanson Riebel<br>Kate Baxter-Kauf<br>Lockridge Grindal Nauen P.L.L.P.<br>100 Washington Ave. S., Suite 2200<br>Minneapolis, MN 55401<br>612-339-6900<br><br>Stephen Murray, Sr.<br>Arthur M. Murray<br>Caroline Thomas<br>Murray Law Firm<br>650 Poydras Street, Suite 2150<br>New Orleans, LA 70130<br>505-525-8100 | bbleichner@chesnutcambronne.com<br><br>cvanhorn@bfvlaw.com<br><br>ecomite@scott-scott.com<br>jguglielmo@scott-scott.com<br><br>Khriebel@locklaw.com<br>kmbaxter-kauf@locklaw.com<br><br>aclake@gwllawfirm.com<br>twithers@gwllawfirm.com<br><br>smurray@murray-lawfirm.com<br>amurray@murray-lawfirm.com<br>cthomas@murray-lawfirm.com | Financial | |

# Plaintiffs' Counsel Table
## FINANCIAL INSTITUTION CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| | | | | Brian C. Gudmundson<br>Zimmerman Reed, P.L.L.P. -MN<br>1100 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>612-341-0400<br><br>Gary F. Lynch<br>Carlson Lynch Sweet<br>Kilpela & Carpenter LLP<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>412-322-9243 | brian.gudmundson@zimmreed.com<br><br>glynch@carlsonlynch.com | | |
| *Gulf Winds Federal Credit Union v. Equifax, Inc. et al* | 1:17-cv-03873 | Northern District of Georgia | POPE MCGLAMRY, P.C. | Michael Lee McGlamry<br>N. Kirkland Pope<br>Pope McGlamry, P.C.<br>P.O. Box 191625<br>3391 Peachtree Road, N.E., Suite 300<br>Atlanta, GA 31119-1625<br>404-523-7706<br><br>Chris T. Hellums<br>Jonathan Mann<br>Pittman, Dutton & Hellums, P.C.<br>2001 Park Place North<br>Park Place Tower, Suite 1100<br>Birmingham, AL 35203<br>205-322-8880 | mmcglamry@pmkm.com<br>kirkpope@pmkm.com<br><br><br>chrish@pittmandutton.com<br>jonm@pittmandutton.com | Financial | |

# Plaintiffs' Counsel Table

## FINANCIAL INSTITUTION CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Heritage Federal Credit Union et al v. Equifax* | 1:17-cv-05265 | Northern District of Georgia | Anthony C. Lake<br>Thomas Withers<br>Gillen Withers & Lake, LLC<br>3490 Piedmont Road, N.E.<br>One Securities Centre, Suite 1050<br>Atlanta, GA 30305<br>404-842-9700<br><br>Charles H. Van Horn<br>Berman Fink Van Horn P.C.<br>3475 Piedmont Road, Suite 1100<br>Atlanta, GA 30305<br>404-261-7711 | Bryan Bleichner<br>Chestnut Cambronne<br>17 Washington Avenue North, Suite 300<br>Minneapolis, MN 55401<br>612-339-7300<br><br>Erin Green Comite<br>Joseph Guglielmo<br>Scott + Scott<br>156 South Main Street<br>P.O. Box 192<br>Colchester, CT 06415<br>860-537-5537<br><br>Karen Hanson Riebel<br>Kate Baxter-Kauf<br>Lockridge Grindal Nauen P.L.L.P.<br>100 Washington Ave. S., Suite 2200<br>Minneapolis, MN 55401<br>612-339-6900<br><br>Stephen Murray, Sr.<br>Arthur M. Murray<br>Caroline Thomas<br>Murray Law Firm<br>650 Poydras Street, Suite 2150<br>New Orleans, LA 70130<br>505-525-8100<br>Brian C. Gudmundson<br>Zimmerman Reed, P.L.L.P. -MN<br>1100 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>612-341-0400<br><br>Gary F. Lynch<br>Carlson Lynch Sweet<br>Kilpela & Carpenter LLP<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>412-322-9243 | bbleichner@chesnutcambronne.com<br><br>cvanhorn@bfvlaw.com<br><br>ecomite@scott-scott.com<br>jguglielmo@scott-scott.com<br><br>Khriebel@locklaw.com<br>kmbaxter-kauf@locklaw.com<br><br>aclake@gwllawfirm.com<br>twithers@gwllawfirm.com<br><br>smurray@murray-lawfirm.com<br>amurray@murray-lawfirm.com<br>cthomas@murray-lawfirm.com<br><br><br><br>brian.gudmundson@zimmreed.com<br><br>glynch@carlsonlynch.com | Financial | |

# Plaintiffs' Counsel Table
## FINANCIAL INSTITUTION CASES
*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Independent Community Bankers of America et al v. Equifax Inc.* | 1:17-cv-04756 | Northern District of Georgia | Anthony C. Lake<br>Thomas Withers<br>Gillen Withers & Lake, LLC<br>3490 Piedmont Road, N.E.<br>One Securities Centre, Suite 1050<br>Atlanta, GA 30305<br>404-842-9700<br><br>Charles H. Van Horn<br>Berman Fink Van Horn P.C.<br>3475 Piedmont Road, Suite 1100<br>Atlanta, GA 30305<br>404-261-7711 | Bryan Bleichner<br>Chestnut Cambronne<br>17 Washington Avenue North, Suite 300<br>Minneapolis, MN 55401<br>612-339-7300<br><br>Erin Green Comite<br>Joseph Guglielmo<br>Scott + Scott<br>156 South Main Street<br>P.O. Box 192<br>Colchester, CT 06415<br>860-537-5537<br><br>Karen Hanson Riebel<br>Kate Baxter-Kauf<br>Lockridge Grindal Nauen P.L.L.P.<br>100 Washington Ave. S., Suite 2200<br>Minneapolis, MN 55401<br>612-339-6900<br><br>Stephen Murray, Sr.<br>Arthur M. Murray<br>Caroline Thomas<br>Murray Law Firm<br>650 Poydras Street, Suite 2150<br>New Orleans, LA 70130<br>505-525-8100<br><br>Brian C. Gudmundson<br>Zimmerman Reed, P.L.L.P. -MN<br>1100 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>612-341-0400<br><br>Gary F. Lynch<br>Carlson Lynch Sweet<br>Kilpela & Carpenter LLP<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>412-322-9243 | bbleichner@chesnutcambronne.com<br><br>cvanhorn@bfvlaw.com<br><br>ecomite@scott-scott.com<br>jguglielmo@scott-scott.com<br><br>Khriebel@locklaw.com<br>kmbaxter-kauf@locklaw.com<br><br>aclake@gwllawfirm.com<br>twithers@gwllawfirm.com<br><br>smurray@murray-lawfirm.com<br>amurray@murray-lawfirm.com<br>cthomas@murray-lawfirm.com<br><br>brian.gudmundson@zimmreed.com<br><br>glynch@carlsonlynch.com | Financial | |

# Plaintiffs' Counsel Table

## FINANCIAL INSTITUTION CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT
MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Sky Federal Credit Union et al v. Equifax* | 1:18-cv-00094 | Northern District of Georgia | Anthony C. Lake<br>Thomas Withers<br>Gillen Withers & Lake, LLC<br>3490 Piedmont Road, N.E.<br>One Securities Centre, Suite 1050<br>Atlanta, GA 30305<br>404-842-9700<br><br>Charles H. Van Horn<br>Berman Fink Van Horn P.C.<br>3475 Piedmont Road, Suite 1100<br>Atlanta, GA 30305<br>404-261-7711 | Bryan Bleichner<br>Chestnut Cambronne<br>17 Washington Avenue North, Suite 300<br>Minneapolis, MN 55401<br>612-339-7300<br><br>Erin Green Comite<br>Joseph Guglielmo<br>Scott + Scott<br>156 South Main Street<br>P.O. Box 192<br>Colchester, CT 06415<br>860-537-5537<br><br>Karen Hanson Riebel<br>Kate Baxter-Kauf<br>Lockridge Grindal Nauen P.L.L.P.<br>100 Washington Ave. S., Suite 2200<br>Minneapolis, MN 55401<br>612-339-6900<br><br>Stephen Murray, Sr.<br>Arthur M. Murray<br>Caroline Thomas<br>Murray Law Firm<br>650 Poydras Street, Suite 2150<br>New Orleans, LA 70130<br>505-525-8100<br><br>Brian C. Gudmundson<br>Zimmerman Reed, P.L.L.P. -MN<br>1100 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>612-341-0400<br><br>Gary F. Lynch<br>Carlson Lynch Sweet<br>Kilpela & Carpenter LLP<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>412-322-9243 | bbleichner@chesnutcambronne.com<br><br>cvanhorn@bfvlaw.com<br><br>ecomite@scott-scott.com<br>jguglielmo@scott-scott.com<br><br>Khriebel@locklaw.com<br>kmbaxter-kauf@locklaw.com<br><br>aclake@gwllawfirm.com<br>twithers@gwllawfirm.com<br><br>smurray@murray-lawfirm.com<br>amurray@murray-lawfirm.com<br>cthomas@murray-lawfirm.com<br><br>brian.gudmundson@zimmreed.com<br><br>glynch@carlsonlynch.com | Financial | |

# Plaintiffs' Counsel Table

## FINANCIAL INSTITUTION CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Southwest Louisiana Credit Union v. Equifax, Inc. et al* | 1:17-cv-04822 | Northern District of Georgia | POPE MCGLAMRY, P.C. | Michael Lee McGlamry<br>N. Kirkland Pope<br>Pope McGlamry, P.C.<br>P.O. Box 191625<br>3391 Peachtree Road, N.E., Suite 300<br>Atlanta, GA 31119-1625<br>404-523-7706<br><br>Chris T. Hellums<br>Jonathan Mann<br>Pittman, Dutton & Hellums, P.C.<br>2001 Park Place North<br>Park Place Tower, Suite 1100<br>Birmingham, AL 35203<br>205-322-8880 | mmcglamry@pmkm.com<br>kirkpope@pmkm.com<br><br><br>chrish@pittmandutton.com<br>jonm@pittmandutton.com | Financial | |
| *State Employees Federal Credit Union et al v. Equifax Inc.* | 1:17-cv-05109 | Northern District of Georgia | | Stacey P. Slaughter<br>William H. Stanhope<br>James Kitces<br>Sam E. Khoroosi<br>J. Austin Hurt<br>Michael J. Pacelli<br>Susan Brown<br>Michael Ram<br><br>Robins Kaplan LLP<br>800 LaSalle Avenue<br>Suite 2800<br>Minneapolis, MN<br>612-349-8500<br><br>Mary C. Turke<br>Samuel J. Strauss<br>Turke & Strauss, LLP<br>Suite 201<br>613 Williamson Street<br>Madison, WI 53703<br>608-237-1776<br><br>David A. Reed<br>Reed & Jolly, PLLC<br>3711 Millpond Court | sslaughter@robinskaplan.com<br>wstanhope@robinskaplan.com<br>jkitces@robinskaplan.com<br>skhoroosi@robinskaplan.com<br>ahurt@robinskaplan.com<br>mpacelli@robinskaplan.com<br>sbrown@robinskaplan.com<br>mram@robinskaplan.com<br><br><br>mary@turkestrauss.com<br>sam@turkestrauss.com<br><br><br>david@reedandjolly.com | Financial | |

# Plaintiffs' Counsel Table

## FINANCIAL INSTITUTION CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Summit Credit Union v. Equifax Inc.* | 1:17-cv-03483 | Northern District of Georgia | | Stacey P. Slaughter<br>William H. Stanhope<br>James Kitces<br>Sam Khoroosi<br>Susan Brown<br>Michael Ram<br><br>Robins Kaplan LLP<br>800 LaSalle Avenue<br>Suite 2800<br>Minneapolis, MN<br>612-349-8500<br><br>Mary C. Turke<br>Samuel J. Strauss<br>Turke & Strauss, LLP<br>Suite 201<br>613 Williamson Street<br>Madison, WI 53703<br>608-237-1776 | sslaughter@robinskaplan.com<br>wstanhope@robinskaplan.com<br>jkitces@robinskaplan.com<br>skhoroosi@robinskaplan.com<br>sbrown@robinskaplan.com<br>mram@robinskaplan.com<br><br><br><br>mary@turkestrauss.com<br>sam@turkestrauss.com | Financial | |
| *Washington Gas Light Federal Credit Union v. Equifax* | 1:17-cv-05301 | Northern District of Georgia | | Stacey P. Slaughter<br>William H. Stanhope<br>James Kitces<br>Sam E. Khoroosi<br>J. Austin Hurt<br>Michael J. Pacelli<br>Susan Brown<br>Michael Ram<br><br>Robins Kaplan LLP<br>800 LaSalle Avenue<br>Suite 2800<br>Minneapolis, MN<br>612-349-8500<br><br>Mary C. Turke<br>Samuel J. Strauss<br>Turke & Strauss, LLP<br>Suite 201<br>613 Williamson Street<br>Madison, WI 53703<br>608-237-1776<br><br>David A. Reed<br>Reed & Jolly, PLLC<br>3711 Millpond Court | sslaughter@robinskaplan.com<br>wstanhope@robinskaplan.com<br>jkitces@robinskaplan.com<br>skhoroosi@robinskaplan.com<br>ahurt@robinskaplan.com<br>mpacelli@robinskaplan.com<br>sbrown@robinskaplan.com<br>mram@robinskaplan.com<br><br><br><br>mary@turkestrauss.com<br>sam@turkestrauss.com<br><br><br>david@reedandjolly.com | Financial | |